**Index of Exhibits to Complaint**

1. **Exhibit A** – Letter from Plaintiffs League of Women Voters of Indiana ("LWVIN"), Common Cause Indiana ("CCIN"), and Hoosier Asian American ("HAAP") to Defendants Office of the Indiana Secretary of State Diego Morales ("SOS") and the Co-Directors of the Indiana Election Division ("IED") (Apr. 2, 2025)

2. **Exhibit B** – Letter from Defendant IED to Plaintiffs LWVIN, CCIN, and HAAP (Apr. 4, 2025)

3. **Exhibit C** – Letter from Plaintiffs LWVIN, CCIN, and HAAP to Defendant IED (May 20, 2025)

4. **Exhibit D** – Letter from Defendant IED to Plaintiffs LWVIN, CCIN, and HAAP (May 22, 2025)

5. **Exhibit E** – Letter from Plaintiffs LWVIN, CCIN, and HAAP to Defendant IED (June 19, 2025)

6. **Exhibit F** – Letter from Plaintiffs LWVIN, CCIN, and HAAP to Defendants SOS and IED (July 1, 2025)

7. **Exhibit G** – Letter from Defendant IED to Plaintiffs LWVIN, CCIN, and HAAP (June 24, 2025)

8. **Exhibit H** – Letter from Defendant IED to Plaintiffs LWVIN, CCIN, and HAAP (July 8, 2025)

9. **Exhibit I** – Letter from Plaintiffs LWVIN, CCIN, and HAAP to Defendants SOS and IED (Aug. 15, 2025)