# Exhibit C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

<table>
<tr><td>

LEAGUE OF WOMEN VOTERS OF INDIANA; COMMON CAUSE INDIANA; HOOSIER ASIAN AMERICAN POWER; and EXODUS REFUGEE IMMIGRATION,

*Plaintiffs,*

v.

DIEGO MORALES, in his official capacity as Secretary of State for Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,

*Defendants.*

</td><td>

Civil Action No. 1:25-cv-02150-MPB-MJD

</td></tr>
</table>

## DECLARATION OF LEAGUE OF WOMEN VOTERS OF INDIANA

Linda Hanson declares the following pursuant to 28 U.S.C. § 1746.

1.      I currently serve as President of the League of Women Voters of Indiana ("LWVIN"). I have served in this role since 2022. I began volunteering at LWVIN in 2018.

2.      League of Women Voters of Indiana is the Indiana affiliate of League of Women Voters ("LWV"), a national nonpartisan, nonprofit, grassroots, membership organization working to protect and expand voting rights and ensure everyone is represented in U.S. democracy. Among LWVIN's members are individuals who have become U.S. citizens. LWVIN is based in Indianapolis, Indiana.

3.      In my capacity as President, I am familiar with the new requirements imposed on voters by the Current-Voter Citizenship Crosscheck Requirements, under I.C. §§ 3-7-38.2-7.3, and

the New-Registrant Citizenship Crosscheck Requirement, I.C. §§ 3-7-26.3-37 (collectively, "Challenged DPOC Provisions").

4.      LWVIN's mission is to eliminate barriers to voting and support the right to vote. Voter registration is LWVIN's signature activity and core to its mission.

5.      LWVIN works to register voters across Indiana year-round, every year, regardless of whether state or federal elections are upcoming.

6.      For example, LWVIN and its 23 local Leagues together work to ensure that voters have access to VOTE411.org, LWV's voter information website that contains voter registration information. Publishing information for each election takes considerable volunteer time and resources, but it allows LWVIN to maintain its focus on traditionally underrepresented and underserved communities who benefit the most from additional education and assistance, including voters of color, first-time voters, low-income voters, newly naturalized citizen voters, young voters, and voters impacted by the criminal legal system.

7.      LWVIN also expends considerable resources educating voters about voter registration requirements and exercising their right to vote. LWVIN tracks changes in election laws and makes that information publicly available to voters in English, Spanish, and Haitian Creole in print and electronic form.

8.      LWVIN must steer scarce resources away from other core activities to counteract the harms from the Challenged DPOC Provisions on the populations that LWVIN serves.

9.      Because of the risk of the Challenged DPOC Provisions erroneously flagging eligible voters as noncitizens, LWVIN's established mission of serving these voters has required it to focus its efforts more broadly on outreach to organizations serving immigrant communities in

Indiana to ensure that they have information about how the Challenged DPOC Provisions may impact them and their communities.

10.    As a result of the Challenged DPOC provisions, LWVIN has been compelled to create education materials in English, Spanish, and Haitian Creole about steps to take if an individual's registration is challenged under the Challenged DPOC Provisions.

11.    LWVIN will need to delay and defer other work to focus efforts on outreach and updating materials to inform members and the community of the Challenged DPOC Provisions.

12.    Members from LWVIN's local Leagues seek to attend naturalization ceremonies across the state (with the exception of U.S. Citizenship and Immigration Services and administrative naturalization ceremonies that, as of August 29, 2025, limit public access), including in Indianapolis, Hammond, Evansville, South Bend, Fort Wayne, Hamilton County, and Greater Lafayette, to register new voters. LWVIN attends approximately 250 ceremonies per year, registering up to 100 new citizens per ceremony. LWVIN registered 2,500 new citizens in 2024 and is on track to register 1,800 new citizens in 2025. As a direct consequence of the Challenged DPOC Provisions, LWVIN must change the materials used at naturalization-registration programs, and re-train volunteers normally deployed to these events to ensure that voters know what to do if they are flagged as noncitizens and receive a notice.

13.    LWVIN has suffered irreparable harm due to the implementation of the Challenged DPOC Provisions, and LWVIN expects to experience further harm absent relief.

14.    LWVIN currently lacks information on the scope of Defendants' implementation of the Challenged DPOC Provisions and how many of its members are affected. As a result, organization leaders, individuals, and voters are confused about how the Challenged DPOC Provisions have been, and will continue to be, implemented, and the extent to which the

Challenged DPOC Provisions may irreparably harm its members in light of the April 6, 2026, voter registration deadline for Indiana's next primary election.

15.     LWVIN understands that Indiana's 92 counties are implementing the Challenged DPOC Provisions in different ways. Information concerning implementation of the law would allow LWVIN to better understand the extent to which the Challenged DPOC Provisions are harming its members. This information would also help LWVIN determine how much more time and resources it must divert from its core mission to address the harms imposed by the Challenged DPOC Provisions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2025                    Respectfully submitted,

_____
Linda Hanson
President
League of Women Voters of Indiana