# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA; COMMON CAUSE INDIANA; HOOSIER ASIAN AMERICAN POWER; and EXODUS REFUGEE IMMIGRATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>DIEGO MORALES, in his official capacity as Secretary of State for Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>*Defendants.* | Civil Action No.1:25-cv-02150-MPB-MJD |

## DECLARATION OF HOOSIER ASIAN AMERICAN POWER

Melissa Borja declares the following pursuant to 28 U.S.C. § 1746.

1. I currently serve as co-chair at Hoosier Asian American Power ("HAAP"). I have served in this role since January 1, 2024. I began volunteering at HAAP in 2024 and with its predecessor organization, the Indiana Chapter of the National Asian Pacific American Women's Forum, in 2020.

2. Hoosier Asian American Power is a nonpartisan, nonprofit organization that educates and mobilizes Asian American voters through voter protection and education. Among HAAP's members are individuals who have become U.S. citizens. HAAP is a statewide organization with bases in Indianapolis and Bloomington, Indiana.

3. In my capacity as co-chair, I am familiar with the new requirements imposed on voters by the Current-Voter Citizenship Crosscheck Requirements, under I.C. §§ 3-7-38.2-7.3, and

the New-Registrant Citizenship Crosscheck Requirement, I.C. §§ 3-7-26.3-37 (collectively, "Challenged DPOC Provisions").

4. As part of its core mission, HAAP seeks to eliminate barriers to voting and supports the right to vote. The organization is particularly interested in registering newly naturalized citizens to vote.

5. In 2024, HAAP budgeted roughly $30,000 for voter engagement activities, and anticipates a similar budget in 2026. This work includes phone banking, presenting on college campuses, tabling at community events, and hosting voter education events.

6. The Challenged DPOC Provisions have deeply disrupted HAAP's modest budget. HAAP has been compelled to divert its scarce resources away from its core activities and devote substantial time to counteract the harms created by the Challenged DPOC Provisions. Specifically, HAAP must educate its members and the public about the Challenged DPOC Provisions and how to cure voter registration rejections and cancellations.

7. For instance, in 2024, HAAP held nine successful phone banks, where the organization contacted over 4,000 individuals to encourage them to vote. Because of the Challenged DPOC Provisions, HAAP is compelled to revise the materials used for these events and re-train volunteers, which will require diverting volunteer time.

8. HAAP must steer resources from its core mission of voter education and registration, to work assisting and remediating any flagged registrants in obtaining and submitting DPOC.

9. HAAP currently lacks information on the scope of Defendants' implementation of the Challenged DPOC Provisions and how many of its members are affected. As a result, organization leaders, individuals, and voters are confused about how the Challenged DPOC

Provisions have been, and will continue to be, implemented, and the extent to which the Challenged DPOC Provisions may irreparably harm its members in light of the April 6, 2026, voter registration deadline for Indiana's next primary election.

10. HAAP understands that Indiana's 92 counties are implementing the Challenged DPOC Provisions in different ways. Information concerning implementation of the law would allow HAAP to better understand the extent to which the Challenged DPOC Provisions are harming its members, many of whom are naturalized citizens. This information would also help HAAP determine how much more time and resources it must divert from its core mission to address the harms imposed by the Challenged DPOC Provisions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2025                    Respectfully submitted,

/s/ *Melissa M. Borja*
Melissa Borja
Co-Chair
Hoosier Asian American Power