UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:25-cv-02150-MPB-MJD ) |
| DIEGO MORALES, et al., | ) ) |
| Defendants. | ) |

**MINUTE ENTRY FOR DECEMBER 17, 2025**
**IN-PERSON INITIAL PRETRIAL CONFERENCE / HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Initial Pretrial Conference. The Court will approve the Case Management Plan as amended, by separate order.

This matter also came before the Court for a hearing on Plaintiffs' Emergency Motion for Expedited Discovery. [Dkt. 17.] Following a discussion with the parties, that motion was **GRANTED IN PART** and **DENIED IN PART**. The parties agreed that discovery commenced in this matter upon the parties' completion of the Rule 26(f) conference on December 8, 2025. Defendants were ordered to serve any objections to Plaintiffs' Request for Expedited Production of Documents [Dkt. 17-1] **on or before December 23, 2025**; Defendants shall file a notice of service of the objections, attaching thereto a copy of the objections served. Defendants were ordered to fully respond to Plaintiffs' Request for Expedited Production of Documents [Dkt. 17-1], to include the production of all responsive documents and the preparation of any privilege log, **on or before January 8, 2026**.

All discovery requests, objections, and responses served on or after December 17, 2025, shall be served by either hand delivery or by electronic means with telephonic confirmation of **receipt** on or before the date due. At the time of service, the serving party shall file a notice of service of the discovery requests, attaching thereto a copy of the discovery requests served. The receiving party shall serve any objections to the discovery requests **within five business days of their receipt**. At the time of service, the objecting party shall file a notice of service of the objections, attaching thereto a copy of the objections served.

The parties shall fully respond to all discovery requests served, to include the production of all responsive documents and the preparation of any privilege log, **within thirty days of the date of service**. The parties are **prohibited from enlarging** any discovery or other deadline set forth in this order by agreement; all enlargements of time must be obtained by motion in compliance with Local Rule 6-1(a), which motion must be filed at least **two business days prior to the deadline**.

This matter is scheduled for a telephonic status conference on **Monday, December 29, 2025 at 3:30 p.m. (Eastern)** to address any discovery disputes arising from Defendants' objections to Plaintiffs' Request for Expedited Production of Documents [Dkt. 17-1]; the parties are ordered to meet-and-confer in advance of the conference in an effort to resolve any such disputes. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated: 22 DEC 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.