UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:25-cv-02150-MPB-MJD ) |
| DIEGO MORALES, et al., | ) ) ) |
| Defendants. | ) |

**SCHEDULING ORDER**
**TELEPHONIC HEARING**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

Defendant's Motion for Enlargement of Time to Respond to Plaintiffs' Request for Production [Dkt. 46] is set for a telephonic hearing on **Thursday, January 8, 2026 at 12:00 p.m. (Eastern)**. Counsel shall attend the hearing by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated: 6 JAN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.