UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 1:25-cv-02150-MPB-MJD |
| DIEGO MORALES, et al., | ) ) ) |
| Defendants. | ) |

**MINUTE ENTRY FOR JANUARY 13, 2026**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the parties' discovery disputes arising from Plaintiffs' objections to Defendants' discovery requests [Dkts. 52-1, 52-2, & 52-3]. Following that discussion, Defendants are authorized to file a motion to compel complete and unequivocal responses to their discovery requests if the parties are unable to resolve their disputes with the guidance provided by the Court.

This matter is scheduled for a telephonic status conference on **Tuesday, January 27, 2026 at 2:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 13 JAN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.