UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LEAGUE OF WOMEN VOTERS OF INDIANA, )
et al.,                            )
                                   )
                    Plaintiffs,    )
                                   )
           v.                      )        No. 1:25-cv-02150-MPB-MJD
                                   )
DIEGO MORALES, et al.,             )
                                   )
                    Defendants.    )

**SCHEDULING ORDER**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

In order to allow the Court to more efficiently and effectively manage the conduct of discovery in this matter, on or before **April 27, 2026**, the parties shall jointly file a "Joint Report on the Status of Discovery," which report shall set forth:

1. A detailed description of all discovery completed to date.

2. A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.

3. A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.

4. A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.

5. A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.

6. Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.

On the **twenty-eighth day** following the submission of the parties' Joint Report on the Status of Discovery, and on each **twenty-eighth day** thereafter until the parties report that all discovery in this matter has been completed, the parties shall jointly file a "Supplemental Joint Report on the Status of Discovery," which report shall set forth:

1. A detailed description of all discovery completed within the preceding 28 days.

2. A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.

3. A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.

4. A detailed description of all discovery that is planned to be completed within the 28-day period following the report including the identity of the counsel responsible for completing such discovery.

5. A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.

6. Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.

SO ORDERED.

Dated:  15 APR 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.