## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

LEAGUE OF WOMEN VOTERS OF
INDIANA; COMMON CAUSE
INDIANA; HOOSIER ASIAN
AMERICAN POWER; and EXODUS
REFUGEE IMMIGRATION,

       *Plaintiffs*,

       v.

DIEGO MORALES, in his official
capacity as Secretary of State for Indiana;
J. BRADLEY KING, in his official
capacity as Co-Director of the Indiana
Election Division; and ANGELA M.
NUSSMEYER, in her official capacity as
Co-Director of the Indiana Election
Division,

       *Defendants.*

Civil Action No. 1:25-cv-02150-MPB-MJD

## DECLARATION OF WILLIAM R. GROTH IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, William R. Groth, declare as follows:

1. I am licensed to practice law in the State of Indiana and admitted to practice before this Court. I am Of Counsel in the law firm Bowman Legal Services, LLC and counsel for Plaintiffs League of Women Voters of Indiana, Common Cause Indiana, Hoosier Asian American Power, and Exodus Refugee Immigration in this action. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction and the accompanying Memorandum of Law in Support of Their Motion for Preliminary Injunction. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, I could and would competently do so under oath.

1

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Data Sharing Agreement Between State Agencies (2025), produced by Defendants in this action, Bates Number LWVI000288.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Indiana Election Division, VRG-26 Proof of Citizenship Notice and Instructions (2025), produced by Defendants in this action, Bates Number LWVI000440.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Memorandum from Civix to SVRS Users, December 2025 Build, Part I - Citizenship (December 2025), produced by Defendants in this action, Bates Number LWVI000280.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Office of the Secretary of State - Indiana Election Division, Proof of Citizenship VRG 58.3 (2025), produced by Defendants in this action, Bates Number LWVI000309.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email from Dustin Renner, Election Director, Secretary of State, to County Clerks, dated July 16, 2025, produced by Defendants in this action, Bates Number LWVI000367.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Declaration of Beatrix Hilde Shelby.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Declaration of Luciana Indiana Lugado Victoriano.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Declaration of Carola Susanne Clark.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Declaration of Ariadna Rubi Tejeda Sánchez.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Declaration of Dr. Michael P. McDonald and accompanying Expert Report of Dr. Michael P. McDonald.

12. Attached hereto as **Exhibit 11** is a true and correct copy of email correspondence between Ryan Snow, Counsel at Lawyers' Committee for Civil Rights Under Law, and Defendants' counsel, as described in Exhibit 10. Unrelated content redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 8, 2026 at Indianapolis, Indiana.

*/s/ William R. Groth*
William R. Groth

3