# EXHIBIT 1

Docusign Envelope ID: 3B57D044-287B-4674-AE9F-F6F9E8AA7AD3

# DATA SHARING AGREEMENT
# BETWEEN STATE AGENCIES
## Contract #000000000000000000091329

This Data Sharing Agreement **("DSA")** is effective as of the date of approval by the chief privacy officer, as evidenced in Sec. 6, between **Indiana Bureau of Motor Vehicles** ("**BMV**") and the **Indiana Secretary of State ("SOS")** and the **Indiana Election Division ("IED"),** (collectively, **"Recipients"**).

## 1. CONTACT INFORMATION

Indiana Bureau of Motor Vehicles

Clara Torres
Executive Director Credential Programs
ClTorres@bmv.IN.gov

Tracy McNutt
Executive Director of Contracts and Procurement
Tmcnutt1@bmv.in.gov

Matt Kestian
MKestian1@bmv.in.gov

Indiana Secretary of State

Jerry Bonnet
General Counsel
jbonnet@sos.in.gov


Indiana Election Division

J. Bradley King
Co-Director
BKing@iec.IN.gov

Angela M. Nussmeyer
Co-Director
ANussmeyer@iec.IN.gov

Matthew Kochevar
Agency Privacy Officer
mkochevar@iec.in.gov

Valerie Warycha
Agency Privacy Officer
vawarycha@iec.in.gov

## 2. DATA EXCHANGE

   **a. Definitions.**
1. "**APO**" means the relevant agency privacy officer designated in each business unit under State of Indiana Policy: Information Privacy and identified in Sec. 1 of this DSA.
2. "**Data** " means the collection of electronically-recorded information, inclusive of all individual data elements, exchanged between the parties by virtue of this DSA.
3. "**DSA**" means this data sharing agreement.
4. "**OCDO**" means the Office of Chief Data Officer established by Indiana Code (IC) 4-3-26-9.

   **b. Authorization.** Data exchange as contemplated in this DSA occurs in accordance with IC 4-1-6-2(13), which provides, in part, as follows: A state agency shall exchange with other agencies official personal information that it has collected in the pursuit of statutory functions when (check one):

Page 1 of 27

LWVI000288.000001

☒ the information is requested for purposes authorized by law including a rule promulgated pursuant to IC 4-22-2;

☐ the data subject would reasonably be expected to benefit from the action for which information is requested (requires individualized benefit to the data subject);

☐ the exchange would eliminate an unnecessary and expensive duplication in data collection and would not tangibly, adversely affect the data subject; or

☐ the exchange of information would facilitate the submission of documentation required for various state agencies and departments to receive federal funding reimbursement for programs which are being administered by the agencies and departments.

**c.  Written Justification of Authorization.**

1. BMV disclosure of the information requested by the Recipient is compliant with IC 9-14-13-7(1) and IC 9-14-13-8(2) as the information requested is for the use of the Recipient in carrying out its Agency functions.

2. BMV is responsible for maintaining records containing motor vehicle, driver, and identification information pursuant to IC 9-14-12.

3. BMV's records contain information including "**personal information**", as that term is defined in IC 9-14-6-6, and "**highly restricted personal information**", as that term is defined in IC 9-14-6-5, (collectively, "**Personal Information**").

4. SOS with consent of the IED co-directors is required to maintain a statewide voter registration list ("**List**"), the accuracy of which requires coordination with other State agencies pursuant to IC 3-7-26.3-2, -3, and -6. The List is maintained in the statewide voter registration system (SVRS).

5. Pursuant to IC 3-7-26.3-18 and IC 3-7-26.3-19, BMV, SOS and IED must enter into an agreement by which the information in the List is verified for accuracy by comparing it with information in BMV records, which includes information BMV obtains pursuant to its agreement with the U.S. Social Security Administration ("**SSA**").

6. Pursuant to IC 3-7-14 and IC 9-24-2.5, BMV shall transmit an electronic version of the completed voter registration portion or declination to register to vote of each application for a driver's license or an identification card for nondrivers issued under IC 9-24 to SVRS. SVRS will transmit the voter registration application data and declination data to the county voter registration office of the county in which the individual's residential address (as indicated on the application or declination) is located. Each electronic data file is then transmitted to IED and compiled in SVRS in accordance with IC 3-7-26.3.

7. Pursuant to IC 3-7-26.3, BMV shall compare the information that individuals submit to SOS via online voter registration system **("OVRS")** with information in BMV's records to determine if each individual has a current and valid Indiana driver's license or identification card. BMV will transmit its findings via SVRS to the county voter registration office in the county in which the applicant currently resides.

8. Pursuant to IC 3-7-45-2.2 BMV shall transmit on an expedited basis information regarding an individual who is reported deceased by BMV.

9. Pursuant to IC 3-11-4-2.2, the BMV shall provide SOS and IED with Indiana driver's license numbers, Indiana identification card numbers, and the last four (4) digits of a Social Security number ("**identification information**") for the purposes of matching identification information with voter registration records. Pursuant to IC 3-11-4-2.2 and IC 3-7-14-9(b), if an individual identified is associated with a temporary credential issued by the BMV, the BMV shall provide SOS and IED with that information.

**d.  Purpose and Objectives**
**Duties of Parties**

1. Verification of information in SVRS List: Indiana law requires information in the List, pertaining to individuals who submitted applications to register to vote, to be

LWVI000288.000002

compared with information in BMV's database and information obtained from SSA. Information in the List will be queried against information in the BMV's database to confirm whether the information in the List matches BMV information. Although permitted by law, BMV currently provides more verification information to SOS and IED than Indiana law requires BMV to provide. Nevertheless, BMV agrees to provide the current level of information to SOS and IED, as delineated below in **Exhibit 1** (**DL or ID Type Descriptions**), **Exhibit 2** (**SSA data inputs and responses**), **Exhibit 3** (BMV Registration Data), and **Exhibit 4** (Temporary Credential Responses) which are attached hereto and fully incorporated into this MOU. BMV reserves the right to alter that level of information in accordance with Section **d**. of this MOU.

a. Technical Design. The verification request will consist of a web service call from SVRS to BMV. BMV web service is accessed through a URL that is provided by BMV.

b. Security. The data will be transmitted between BMV and SVRS using a secure VPN connection between the SVRS hosting facility to BMV hosting facility.

c. Frequency. SVRS will pass driver's license ("**DL**") and identification card ("**ID**") data to BMV in real-time for each voter registration that is added, updated, or corrected; and when an absentee ballot application is entered into SVRS when the voter has elected to provide a DL or ID number on the application. In the event that the voter's registration does not have a DL or ID, then no call is made to BMV web service.

d. Data and Logic. SVRS will send the following information to BMV web service:
   i. Registration GUID (which is a unique identifying number that SOS/IED assigns to each person who registers to vote); and
   ii. Ten-digit DL number or ID number.

e. Upon successful receipt of the information above, BMV will return the following information to SVRS via two web services:
   i. Registration GUID (as provided above);
   ii. Ten-digit DL number or ID number (as provided above);
   iii. DL or ID Type Description (as defined in Exhibit 1, Table 1);
   iv. DL or ID Status Type (as defined in Exhibit 1, Table 2);
   v. DL or ID Condition (as defined in Exhibit 1, Table 3);
   vi. Driver's Name, including First, Middle, Last, and Suffix;
   vii. Driver's DOB (MM/DD/YYYY);
   viii. Driver's Legal Address including the Address, City, State, Zip;
   ix. Driver's Gender (M/F/U);
   x. Driver County Code
   xi. Temporary Credential Issued (Y/N)
   xii. Temporary Credential Issuance Date (MM/DD/YYYY)

f. BMV Data Interface Support. The Parties agree that any SVRS user issues related to the DL/ID verification interface will be communicated directly to the SVRS's Help Desk or the Project Manager and the Project Manager will communicate the issues to BMV at appropriate times for diagnosis and resolution. When possible, BMV will notify the Project Manager at least ten (10) days in advance of any planned system maintenance or changes that will affect BMV interface with SVRS. In all other instances, BMV will notify the Project Manager as soon as possible about any unplanned interruptions or changes, which affect BMV interface with SVRS, which are made with shorter preparation times. SOS and IED are hereby notified that BMV performs system maintenance every Sunday from 4:00 a.m. until 12:00 p.m. (EST or EDT), which will cause interruptions to BMV interface with SVRS.

2. Verification of information in the SVRS List-SSA information verification. The Parties agree to support a data interface that will allow for the verification of the last four digits of a Social Security Number ("**SSN**") within SVRS for new, updated, and corrected voter registrations.

LWVI000288.000003

a. Technical Design. The SSN verification request will consist of a web service call from the SVRS system to SSA via a BMV web service that is accessed through a BMV provided URL.

b. Security. The data will be transmitted between BMV and SVRS using a secure VPN connection between the SVRS hosting facility to BMV hosting facility.

c. Frequency. SVRS will pass SSN data to SSA via BMV in real-time for each voter registration that is added, updated, or corrected and when an absentee ballot application is entered into SVRS when the voter has elected to provide a SSN number on the application. In the event that the voter's registration does not have a SSN, no call is made to BMV web service.

d. Data and Logic. SVRS will send the following information to BMV web service:
   i. Registration GUID;
   ii. Last 4-digit SSN, which is accomplished by padding leading 0s to the SSN that is stored in SVRS;
   iii. Voter Name, including the voter Last, First, and Middle name; and
   iv. Voter DOB (YYYYMMDD).
   v. The information provided by SVRS is matched against SSA data using the algorithm in Exhibit 2, Table 1.
   vi. Upon successful receipt of the information above, BMV will return the following SSA information to SVRS:
      1. Registration GUID (as provided above);
      2. Last 4-digit SSN (as provided above); and
      3. SSA Response as defined in Exhibit 2, Table 2.

e. BMV Data Interface Support. The Parties agree that any SVRS user issues related to the SSA verification Interface will be communicated directly to the SVRS' Help Desk or Project Manager, and the SVRS Project Manager will communicate these issues to BMV at appropriate times for diagnosis and resolution. When possible, BMV will notify the Project manager at least ten (10) days in advance of any planned system maintenance or changes that will affect BMV interface with SVRS. In all other Instances, BMV will notify the Project Manager as soon as possible about any unplanned Interruptions or changes that affect BMV interface with SVRS that are made with shorter preparation times. SOS and IED are hereby notified that BMV performs system maintenance every Sunday from 4:00 a.m. until 12:00 p.m. (EST or EDT) that will cause Interruptions to BMV Interface with SVRS.

3. BMV transmittal of voter registration application data received during credential transactions performed at BMV license branches. The Parties agree to support a data interface that will allow for the electronic transmission of voter registration application data for voters who submit voter registration applications during a credential transaction at BMV license branches.

a. Technical Design. The electronic transmission of voter registration application data will consist of a web service call between the SVRS system and BMV. In accord with the direction of SOS and IED, BMV will transmit voter registration application data via a URL to be provided by PCC Technology, Inc.

b. Security. The data will be transmitted between BMV and SVRS using a secure VPSN connection between the SVRS hosting facility to BMV hosting facility.

c. Frequency. Each day during which BMV license branches are open and voter registrations received during credential transactions are processed, BMV will transmit them to SVRS. All voter registrations received in a given day are processed overnight and delivered to the appropriate county's SVRS hopper.

d. Data and Logic. BMV will send voter registration application data to SVRS as defined in Exhibit 3, Table 1.

e. BMV Data Interface Support. The Parties agree that any SVRS user issues related to the electronic transmission of voter registration application data from BMV will be communicated directly to the SVRS help Desk or the SVRS Project Manager. The SVRS Project Manager will communicate these issues to BMV at

LWVI000288.000004

Docusign Envelope ID: 3B57D044-287B-4674-AE9F-F6F0E8AA7AD3

appropriate times for diagnosis and resolution. When possible, BMV will notify the Project Manager at least ten (10) days in advance of any planned system maintenance or changes that will affect BMV interface with SVRS. In all other instances, BMV will notify the Project Manager as soon as possible about any unplanned interruptions or changes that might affect BMV interface with SVRS that are made with shorter preparation times. SOS and IED are hereby notified that BMV performs system maintenance every Sunday from 4:00 a.m. until 12:00 p.m. (EST or EDT), which will cause interruptions to BMV interface with SVRS.

4. Data interface between SVRS and BMV for OVRS. The Parties agree to establish and support a data interface allowing for the verification of DL and ID information for voter registration application data processed by OVRS.

   a. Technical Design. The DL and ID verification request will consist of a web service call from OVRS to BMV. BMV web service will be accessed through a URL provided by BMV.

   b. Security. The data will be transmitted between BMV and OVRS using a secure VPN connection between the OVRS hosting facility to BMV hosting facility.

   c. Frequency. OVRS will send the voter registration application information delineated in Section 2.d.4.d. below, to BMV real-time for verification of the information. Then BMV will send the information delineated in paragraph 2.d.4.e., below, to OVRS.

   d. Data. OVRS will send the following information to BMV web service:
      i. Online Voter Registration Application GUID; and
      ii. Ten-digit DL number or ID number.

   e. Upon successful receipt of the information above in Section d., BMV will return the following information to SVRS:
      i. Online Voter Registration Application GUID (as provided above);
      ii. Ten-digit DL number or ID number (as provided above);
      iii. DL or ID Type Description as defined in Exhibit 1, Table 1;
      iv. DL and ID Status Type as defined in Exhibit 1, Table 2;
      v. DL and ID Condition as defined in Exhibit 1, Table 3
      vi. Driver's Name including the First, Middle, Last, and Suffix;
      vii. Driver's DOB (MM/DD/YYYY);
      viii. Driver's Legal Address including the Address, City, State, Zip;
      ix. Driver's Gender (M/F/U);
      x. Driver's County Code;
      xi. Temporary Credential Issued (Y/N);
      xii. Signature (as byte array).

   f. BMV Data Interface Support. The Parties agree that any SVRS user issues related to OVRS will be communicated directly to the SVRS Help Desk or the SVRS Project Manager. The SVRS Project Manager will communicate these issues to BMV at appropriate times for diagnosis and resolution. When possible, BMV will notify the Project Manger at least ten (10) days in advance of any planned system maintenance or changes that will affect BMV interface with SVRS. In all other instances, BMV will notify the Project Manager as soon as possible about any unplanned interruptions or changes that affect BMV interface with SVRS that are made with shorter preparation times. SOS and IED are hereby notified that BMV performs system maintenance every Sunday from 4:00 a.m. until 12:00 p.m. (EST or EDT), which will cause interruptions to BMV interface with SVRS.

5. SVRS Business Rules for Accepting DL or ID Types and Conditions. SOS and IED have developed business rules within SVRS for which DL or ID Types (as defined in Exhibit 1, Table 2) and DL or ID Conditions (as defined in Exhibit 1, Table 3) can be accepted during OVRS. For informational purposes only, the business rule chart ("BMV Code Matrix") has been added for reference in Exhibit 1, Table 4.

  **e. Additional Agreement Terms.**

LWVI000288.000005

f. **Term and Termination**. This DSA is effective as of the date of approval by the chief privacy officer, as evidenced in Sec. 6, and shall continue until: 1) terminated pursuant to Sec. 2.f.1.; 2) the date identified in Sec. 2.f.2.

1. This DSA may be terminated by the parties or the OCDO at any time and for any purpose. Termination is effected by providing written notice to the other-party contact listed in Sec. 1 and to the OCDO by email to ResponsibleData@mph.IN.gov. The terminating party shall strive to provide reasonable advance notice under this subsection. If termination were to occur, the OCDO will consult with the parties regarding related data needs.

2. Date of Termination: **June 30, 2027**

3. On termination of this DSA, the receiving party shall, within thirty (30) days of termination, securely dispose of the Data and its derivatives. In so doing, the receiving party shall, unless legally prohibited, destroy all of the Data and its derivatives in its systems or otherwise in its possession or under its control, in all of its forms. The Data shall not be recoverable, using the "clear" method of sanitization defined in NIST Special Publication 800-88 Rev.1. The receiving party further agrees that it will overwrite the logical storage location of the Data as well as all user-addressable locations of the Data.

4. The receiving party agrees to memorialize such destruction through completion and submission to the other party and the OCDO of the certificate of destruction prescribed by the OCDO at https://www.in.gov/mph/cdo/files/State-of-Indiana-Internal-COD.docx.

## 3. PRIVACY, DATA PROTECTION, AND INCIDENT RESPONSE

a. **Governing Citations.**
1. IC 4-1-6, governing information sharing and confidentiality.
2. IC 4-1-10, governing the release of social security numbers (as applicable).
3. IC 4-1-11, governing security breach involving a state agency.
4. IC 5-14-3-6.5, governing confidentiality.

b. **Additional Governing Citations.**
1. IC 9-14-12, governing records of the bureau.
2. IC 9-14-13, governing privacy and disclosure of bureau records.
3. 18 USC 2721, et seq., Federal Driver's Privacy and Protection Act.

c. **Data Use.** Data shall be leveraged to further the purposes of this DSA, but only in accordance with its terms. Nonconforming uses may subject the violating party to termination of the Data exchange enabled by this DSA, pursuant to Sec. 2.f. and may further initiate a privacy impact assessment of the relevant system or systems.

d. **Storage Location.** The parties have considered the benefits and risks of duplication of Data for the purposes of this DSA.

☒ Data subject to this DSA will be maintained on information technology infrastructure owned or licensed by the Office of Technology, excluding agency analytics environment infrastructure described immediately below.
☐ Data subject to this DSA will be maintained in an agency analytics environment, as defined in and pursuant to *State of Indiana Policy: Fair Information Practices related to Agency Analytics Environments*.
☐ Data subject to this DSA will be maintained on information technology infrastructure owned or licensed by the receiving agency.

LWVI000288.000006

☐Other.

> Data will consist of a web service call from SVRS to BMV. BMV web service is accessed through a URL that is provided by BMV.

e.  **Data Protection.**
1.  Data subject to this DSA will be maintained in accordance with applicable law.
2.  Data subject to this DSA will be protected by appropriate administrative, physical, and technical security measures to safeguard against unauthorized access, disclosure, or theft.
3.  Data subject to this DSA will be transmitted through a managed file transfer platform approved by the Indiana Office of Technology for that purpose, using secured encryption technologies that meet or exceed the standards under Federal Information Processing Standards (FIPS) 140-2, Level 1, for data in motion.
4.  Data subject to this DSA will be maintained at rest using an environment approved by the Indiana Office of Technology for that purpose, in accordance with secured encryption technologies that meet or exceed the standards under FIPS 140-2 and National Institute of Standards and Technology (NIST) 800-131A Rev. 1.
5.  Data subject to this DSA will be maintained at rest solely in data centers in the continental United States of America, shall not be maintained on portable devices, including personal laptop and desktop computers.
6.  Data subject to this DSA:
    i.   ☐ may
    ii.  ☒ may not

    be accessed by a third-party under contract with the receiving party.
    * (Note that this does not govern the IED vendor supporting SVRS or individual temporary staffing resources designated through the Selected Resource Program under the Indiana Managed Service Provider program, Contract No. 58993, which are akin to state employees for the purposes of information governance.)

f.  Notice of Breach of Security. If there is a breach of the security of the system (as defined in IC 4-1-11-2) involving Data, the party having control of the Data subject to the breach shall promptly:

1.  institute all appropriate and necessary mitigating actions required by applicable State and Federal laws and regulations;
2.  comply with all disclosure and notification actions required by applicable State and Federal laws and regulations, including but not limited to notification to the Indiana Office of Attorney General pursuant to 10 IAC 5 using State Form 57435;
3.  notify the Indiana Office of Technology via email to the Indiana Security Incident Response Team at isirt@iot.IN.gov;
4.  notify the other-party contact listed in Sec. 1 of this DSA;
5.  make reasonable efforts to cooperate with the requests of the other-party contact listed in Sec. 1 of this DSA; and
6.  following any necessary mitigation, disclosure, and notification activities, the APO must provide to the State CPO documentation of actions taken, pursuant to *State of Indiana Policy: Information Privacy.*

## 4.  Partnership Management

a.  **Amendments.** No alteration or variation of the terms of this DSA are valid unless made in writing, signed by the parties hereto, and approved by the OCDO. No oral understanding or agreement not incorporated herein shall be binding on the parties.

LWVI000288.000007

b. **Funding.** No funding mechanism or agreement is contemplated or reached by this DSA. If necessary, funding terms needed to carry out the purpose of this DSA will be agreed upon by the parties and will be memorialized in a memorandum of understanding between the parties pursuant to FMC 3.4.

## 5. Change Control

Without exception, list below any sections of this DSA that have been modified or deleted from the State's standard data sharing agreement, as published at https://www.in.gov/mph/cdo/files/State-of-Indiana-Internal-DSA.docx.
Sec. 2.f. Modified.

## 6. APPROVALS

IN WITNESS WHEREOF, the parties have executed this DSA by their duly authorized officers or representatives on the date set forth below, effective as of the date of approval by the chief privacy officer, as evidenced below.

LWVI000288.000008

Docusign Envelope ID: 3D57D044-287B-4574-AE9F-56F9E8AA7AD3

Indiana Election Division
J. Bradley King
Co-Director

By: _[signature]_
4A143C0098EA403...

Title: Co-Director

Date: 7/7/2025 | 15:08 EDT

Indiana Election Division
Angela M. Nussmeyer
Co-Director

By: _Nussmeyer, Angela_
A40DABB3CB2146B...

Title: Co-Director

Date: 7/7/2025 | 16:01 EDT

APO

By: _Valerie Suzanne Warycha_
84A7720A51514C3...

Title: Co-Counsel

Date: 7/7/2025 | 08:47 EDT

Indiana Secretary of State
Jerry Bonnet – APO
Deputy Secretary of State

By: _Bonnet, Jerry_
2CAF5E4AFABD4AA...

Title: Deputy Secretary of State

Date: 7/7/2025 | 08:23 EDT

Chief Privacy Officer

By: _McCullough, H. Cliff_
0F5A6F9C3C164A9...

Title: Interim Chief Privacy Officer

Date: 7/15/2025 | 05:09 PDT

Indiana Bureau of Motor Vehicles
Kevin M. Garvey
Commissioner

By: _Kevin M Garvey_
5A3DF8105F15408...

Title: Commissioner

Date: 7/7/2025 | 17:23 EDT

APO

By: _Matthew R Kestian_
A63232D2707542D...

Title: General Counsel / Privacy Officer

Date: 7/7/2025 | 13:15 PDT

Page 9 of 27

LWVI000288.000009

Docusign Envelope ID: 3D57D044-287B-4574-AE0F-56F0E8AA7AD3

**EXHIBIT 1**
**DL or ID TYPE**

Table 1 – License Type

| Stars License Code | What BMV sends to SOS |
|---|---|
| DRIVER EDUCATION | Driver Education Permit |
| LEARNER PERMIT | Learner Permit |
| MOTORCYCLE LEARNER'S PERMIT | Learner Permit - Motorcycle |
| REGULAR ID CARD | ID Card (including Senior or Disabled) |
| SPECIAL ID CARD | ID Card (including Senior or Disabled) |
| CDL CLASS A | Operator (Driver or Commercial) |
| CDL CLASS B | Operator (Driver or Commercial) |
| CDL CLASS C | Operator (Driver or Commercial) |
| OPERATOR | Operator (Driver or Commercial) |
| CHAUFFEUR | Chauffeur |
| PUBLIC PASSENGER CHAUFFEUR | Chauffeur - Public Passenger |
| OPERATOR WITH MOTORCYCLE ENDORSEMENT | Operator - Motor Cycle |
| CHAUFFEUR WITH MOTORCYCLE ENDORSEMENT | Chauffeur - Motor Cycle |
| PUBLIC PASSENGER CHAUFFEUR WITH MOTORCYCLE ENDORSEMENT | Chauffeur - Public Passenger Motorcycle |
| CDL CLASS A LEARNER PERMIT | Learner Permit - Commercial |
| CDL CLASS B LEARNER PERMIT | Learner Permit - Commercial |
| CDL CLASS C LEARNER PERMIT | Learner Permit - Commercial |
| OPERATOR (3 YEAR) | DRIVERS (3 YEAR) |
| OPERATOR W/MC (3 YEAR) | DRIVERS W/MC (3 YEAR) |
| CDL | CDL |
| CDL CLASS A WITH MOTORCYCLE ENDORSEMENT | CDL CLASS A WITH MOTORCYCLE ENDORSEMENT |
| CDL CLASS B WITH MOTORCYCLE ENDORSEMENT | CDL CLASS B WITH MOTORCYCLE ENDORSEMENT |
| CDL CLASS C WITH MOTORCYCLE ENDORSEMENT | CDL CLASS C WITH MOTORCYCLE ENDORSEMENT |
| SEASONAL DOCUMENT | SEASONAL DOCUMENT |
| OPERATOR (2 YEAR) | DRIVERS (2 YEAR) |
| OPERATOR W/MC (2 YEAR) | DRIVERS W/MC (2 YEAR) |
| CHAUFFEUR (2 YEAR) | CHAUFFEUR (2 YEAR) |
| CHAUFFEUR W/MC (2 YEAR) | CHAUFFEUR W/MC (2 YEAR) |
| OPERATOR (4 YR) | DRIVERS (4 YR) |
| OPERATOR W/MC (4 YR) | DRIVERS W/MC (4 YR) |
| OPERATOR (5 YR) | DRIVERS (5 YR) |
| OPERATOR W/MC (5 YR) | DRIVERS W/MC (5 YR) |
| CHAUFFEUR (3 YEAR) | CHAUFFEUR (3 YEAR) |
| CHAUFFEUR W/MC (3 YEAR) | CHAUFFEUR W/MC (3 YEAR) |
| VOTER ID | VOTER ID |
| OPERATOR (4 Year) NonProb | DRIVERS (4 Year) NonProb |

LWVI000288.000010

| OPERATOR (4 Year) With MC NonProb | DRIVERS (4 Year) With MC NonProb |
|---|---|
| RESTRICTED CDL CLASS B | RESTRICTED CDL CLASS B |
| RESTRICTED CDL CLASS B W/MC | RESTRICTED CDL CLASS B W/MC |
| PP CHAUFFEUR (2 YEAR) | PP CHAUFFEUR (2 YEAR) |
| PP CHAUFFEUR W/MC (2 YEAR) | PP CHAUFFEUR W/MC (2 YEAR) |

**Table 2 – DL or ID Status**

| License Status Code | Description | Meaning |
|---|---|---|
| V | Valid | No effective Suspensions/Invalidations or reinstatement requirements, has been issued a permit and/or license, no effective probation |
| F | Suspended – Infraction | The only effective Suspensions/Invalidations are type infraction (vs. Misdemeanor), or no effective Suspensions/Invalidations and owes no-insurance fees. Does not qualify for "P" status. |
| P | Suspended – Prior | No effective type-L/H Suspension(s). 1) Has guilty non-deleted Citation(s) with Offense Code 012/128/172/173 (DWS) with Disposition Date within last 10 years; and/or 2) has 2 or more effective or expired (not closed) suspensions with effective dates within a 10-year period and having a Suspension Reason code of 011/058/083/084 (DWS) |
| M | Suspended – Misdemeanor | Has effective Suspension of type Misdemeanor (vs. Infraction), has no effective type-L/H Suspensions. Does not qualify for "P" status |
| H | Suspended – Habitual Traffic Violator | Has effective type-H (HTV) Suspension(s), has no effective type L (HTV-Life) Suspensions |
| L | Suspended for Life – Habitual Traffic Violator | Has effective type-L (HTV-Life) Suspension(s) |
| I | Invalid – Revoked | Has effective Invalidations and no effective Suspension, or no effective Suspensions/Invalidations and owes only administrative fees |
| C | Conditional Probation | No effective Suspensions/Invalidations or reinstatement requirements, has effective probation |

Page 11 of 27

LWVI000288.000011

| U | Unlicensed | No effective Suspensions/Invalidations or reinstatement requirements, has NOT been issued a permit and/or license, no effective probation |
|---|---|---|
| X | Cancelled | Set independently – takes full precedence. Invalid record or combined with a valid record having a different DLN. |
| Z | Fraudulent | Set independently – takes full precedence. Fraudulent record |

**Table 3 – DL or ID Condition**

| License Condition Code | Description |
|---|---|
| N | None |
| M | Moved out of State |
| D | Deceased |
| I | Invalid |

Page 12 of 27

LWVI000288.000012

Docusign Envelope ID: 3D57D044-287B-4574-AE0F-56F0E8AA7AD3

## Table 4 – BMV Code Matrix to Pass Voter Registration Applications from OVRS to SVRS

| License Type Code | User Scenario | Z - Fraudulent | X - Cancelled | L - Habitual Traffic Violator - Life | H - Habitual Traffic Violator | P - Suspended - Prior | M - Suspended - Misdemeanor | F - Suspended - Infraction | I - Invalid - Revoked | U - Unlicensed | V - Valid | C - Conditional | E - Expired |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | ID Card (w/ NO DL Ever Issued) | No | No | N/A | N/A | N/A | N/A | N/A | Yes | Yes | N/A | N/A | |
| I | ID Card (w/ DL Previously Issued)* | No | No | Yes | Yes | Yes | Yes | Yes | Yes | N/A | Yes | Yes | |
| O | Existing DL | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| L, G, H | Existing Learner's Permit** | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| U | Record has been built w/ no credential ever issued | No | No | No | No | No | No | No | No | No | No | No | |
| | *Cannot obtain ID without resolving DL Status: Z, X, I | | | | | | | | | | | | |
| | **Cannot renew permit | | | | | | | | | | | | |
| X | Operator - Motor Cycle | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| C | Chauffeur | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| Y | Chauffeur – Motor Cycle | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| P | Chauffeur – Public Passenger | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| Z | Chauffeur – Public Passenger Motorcycle | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| B | Operator (Driver or Commercial) (Probationary) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| J | Operator – Motor Cycle (Probationary) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| K | Chauffeur (Probationary) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| N | Chauffeur – Motor Cycle (Probationary) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| Q | Chauffeur – Public Passenger (Probationary) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| R | Chauffeur – Public Passenger Motorcycle (Probationary) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | |
| | DRIVER EDUCATION | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | LEARNER PERMIT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | MOTORCYCLE LEARNER'S PERMIT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| I | REGULAR ID CARD | No | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| I | SPECIAL ID CARD | No | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| | CDL CLASS A | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | CDL CLASS B | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | CDL CLASS C | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | OPERATOR | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | MOTORCYCLE | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | CHAUFFEUR | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | PUBLIC PASSENGER CHAUFFEUR | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | OPERATOR WITH MOTORCYCLE ENDORSEMENT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | CHAUFFEUR WITH MOTORCYCLE ENDORSEMENT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | PUBLIC PASSENGER CHAUFFEUR WITH MOTORCYCLE ENDORSEMENT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | CDL CLASS A LEARNER PERMIT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | CDL CLASS B LEARNER PERMIT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | CDL CLASS C LEARNER PERMIT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | OPERATOR (3 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | OPERATOR W/MC (3 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| | MOTORCYCLE (3 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |

LWVI000288.000013

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDL | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| CDL CLASS A WITH MOTORCYCLE ENDORSEMENT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| CDL CLASS B WITH MOTORCYCLE ENDORSEMENT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| CDL CLASS C WITH MOTORCYCLE ENDORSEMENT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| SEASONAL DOCUMENT | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| OPERATOR (2 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| OPERATOR W/MC (2 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| MOTORCYCLE (2 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| CHAUFFEUR (2 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| CHAUFFEUR W/MC (2 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| OPERATOR (4 YR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| OPERATOR W/MC (4 YR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| MOTORCYCLE ONLY (4 YR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| OPERATOR (5 YR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| OPERATOR W/MC (5 YR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| CHAUFFEUR (3 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| CHAUFFEUR W/MC(3 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| VOTER ID | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| OPERATOR (4 Year) NonProb | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| OPERATOR (4 Year) With MC NonProb | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| RESTRICTED CDL CLASS B | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| RESTRICTED CDL CLASS B W/MC | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| PP CHAUFFEUR (2 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |
| PP CHAUFFEUR W/MC (2 YEAR) | No | No | Yes | Yes | Yes | Yes | Yes | No | N/A | Yes | Yes | Yes |

LWVI000288.000014

## EXHIBIT 2
## SSA DATA INPUT and RESPONSES

### Table 1 – SSA Input

| Input | Match Criteria |
|---|---|
| Last Name | Exact |
| First Name | Exact |
| Middle Initial | Ignore |
| Date of Birth | Month and Year must be exact. Day ignored. |
| Last-4 digits of SSN | Exact |

### Table 2 – SSA Responses

| Response Code | Description |
|---|---|
| 11 | Single Match – Alive |
| 12 | Invalid Input |
| 13 | Multiple Matches – All Deceased |
| 14 | Multiple Matches – All Alive |
| 15 | Multiple Matches – At Least One Alive & One Deceased |
| 16 | Single Match – Deceased |
| 17 | No Match Found |
| 18 | SSA System Error |
| 80 | BMV System Error – Invalid Name |
| 81 | BMV System Error – Response Was Not Received |
| 82 | BMV System Error – Error Message Returned |
| 83 | BMV System Error – System Error |
| 89 | BMV System Error – Unknown Return Code From SSA |

LWVI000288.000015

**EXHIBIT 3**
**BMV REGISTRATION DATA**

**Table 1 – BMV Voter Registration Application Data where voter Answers "Yes"**

| VRG-6 Form Field Name | Dataset Field Name | Field Type | BMV Record Source (All records where MOTOR_VOTER_RESPONSE.HAVA UPLOAD_DATE is Today's Date |
|---|---|---|---|
| BMV Unique ID | MOTOR_VOTER_RESONSE_UID | Unique Identifier (Int) | MOTOR_VOTER_RESPONSE, MOTOR_VOTER_RESPONSE_UID |
| New Registration Flag (Field 1 on VRG-6) | NEW_REGISTRATION_FLAG | Boolean | IF MOTOR_VOTER_RESPONSE.MV_RESPONSE_TYPE_CODE_UID = 1 then True(1); else = False(0) |
| Address Change Flag (Field 1) | ADDRESS_CHANGE_FLAG | Boolean | IF MOTOR_VOTER_RESPONSE.MV_RESPONSE_TYPE_CODE_UID=2/3 then True(1); else = |
| Name Change Flag (Field 1) | NAME_CHANGE_FLAG | Boolean | IF MOTOR_VOTER_RESPONSE.MV_RESPONSE_TYPE_CODE_UID=2/4 then True(1); else = False(0) |
| Residence County (Field 2) | RES_COUNTY | VarChar(100) | COUNTY.COUNTY_NAME FROM TOWNSHIP INNER JOIN COUNTY ON TOWNSHIP.COUNT_UID =COUNTY.COUNTY_UID WHERE TOWNSHIP.TOWNSHIP_UID = MOTOR_VOTER_ADDRESS.RES_TOWNSHIP_UID |
| Gender (Field 3) | GENDER | Char(I) | MOTOR_VOTER_PERSONAL_INFO.GENDER, matching on MOTOR_VOTER_RESPONSE.MOTOR_VOTER_RESPONSE_UID |

Page 16 of 27

LWVI000288.000016

Docusign Envelope ID: 3D57D044-287B-4574-AF0F-56F0E8AA7AD3

| Last Name (Field 3) | LAST_NAME | VarChar(50) | INDIVIDUAL_NAME.LAST_NAME Join MOTOR_VOTER_RESPONSE with INDIVIDUAL, matching on CUSTOMER_UID, where INDIVIDUAL.EXPIRATION_DATE is NULL Join INDIVIDUAL with INDIVIDUAL_NAME, matching on INDIVIDUAL_UID, where INDIVIDUAL_NAME.CURRENT_RECORD = 1 |
| --- | --- | --- | --- |
| First Name (Field 3) | FIRST_NAME | VarChar(50) | INDIVIDUAL_NAME.FIRST_NAME Join MOTOR_VOTER_RESPONSE with INDIVIDUAL, matching on CUSTOMER_UID, where INDIVIDUAL.EXPIRATION_DATE is NULL Join INDIVIDUAL with INDIVIDUAL_NAME, matching on INDIVIDUAL_UID, where INDIVIDUAL_NAME.CURRENT_RECORD = 1 |
| Middle Name (Field 3) | MIDDLE_NAME | VarChar(50) | INDIVIDUAL_NAME.MIDDLE_NAME Join MOTOR_VOTER_RESPONSE with INDIVIDUAL, matching on CUSTOMER_UID, where INDIVIDUAL.EXPIRATION_DATE is NULL Join INDIVIDUAL with INDIVIDUAL_NAME, matching on INDIVIDUAL_UID, where INDIVIDUAL_NAME.CURRENT_RECORD = 1 |
| Suffix (Field 3) | NAME_SUFFIX | VarChar(3) | INDIVIDUAL_NAME.MIDDLE_SUFFIX Join MOTOR_VOTER_RESPONSE with INDIVIDUAL, matching on CUSTOMER_UID, where INDIVIDUAL.EXPIRATION_DATE is NULL Join INDIVIDUAL with INDIVIDUAL_NAME, matching on INDIVIDUAL_UID, where |

LWVI000288.000017

Docusign Envelope ID: 3D57D044-287B-4574-AE9F-56F9E8AA7AD3

| | | | INDIVIDUAL_NAME.CURRENT_RECORD = 1 |
|---|---|---|---|
| Residence Address (Field 4) | RES_ADDRESS_LINE_1 | VarChar(50) | MOTOR_VOTER_ADDRESS.RES_ADDRESS_LINE_1 Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_ADDRESS matching on MOTOR_VOTER_RESPONSE_UID |
| Residence Apt Number (Field 4) | RES_ADDRESS_LINE_2 | VarChar(50) | MOTOR_VOTER_ADDRESS.RES_ADDRESS_LINE_2 Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_ADDRESS matching on MOTOR_VOTER_RESPONSE_UID |
| Residence City (Field 4) | RES_CITY | VarChar(20) | MOTOR_VOTER_ADDRESS.RES_CITY Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_ADDRESS matching on MOTOR_VOTER_RESPONSE_UID |
| Residence State (Field 4) | RES_STATE | VarChar(240) | STATE.STATE_NAME<br><br>WHERE STATE_UID = MOTOR_VOTER_ADDRESS.RES_STATE_UID Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_ADDRESS matching on MOTOR_VOTER_RESPONSE_UID |
| Residence Zip Code (Field 4) | RES_POSTAL_CODE | VarChar(10) | MOTOR_VOTER_ADDRESS.RES_POSTAL_CODE Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_ADDRESS matching on MOTOR_VOTER_RESPONSE_UID |
| Mail Address (Field 5) | MAIL_ADDRESS_LINE_1 | VarChar(50) | MOTOR_VOTER_ADDRESS.MAIL_ADDRESS_LINE_1 Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_ADDRESS matching on |

LWVI000288.000018

Docusign Envelope ID: 3D57D044-287B-4574-AE0F-56F0E8AA7AD3

| | | | MOTOR_VOTER_RESPONSE_UID |
|---|---|---|---|
| Mail Apt Number (Field 5) | MAIL_ADDRESS_LINE_2 | VarChar(50) | MOTOR_VOTER_ADDRESS.MAIL_ADDRESS_LINE_2 Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_ADDRESS matching on MOTOR_VOTER_RESPONSE_UID |
| Mail City (Field 5) | MAIL_CITY | VarChar(20) | MOTOR_VOTER_ADDRESS.MAIL_CITY  Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_ADDRESS matching on MOTOR_VOTER_RESPONSE_UID |
| Mail State (Field 5) | MAIL_STATE | VarChar(240) | STATE.STATE_NAME WHERE STATE_UID = MOTOR_VOTER_ADDRESS.MAIL_STATE_UID Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_ADDRESS matching on MOTOR_VOTER_RESPONSE_UID |
| Mail Zip Code (Field 5) | MAIL_POSTAL_CODE | VarChar(10) | MOTOR_VOTER_ADDRESS.MAIL_POSTAL_CODE Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_ADDRESS matching on MOTOR_VOTER_RESPONSE_UID |
| Previous  Address (Field 6) | PREVIOUS_ADDRESS_LINE_1 | VarChar(50) | MOTOR_VOTER_RESPONSE.PREVIOUS_ADDRESS_LINE_1 |
| Previous  Apt Number (Field 6) | PREVIOUS _ADDRESS_LINE_2 | VarChar(50) | MOTOR_VOTER_RESPONSE.PREVIOUS_ADDRESS_LINE_2 |
| Previous  City (Field 6) | PREVIOUS_CITY | VarChar(20) | MOTOR_VOTER_RESPONSE.PREVIOUS_CITY |
| Previous  State (Field 6) | PREVIOUS _STATE | VarChar(240) | STATE_NAME FROM STATE WHERE STATE_UID = MOTOR_VOTER_RESPO |

LWVI000288.000019

Docusign Envelope ID: 3D57D044-287B-4574-AE9F-56F9E8AA7AD3

| | | | NSE.PREVIOUS_STATE_ UID |
|---|---|---|---|
| Previous Zip Code (Field 6) | PREVIOUS _POSTAL_CODE | VarChar(10) | MOTOR_VOTER_RESPO NSE.PREVIOUS_POSTA L_CODE |
| DOB (Field 7) | DATE_OF_BIRTH | DateTime | MOTOR_VOTER_PERSO NAL_INFO.DATE_OF_BI RTH Join MOTOR_VOTER_RESPO NSE with MOTOR_VOTER_PERSO NAL_INFO matching on MOTOR_VOTER_RESPO NSE_UID |
| Telephone (Field 8) | | VarChar(25) | MOTOR_VOTER_PERSO NAL_INFO.PHONE_NUM BER Join MOTOR_VOTER_RESPO NSE with MOTOR_VOTER_PERSO NAL_INFO matching on MOTOR_VOTER_RESPO NSE_UID |
| Telephone extension | | | |
| Email (Field 10) | EMAIL_ADDRESS | VarChar(255) | MOTOR_VOTER_PERSO NAL_INFO.EMAIL_ADDR ESS Join MOTOR_VOTER_RESPO NSE with MOTOR_VOTER_PERSO NAL_INFO matching on MOTOR_VOTER_RESPO NSE_UID |
| ID Doc Included | ID_DOCUMENT | Boolean | MOTOR_VOTER_RESPO NSE.ID_DOCUMENT |

Page 20 of 27

LWVI000288.000020

| ID Doc Type | VOTER_ID_TYPE | VarChar(255) | CODE_NAME<br><br>FROM MOTOR_VOTER_ID_TYPE_CODE<br><br>WHERE MOTOR_VOTER_ID_TYPE_CODE_UID = MOTOR_VOTER_PERSONAL_INFO.MOTOR_VOTER_ID_TYPE_CODE_UID Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_PERSONAL_INFO, matching on MOTOR_VOTER_RESPONSE_UID |
|---|---|---|---|
| Citizen Affirmation (Field 11) [when available] | US_CITIZEN | Boolean | MOTOR_VOTER_RESPONSE.US_CITIZEN |
| 18 Years Old Affirmation (Field 12) [when available] | OF_AGE | Boolean | MOTOR_VOTER_RESPONSE.OF_AGE |
| Voter ID (DLN, BMV State ID, Last 4/Full SSN) (Field 13) | VOTER_ID_NUMBER | VarChar(50) | MOTOR_VOTER_PERSONAL_INFO.VOTER_ID_NUMBER Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_PERSONAL_INFO, matching on MOTOR_VOTER_RESPONSE_UID |
| Previous Last Name (Field 14) | PREVIOUS_LAST_NAME | VarChar(50) | MOTOR_VOTER_RESPONSE.PREVIOUS_LAST_NAME |
| Previous First Name (Field 14) | PREVIOUS_FIRST_NAME | VarChar(50) | MOTOR_VOTER_RESPONSE.PREVIOUS_FIRST_NAME |
| Previous Middle Name (Field 14) | PREVIOUS_MIDDLE_NAME | VarChar(50) | MOTOR_VOTER_RESPONSE.PREVIOUS_MIDDLE_NAME |
| Previous Suffix (Field 14) | PREVIOUS_SUFFIX | VarChar(3) | MOTOR_VOTER_RESPONSE.PREVIOUS_SUFFIX |
| Signature (Field 16) | SIGNATURE | Byte[] | NULL |
| Response Date (Field 16) | RESPONSE_DATE | DateTime | MOTOR_VOTER_RESPONSE.RESPONSE_DATE |
| Helper Name (Field 16) [when available] | HELPER_NAME | N/A | NULL<br>Available if needed at a later date. |
| Helper Address (Field 16) [when available] | HELPER_ADDRESS | N/A | NULL<br>Available if needed at a later date. |
| Helper City/Town (Field 16) [when available] | HELPER_CITY | N/A | NULL<br>Available if needed at a later date. |

Page 21 of 27

LWVI000288.000021

Docusign Envelope ID: 3D57D044-287B-4574-AE9F-56F9E8AA7AD3

| Helper Telephone (Field 16) [when available] | HELPER_PHONE | N/A | NULL<br>Available if needed at a later date. |
|---|---|---|---|
| Poll worker Interest | POLLWORKER_FLG | N/A | NULL<br>Available if needed at a later date. |
| DLN Type | DLN_TYPE | VarChar(50) | NULL at Retrieval, CAST as FieldType<br><br>IF VOTER_ID_TYPE = 'DL#' OR 'ID CARD' then<br><br>Verify VOTER_ID_NUMBER, using BMV.BLL.Customer.Voter Reg.HAVADLNVerification .GetVoterDetailsByDLN Method, which returns dataset.<br><br>Retrieve DataSet.DLN-SID-TYPE |
| DLN Status | DLN_STATUS | VarChar(50) | NULL at Retrieval, CAST as FieldType<br><br>IF VOTER_ID_TYPE = 'DL#' OR 'ID CARD' then<br><br>Verify VOTER_ID_NUMBER, using BMV.BLL.Customer.Voter Reg.HAVADLNVerification .GetVoterDetailsByDLN Method, which returns dataset.<br><br>Retrieve DataSet.DLN-SID-STATUS |

LWVI000288.000022

Docusign Envelope ID: 3D57D044-287B-4574-AE0F-56F0E8AA7AD3

| DLN Condition | DLN_CONDITION | VarChar(30) | NULL at Retrieval, CAST as FieldType<br><br>IF VOTER_ID_TYPE = 'DL#' OR 'ID CARD' then<br><br>Verify VOTER_ID_NUMBER, using BMV.BLL.Customer.Voter Reg.HAVADLNVerification .GetVoterDetailsByDLN Method, which returns dataset.<br><br>Retrieve DataSet.DLN-SID-COND |
|---|---|---|---|
| SSA Response | SSN_RESPONSE | VarChar(100) | NULL at Retrieval, CAST as FieldType<br><br>IF VOTER_ID_TYPE = 'LAST 4 SSN' then<br><br>Verify VOTER_ID_NUMBER (Last 4 digits), using BMV.BLL.Customer.Voter Reg.HAVASSNVerification .GetVoterDetailsBySSN Method, which returns dataset.<br><br>Retrieve DataSet.SSN-RESPONSE |
| Record Retrieval Date | HAVA_UPLOAD_DATE | | MOTOR_VOTER_RESP ONSE.HAVA_UPLOAD_D ATE |
| Branch Office | BRANCH | VarChar | SUPER_TRANSACTION. BRANCH_UID |
| Temporary Credential | TEMPORARY_CREDEN TIAL_ISSUED | Boolean | "Yes" if **LAWFUL_PERMANENT _RESIDENT or **TEMPORARY_LAWFUL _STATUS, "No" if not a Yes response for either LPR or TLS lawful status |

LWVI000288.000023

**Table 2 – BMV Voter Registration Application Data Where Voter Declines**

| VRG-6 Form Field Name | Dataset Field Name | Field Type | BMV Record Source |
|---|---|---|---|
| Last Name (Field 3) | LAST_NAME | VarChar(50) | INDIVIDUAL_NAME.LAST_NAME Join MOTOR_VOTER_RESPONSE with INDIVIDUAL, matching on CUSTOMER_UID, where INDIVIDUAL.EXPIRATION_DATE is NULL Join INDIVIDUAL with INDIVIDUAL_NAME, matching on INDIVIDUAL_UID, where INDIVIDUAL_NAME.CURRENT_RECORD = 1 |
| First Name (Field 3) | FIRST_NAME | VarChar(50) | INDIVIDUAL_NAME.FIRST_NAME Join MOTOR_VOTER_RESPONSE with INDIVIDUAL, matching on CUSTOMER_UID, where INDIVIDUAL.EXPIRATION_DATE is NULL Join INDIVIDUAL with INDIVIDUAL_NAME, matching on INDIVIDUAL_UID, where INDIVIDUAL_NAME.CURRENT_RECORD = 1 |
| Middle Name (Field 3) | MIDDLE_NAME | VarChar(50) | INDIVIDUAL_NAME.MIDDLE_NAME Join MOTOR_VOTER_RESPONSE with INDIVIDUAL, matching on CUSTOMER_UID, where INDIVIDUAL.EXPIRATION_DATE is NULL Join INDIVIDUAL with INDIVIDUAL_NAME, matching on INDIVIDUAL_UID, where INDIVIDUAL_NAME.CURRENT_RECORD = 1 |

Page 24 of 27

LWVI000288.000024

Docusign Envelope ID: 3D57D044-287B-4574-AE0E-56F0E8AA7AD3

| Suffix (Field 3) | NAME_SUFFIX | VarChar(3) | INDIVIDUAL_NAME.MIDDLE_SUFFIX Join MOTOR_VOTER_RESPONSE with INDIVIDUAL, matching on CUSTOMER_UID, where INDIVIDUAL.EXPIRATION_DATE is NULL Join INDIVIDUAL with INDIVIDUAL_NAME, matching on INDIVIDUAL_UID, where INDIVIDUAL_NAME.CURRENT_RECORD = 1 |
| --- | --- | --- | --- |
| Legal Address (Field 4) | ADDRESS_LINE_1 | VarChar(50) | CUSTOMER_ADDRESS.ADDRESS_LINE_1 join with CUSTOMER_LICENSE_NUMBER.CUSTOMER_UID where CUSTOMER_ADDRESS.ADDRESS_TYPE_UID=1 (legal address) |
| Legal Address 2 (Field 4) | ADDRESS_LINE_2 | VarChar(50) | CUSTOMER_ADDRESS.ADDRESS_LINE_2 join with CUSTOMER_LICENSE_NUMBER.CUSTOMER_UID where CUSTOMER_ADDRESS.ADDRESS_TYPE_UID=1 (legal address) |
| Legal City (Field 4) | CITY | VarChar(20) | CUSTOMER_ADDRESS.CITY join with CUSTOMER_LICENSE_NUMBER.CUSTOMER_UID where CUSTOMER_ADDRESS.ADDRESS_TYPE_UID=1 (legal address) |
| Legal State (Field 4) | STATE | VarChar(240) | STATE.STATE_CODE join with CUSTOMER_LICENSE_NUMBER.CUSTOMER_UID where CUSTOMER_ADDRESS.ADDRESS_TYPE_UID=1 join STATE on STATE_UID (legal address) |

Page 25 of 27

LWVI000288.000025

Docusign Envelope ID: 3D57D044-287B-4574-AE0F-56F0E8AA7AD3

| Legal Zip Code (Field 4) | POSTAL_CODE | VarChar(10) | CUSTOMER_ADDRESS.POSTAL_CODE join with CUSTOMER_LICENSE_NUMBER.CUSTOMER_UID where CUSTOMER_ADDRESS.ADDRESS_TYPE_UID=1 (legal address) |
|---|---|---|---|
| County | COUNTY_NAME | VARCHAR(100) | COUNTY.COUNTY_NAME join on CUSTOMER_ADDRESS.TOWNSHIP_UID join on TOWNSHIP.TOWNSHIP_UID |
| (BMV option) Response Date (Field 16) | VISIT_END_TIME | DateTime | SUPER_TRANSACTION.VISIT_END_TIME join on CUSTOMER_SUPER_TRANSACTION.SUPER_TRANSACTION_UID |
| (BMV Option) Branch Office Name | BRANCH_NAME | VarChar(175) | BRANCH.BRANCH_NAME join on SUPER_TRANSACTION.BRANCH_UID |
| DLN | CUSTOMER_LICENSE_NUMBER | Varchar(30) | VwCUSTOMER_LICENSE_NUMBER.CUSTOMER_LICENSE_NUMBER join on CUSTOMER_SUPER_TRANSACTION.CUSTOMER_UID |
| DOB (Field 7) | DATE_OF_BIRTH | DateTime | MOTOR_VOTER_PERSONAL_INFO.DATE_OF_BIRTH Join MOTOR_VOTER_RESPONSE with MOTOR_VOTER_PERSONAL_INFO matching on MOTOR_VOTER_RESPONSE_UID |

LWVI000288.000026

Docusign Envelope ID: 3D57D044-287B-4574-AE0F-56F0E8AA7AD3

**EXHIBIT 4**
**TEMPORARY CREDEDTIAL RESPONSES**

| Response | Description |
|----------|-------------|
| MM/DD/YYYY | "As of Date" - Date last temporary credential issued |
| Yes | TEMPORARY_CREDENTIAL_ISSUED |
| No | TEMPORARY_CREDENTIAL_ISSUED |

LWVI000288.000027