# EXHIBIT 2



**PROOF OF CITIZENSHIP NOTICE AND INSTRUCTIONS**          **(VRG-26)**

(5-25)

INDIANA ELECTION DIVISION (IC 3-7-26.3-37; IC 3-7-38.2-7.3)

---

**INSTRUCTIONS:**  Please review the information below as you are required by Indiana state law to provide a copy of your proof of citizenship documentation to the county election board not later than 30 days after receiving this notice. Approved types of citizenship documentation are listed on the form below. Failure to timely respond to this notice will result in your voter registration application being rejected and any existing registration record being moved to "cancelled" status.

---

# Notice and Instructions from the _____ County Election Board
## to Verify Proof of Citizenship of A Voter

<br>

_____

Name of Voter Required to Provide Proof of Citizenship

<br>

_____

Mailing Address of Voter Required to Provide Proof of Citizenship

You are receiving this notice because on the date you applied for and received an Indiana driver's license or state identification card from the Indiana Bureau of Motor Vehicles (BMV), you were identified as being issued a "temporary credential" under IC 9-24-11-5(c) or IC 9-24-16-3(f), which indicates that you may not have been a U.S. citizen at the time of the BMV transaction. State law requires this notice to be sent to a voter when one of the following reasons applies:

1) When BMV records show you might not have been a U.S. citizen when you received your Indiana driver's license or state ID card, and you are already registered to vote. You are required to provide a copy of your proof of citizenship documentation as outlined below not later than 30 days after receiving this notice.

2) When you submit a voter registration application, and BMV records show you might not have been a U.S. citizen when you received your Indiana driver's license or state ID card. You are required to provide a copy of your proof of citizenship documentation as outlined below not later than 30 days after receiving this notice.

**Not later than 30 days after receiving this notice, you must provide a copy of one of the following proof of citizenship documents by mail or hand-delivery to the address of the office (noted below):**

1) Voter's birth certificate or a legible photocopy of the voter's birth certificate.
2) Voter's United States passport or a legible photocopy of the pages of the passport that identify the voter and show the passport number.
3) Voter's United States naturalization documentation, a legible photocopy of the voter's naturalization documentation, or the voter's certificate of naturalization number.
   > *Note: A voter who provides a certificate of naturalization number instead of the naturalization documentation is not deemed to have provided proof of citizenship until the county voter registration office verifies the number with the United States Citizenship and Immigration Services or a successor agency.*
4) A document or method of proof of citizenship established under the Immigration Reform and Control Act of 1986 (8 U.S.C. 1101 et seq.) that is issued to the voter, such as a Certificate of Naturalization, Certificate of Citizenship, Declaration of Intention, or Repatriation Certificate issued by the United States Citizenship and Immigration Services.
5) The voter's Consular Report of Birth Abroad (CBRA).

LWVI000440

**Failure to provide ONE of the proof of citizenship documents noted above to your county voter registration official at the office listed below not later than 30 days following receipt of this notice will result in your voter registration application being rejected and any existing voter registration record moved to cancelled status.**

An individual who is unable to provide documentation of proof of citizenship may appeal in person or by mail to the county election board of the county in which the person is registered or is applying to be registered to vote. After receiving an appeal, the county election board shall:

- conduct a hearing;
- make a finding concerning the individual's citizenship status; and
- send a copy of its decision to the county voter registration office of the county in which the individual resides.

If a county election board decides to reinstate the voter's registration record upon the voter's successful appeal, then the county voter registration official shall change the voter's registration record to accurately reflect the decision of the county election board with respect to the individual.

**Documentation provided to the county election board or voter registration official to show proof of citizenship is confidential and is not available for inspection by the public.**

### COUNTY ELECTION BOARD CONTACT INFORMATION:

County Name & Office: _____

Office Address, City, IN Zip: _____

Phone: _____          Toll-Free Number: _____

Fax: _____          E-Mail: _____

Please contact the county election board if you have questions about this notice.

LWVI000441