# EXHIBIT 3

 

# MEMORANDUM

| | |
|---|---|
| **To:** | **SVRS Users** |
| **From:** | **Civix** |
| **Release Date:** | **December 2025** |
| **RE:** | **December 2025 Build, Part I – Citizenship** |

*The following pages contain a list of modifications applied to SVRS to solve issues or to satisfy enhancement requests approved by the IN SVRS Core Team as part of the December 2025 Build.*

## Contents

Citizenship Maintenance Hopper – Record View Updates – Addition of "Validate" Button within the Hopper Record ... 2
Citizenship Maintenance Hopper – Cancel Functionality Business Rules ... 4
Visual Updates to the Citizenship Maintenance Hopper ... 5
Cancelling a Voter Registration from the Citizenship Maintenance Hopper ... 6
Preventing Duplicate Processing of a Citizenship Maintenance Hopper Record ... 9
Citizenship Maintenance Hopper Updates to Records with Temp Status Changes No Later Than July 1, 2025 ... 10

LWVI000280.000001

 

**Citizenship Maintenance Hopper – Record View Updates – Addition of "Validate" Button within the Hopper Record**

When viewing a Citizenship Maintenance hopper record, the Validate button must be clicked before an action on the record can be saved. Clicking the Validate button will re-ping the BMV to obtain the most up-to-date Temporary Credential status. User must select Validate before saving record.



If a user tries to save any action on the Voter Record without validating first, the system displays the following hard stop warning message text, "User must validate the temporary credential status of the voter before saving the record."

**Please review and correct all errors:**

- **User must validate the temporary credential status of the voter before saving the record.**

LWVI000280.000002

 

An Action option of No Action Needed has been added. Upon saving, the record will be removed from the Maintenance hopper with NO changes to the voter record.

Confidence Factor:        100

**BMV File**

Name:                  KAMARUDIN B JALALUDIN

DLN/SID:

Date of Birth:

Residence Address:

FORT WAYNE IN46806-5506

*The voter's information is a match, BUT...*

**Registration Record** 🔍

Name:                  KAMARUDIN JALALUDIN

SSN:

DLN/SID:

Date of Birth:

Residence Address:

Fort Wayne IN468065506

Allen

Precinct:              653

Status:                Active

[ Validate ]

*The voter's Temporary Credential status has updated to N*

Temporary Credential Issued:        N   ⬅

Temporary Credential Issued Date:   8/26/2025

Action:*               [ No Action Needed  ⌄ ]

Comments:              [                              ]

[ Save ]  [ Return ]

The voter record will update with a comment of "Record dismissed from Citizenship Maintenance Hopper as No Action Needed."

**Voter Overview** 🔍 🖨

Name:       JALALUDIN , KAMARUDIN         Status:  **ACTIVE**        Address:                      ✓Verified

Voter ID:   3500400671                    County: ALLEN                       Fort Wayne IN 46806-5506

Date of Birth:                            Precinct:653                        **Residential**

                                          Split:    0

**Comment Detail**

Date:        12/8/2025 4:10:42 PM

User ID:     agallon2

Comment: Record dismissed from Citizenship Maintenance Hopper as No Action Needed.

County:

[ Return ]

LWVI000280.000003

 

**Citizenship Maintenance Hopper – Cancel Functionality Business Rules**

The Action of "Cancel Voter" cannot be selected until 42 days from Print Date of Correspondence, and the cancel option will not appear in the Action dropdown until that time.

Action:*          Cancel Voter ▾

Cancellation Reason:*    Documentation Required

Comments:          Voter Not a Match

                Research Needed

                Pending County Action

                Cancel Voter

When Cancel Voter becomes available in the Action dropdown, selecting "Cancel Voter" will cancel the voter and remove the record from the hopper. The user MUST choose between two Cancellation Reasons:

VRG-26 (Citizenship): Undeliverable

VRG-26 (Citizenship): Not Returned by Deadline



The cancelled registration will autopopulate a Comment with the selected Cancellation Reason:

**Voter Overview** 🔍 🖨

| | | | |
|---|---|---|---|
| Name: | VIAU , NIKKI L | Status: **CANCELLED** | Address: ▮▮▮▮▮ |
| Voter ID: | 1660679110 | County: HENDRICKS | Avon IN 46123-8867 |
| Date of Birth: ▮▮▮▮ | | Precinct:WASHINGTON 23 | **Residential** |
| | | Split:  COUNTY | |

**Proof of Citizenship Required**

**Comment Detail**

Date:    12/5/2025 3:01:08 PM

User ID:   agallion2

Comment: Cancelled from Citizenship Maintenance - VRG-26 Not Returned by deadline.

County:   Hendricks

Return

LWVI000280.000004



**Indiana** Statewide Voter Registration System

## Visual Updates to the Citizenship Maintenance Hopper

Two additional columns have been added to the table view of the Citizenship Maintenance Hopper:

**Citizenship Maintenance**    Total Items: 50

This hopper includes records identified from a one-time data file provided by the BMV that appear to match existing voter registrations where the individual received a temporary credential (that is, a driver's license, state ID card, or learner's permit indicating the person may not have been a US citizen at the time of the transaction).

County voter registration officials must review these records to confirm the match is accurate. If the match is accurate and the voter did not otherwise provide proof of citizenship to the county voter registration official, a Proof of Citizenship Notice (VRG-26) must be sent to a voter.

Unlike the "Citizenship Validation Hopper", all work to manage the citizenship maintenance process for these records will remain in this hopper as this is a one-time data match against existing voter registration records in SVRS.

Last Name: [_____]

◉ Exact...   ○ Starts With...   ○ Contains...

[Search]   [Clear]

| Date | Last Name | First Name | Residence Address | DOB | DLN/SID | Docs | Print | Pts | R | AD | |
|------|-----------|------------|-------------------|-----|---------|------|-------|-----|---|----|---|
| 6/26/2025 9:18:44 AM | DIAZ VERA | ANA D | | | | N | | 75 | N | N | ✎ |
| 6/26/2025 9:18:44 AM | SINGH | SURJIT N | | | | N | | 100 | N | N | ✎ |
| 6/26/2025 9:18:44 AM | SANTANA RODRIGUEZ | GUADALUPE N | | | | N | | 55 | N | N | ✎ |
| 6/26/2025 9:18:44 AM | KAPITO | CATHERINE N | | | | N | | 55 | N | N | ✎ |
| 6/26/2025 9:18:44 AM | REYNOLDS | ALICIA V | | | | N | | 100 | N | N | ✎ |
| 6/26/2025 9:18:44 AM | THANGAVEL | SRIMANJUNATH N | | | | N | 8/8/2025 4:24:02 PM | 100 | N | Y | ✎ |
| 6/26/2025 9:18:44 AM | DAZA DEL ANGEL | LUIS B | | | | N | 12/8/2025 4:43:05 PM | 100 | N | N | ✎ |
| 6/26/2025 9:18:44 AM | NICHOLS | SPENCER D | | | | N | | 100 | N | N | ✎ |
| 6/26/2025 9:18:44 AM | YANCEY | OKSANA Y | | | | N | | 100 | N | N | ✎ |
| 6/26/2025 9:18:44 AM | SARRAF | SHRAVYA N | | | | N | | 50 | N | N | ✎ |

1 2 3 4 5

- The AD column represents After Deadline. This column contains a Y/N indicator that reflects if 42 days or more have passed since the Print Date of the VRG-26 form. If the indicator is Y, users have additional functionality to potentially cancel a voter from the Citizenship Maintenance Hopper if the VRG-26 has been returned by the USPS as Undeliverable, or if the voter has not responded with approved Citizenship documentation in the permitted timeframe.

- The pencil icon provides a direct link to the Correspondence page of Voter Overview.

LWVI000280.000005



**Cancelling a Voter Registration from the Citizenship Maintenance Hopper**

If a voter in the Citizenship Maintenance Hopper does not provide approved Citizenship documentation within 42 days from the Print Date of the VRG-26, the indicator in the After Deadline (AD) column will switch to a Y. This will allow users to click the Date hyperlink and have the additional option of Cancel Voter in the Action drop-down box.

*NOTE: This also applies to records within the Citizenship Maintenance Hopper in which the VRG-26 form has been returned by the USPS as Undeliverable.*

*NOTE: All records in the Citizenship Maintenance hopper must remain in the hopper for the 42 days after the Print Date, unless the voter has supplied approved Citizenship documentation.*

Up to and including 41 days after the VRG-26 Print Date, the only Action options available are Documentation Required, Voter Not a Match, Research Needed, and Pending County Action. The AD indicator will remain as N during this time period.



LWVI000280.000006

 

Starting at 42 days after the VRG-26 Print Date, the AD indicator will switch to a Y and the Cancel Voter option will become available in the Action drop-down box when clicking on the Date hyperlink to review the record.



Selecting Cancel Voter will create another required drop-down box with the following Cancellation Reason options:

- VRG-26 (Citizenship): Undeliverable – This is to be selected if the VRG-26 was returned by the USPS as Undeliverable.

- VRG-26 (Citizenship): Not Returned by Deadline – This is to be selected if the voter provided no response and did not provide any approved Citizenship documentation by the deadline.



LWVI000280.000007

 

Upon saving, the status of the registration record will be changed to Cancelled, and a comment with the Cancellation Reason will be added to the record.



**Voter Overview** 🔍 🖨
Name:        MAI , LY X
Voter ID:    4660179833
Date of Birth: ▮▮▮▮

Status: **CANCELLED**    Address: ▮▮▮▮
County: HENDRICKS              Indianapolis IN 46234-3681
Precinct: LINCOLN 11           **Residential**      ✓verified
Split:   COUNTY

Registration Date: 12/20/2017
⊟ **Residence Address**      ✓verified
▮▮▮▮
Indianapolis IN 46234-3681
⊞ **Mailing Address**
⊞ **Previous Address**

**Poll Location**
Facility Name:   ANY VOTE CENTER LOCATION
Facility Address: Visit www.co.hendricks.in.us or
                 317-745-9249
                 HENDRICKS COUNTY IN 00000

⊟ **Districts**
**Current:**

| | | | |
|---|---|---|---|
| Statewide : | Indiana | School : | BROWNSBURG COMM SCHOOLS |
| Congressional : | 4 | Township : | LINCOLN |
| State Senate : | 24 | Court of Appeals Judge : | 1 |
| State House : | 25 | Court of Appeals Judge SW 4 : | 4 |
| County Commissioner : | 2 | Court of Appeals Judge SW 5 : | 5 |
| County Council : | 2 | | |

**Comments**

| Date | Comments | Created By | Changed By | County |
|---|---|---|---|---|
| 7/28/2025 8:40:21 AM | Cancelled from Citizenship Maintenance - VRG-26 Returne... | jacobs1 | jjacobs1 | Hendricks |



**Voter Overview** 🔍 🖨
Name:        MAI , LY X
Voter ID:    4660179833
Date of Birth: ▮▮▮▮

Status: **CANCELLED**    Address: ▮▮▮▮
County: HENDRICKS              Indianapolis IN 46234-3681
Precinct: LINCOLN 11           **Residential**      ✓verified
Split:   COUNTY

**Comment Detail**
Date:     7/28/2025 8:40:21 AM
User ID:   jjacobs1
Comment: Cancelled from Citizenship Maintenance - VRG-26 Returned to Sender.
County:   Hendricks

[ Return ]

LWVI000280.000008



**Preventing Duplicate Processing of a Citizenship Maintenance Hopper Record**

If a user re-enters a record in the Citizenship Maintenance Hopper and attempts to save the record as Documentation Required after this action was previously taken, SVRS will now display a warning message in red text preventing the user from saving and potentially creating an additional VRG-26 form.

*NOTE: As a reminder, the Print Date will not populate in the hopper until the form is printed.*



The message will read, "This record has already been saved as Documentation Required and a Proof of Citizenship Notice was created in the Batch Reports Hopper. Please make another selection or click Return to go back to the hopper."



LWVI000280.000009



**Indiana** Statewide Voter Registration System

**Citizenship Maintenance Hopper Updates to Records with Temp Status Changes No Later Than July 1, 2025**

A data gap was identified that affected voter registrations in the Citizenship Maintenance hopper who had a temporary credential status change from Y to N between mid-May and July 1, 2025. These records have been reconciled to remove the Proof of Citizenship Required flag, and a comment has been added to the voter profiles according to the following scenarios.

Comment "A" applies to records removed from the Maintenance hopper where temporary credential status is now "no" and a VRG-26 was generated, which added the Proof of Citizenship flag to the registration. The flag has been removed, and the Comment has been added:

**Voter Overview** 🔍 ✏️

| | | | | | |
|---|---|---|---|---|---|
| Name: | DICKERSON , VICTORIA F | Status: | **INACTIVE** | Address: | ▊▊▊▊ ✔Verified |
| Voter ID: | 2310713870 | County: | HAMILTON | | Carmel IN 46032-8559 |
| Date of Birth: ▊▊ | | Precinct: | CLAY 62 | | **Residential** |
| | | Split: | CITY | | |

**Comment Detail**

Date:      12/10/2025 5:16:28 PM
User ID:    CitizenMaintUpdate_State
Comment: Record removed from SVRS Citizenship Maintenance Hopper. BMV temporary lawful status updated to "no" not later than July 1, 2025; VRG-26 rescinded and Proof of Citizenship Flag removed.
County:    Hamilton

[ Return ]

Comment "B" which applies to records removed from the Maintenance hopper where temporary credential status is now "no" and a VRG-26 was NOT generated, so the Proof of Citizenship flag was never applied. The Comment reads:

**Voter Overview** 🔍 ✏️

| | | | | | |
|---|---|---|---|---|---|
| Name: | SANZ DE RAMOS , FANY | Status: | **ACTIVE** | Address: | ▊▊▊▊ ✔Verified |
| Voter ID: | 4050290611 | County: | HAMILTON | | Westfield IN 46062-7384 |
| Date of Birth: ▊▊ | | Precinct: | WESTFIELD 29 | | **Residential** |
| | | Split: | CITY | | |

**Comment Detail**

Date:      12/10/2025 5:16:13 PM
User ID:    CitizenMaintUpdate_State
Comment: Record removed from SVRS Citizenship Maintenance Hopper as BMV temporary lawful status updated to "no" not later than July 1, 2025. No county action needed at this time.
County:    Hamilton

[ Return ]

LWVI000280.000010