# EXHIBIT 4

# Proof of Citizenship

# VRG 58.3

| Revision | Date | Reason for Revision |
|---|---|---|
| 00 | August 11, 2025 | New |
| 01 | August 29, 2025 | Updated to include scenario if voter appears in person and application is processed immediately and VRG-26 is generated when TC=Y. |

## Contents

Purpose ..................................................................................................................... 1

References ................................................................................................................ 1

Definitions ............................................................................................................... 2

Guidance .................................................................................................................. 2

## Purpose

This SOP provides guidance to voter registration officials on the implementation of the proof of citizenship requirements when the BMV indicates the individual received a temporary credential (that is, a driver's license, state ID card, or learner's permit). This is a point-in-time check that indicates the individual may not have been a US citizen at the time of their most recent BMV credential transaction.

## References

**IC 3-7-26.3-37**   Proof of Citizenship

**IC 3-7-38.2-7.3**   Proof of Citizenship Requirements; Appeals

**IC 3-7-38.2-16**   Request of Information from Federal Courts; Provision of Information; Duties of County Voter Registration Office

**IC 3-11-4-2.2**   Providing Identification Numbers and Temporary Credential Information; Updating Voter Registration Record; Confidentiality

LWVI000309.000001

**SVRS MATERIALS**

2025June Build Notes – Citizenship Project

2025July Build Notes

2025 August Build Notes

**FORMS**

VRG-26: Proof of Citizenship Notice and Instruction

VRG-27: County Election Board Hearing Notice: Proof of Citizenship

# Definitions

IC 3-7-38.2-7.3(a): "For the purposes of [IC 3-7-38.2-7.3], 'proof of citizenship' means one (1) of the following:

(1) The voter's birth certificate or a legible photocopy of the voter's birth certificate.
   a. The birth certificate should be indicative of a birth within the United States or its territories, such as Guam, Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands.

(2) The voter's United States passport or a legible photocopy of the pages of the passport that identify the voter and show the passport number.

(3) The voter's United States naturalization documentation, a legible photocopy of the voter's naturalization documentation, or the voter's certificate of naturalization number. A voter who provides a certificate of naturalization number in lieu of the naturalization documentation is not deemed to have provided proof of citizenship until the county voter registration office verifies the number with the United States Citizenship and Immigration Services or a successor agency. To verify a certificate of naturalization number, email verification@sos.in.gov to request the number be verified by the state before processing.

(4) A document or method of proof of citizenship established under the Immigration Reform and Control Act of 1986 (8 U.S.C. 1101 et seq.).

(5) The voter's consular report of birth abroad (CRBA)."

NOTE: "Temporary Credential" is a term used by the BMV to indicate that an individual may not have been a US citizen at the time of their last credential transaction. A "credential" is a BMV term to mean a driver's license, state ID card, or learner's permit. This determination is point-in-time and may not be indicative of the person's current citizenship status. "Temporary credential" does NOT mean the paper license Hoosiers receive as a temporary placeholder before their plastic credential arrives by mail.

# Guidance

The co-directors of the Indiana Election Division, acting as the state's NVRA officials, are required to compare the list of individuals who were issued temporary credentials under IC 9-24-11-5(c) or IC 9-24-16-3(f), indicating that at the time of the credential transaction that the individual was not a citizen of the United States, against existing records in the statewide voter registration list as of July 1, 2025, or

2

LWVI000309.000002

when processing a new registration application beginning July 1, 2025.

State law contemplates two data sets: a one-time comparison against existing registrations (IC 3-7-38.2-7.3) and an ongoing comparison when any registration application is submitted (IC 3-7-26.3-37). For the one-time comparison, the "Citizenship Maintenance" hopper was added to the statewide voter registration system. All processing of these records happens only in the Citizenship Maintenance hopper; there is no companion hopper.

For ongoing evaluation of registration applications received on or after July 1, 2025, there is a "Citizenship Validation" hopper, which only includes those electronically received registration forms (that is, from the BMV or indianavoters.com) where the BMV data indicates the individual most recently received a temporary credential from the BMV. The confidence factor points system used in other SVRS hoppers and provided for in IC 3-7-38.2-5.5(c)(2) is used in these hoppers to inform decision-making when determining if there is a match between the records.

The "Citizenship Validation" hopper has a companion hopper called the "Citizenship 30 Day Hold" hopper. This hopper contains those electronically received applications (BMV, online) where the county determined the voter must be sent the VRG-26 Proof of Citizenship notice. The Citizenship 30 Day Hold hopper also contains those applicants who filed a paper voter registration form (VRG-7, VRG-11, FPCA, ABS-VPD, federal VR form, VRG-4/12) where the BMV returned temporary credential equals "Y" or yes and the county was required to send the voter the VRG-26, to the voter's mailing address. (Note: The temporary credential check does not apply to these two state forms: statewide address mailing confirmation (SAMC) notice or the voter response card (VRC) used in the statewide voter list mailing project conducted in odd-numbered years.)

Counties must first determine, when applicable, if the two records are a match, not a match, or if the record is a new applicant without an existing record. Then, if the BMV data returns information where temporary credential equals "Y" or yes, a VRG-26 notice must be sent to the voter. In most cases, the county will mail the VRG-26 to the voter's mailing address found in SVRS by USPS first class mail before the county can continue reviewing and processing the registration application. The VRG-26 does not need to include pre-paid postage for any return.

Should an applicant present their voter registration form in-person, the county immediately processes the request in SVRS, and the temporary credential field equals "yes", then the county must generate the VRG-26 form and may hand the notice to the voter rather than mail it. The voter may then provide documentary proof of citizenship to the county voter registration office for the county to complete the processing of their registration application.

## Reviewing Electronically Received Records (One-Time or Ongoing)

A county voter registration official must review the voter records placed in the Citizenship Maintenance (one-time file) and the Citizenship Validation (ongoing) hoppers and first determine if the individual is a resident of their county. If not, the record must be transferred to the correct county voter registration official using the tools within SVRS.

If the individual is a resident of your county and an existing registrant (Citizenship Maintenance Hopper only), you must determine if the registered voter is the same individual identified by the BMV as having been issued a temporary credential. If it is determined that there is a match and the voter has not previously provided proof of citizenship documentation, the county voter registration official must print the Proof of Citizenship Notice (VRG-26) from SVRS and mail it to the voter by USPS first class mail to the voter's mailing address found on their SVRS voter registration record.

3

LWVI000309.000003

If the individual is a resident of your county and a new applicant (Citizenship Validation hopper only), then a VRG-26 must be sent to the voter by USPS first class mail or by hand-delivery, as noted above under general guidance. .

The voter who receives the Proof of Citizenship Notice (VRG-26) must, within 30 days of receiving the notice, either hand deliver or mail to the county voter registration office proof of citizenship showing they are a citizen of the United States. **Please see the Definition section of this SOP for what is defined as Proof of Citizenship under state law.**

If the voter does not provide proof of citizenship to the county voter registration official within 30 days of receiving the VRG-26, then the county voter registration official must move the voter's registration record to "cancelled" status (for records in the Citizenship Maintenance hopper).If a new applicant (for records in the Citizenship 30 Day Hold hopper), reject the voter registration application. SVRS business rules prevent counties from cancelling or rejecting an applicant based on temporary credential information until at least 30 days have passed.

## Reviewing Paper Voter Registration Applications (Ongoing Only)

When a county voter registration official receives a paper voter registration application (that is, the VRG-7, VRG-11, FPCA, ABS-VPD, federal VR form, or VRG 4/12) from an individual that includes a driver's license number or state ID number in the voter ID box, and the BMV data indicates the voter was issued a temporary credential, the county voter registration official must pause the processing of the voter registration application and send the record to the "Citizenship 30 Day Hold" hopper to generate the Proof of Citizenship notice (VRG-26).

The VRG-26 should be mailed to the voter using USPS first class mail, unless the voter is present when the county processes their registration. If during the processing of the record the temporary credential equals "yes" flag appears, then you must generate the VRG-26 notice and may hand it directly to the voter rather than sending it by mail.  The voter may provide documentary proof of citizenship immediately to the county for the county to continue processing the application. However, the voter acknowledgement card **must** be sent to the voter by first class mail and the record be placed in "pending" status for the 7 day hold required by state law.

The individual who receives the Proof of Citizenship Notice (VRG-26) must, within 30 days of receiving the notice, either hand deliver or mail to the county voter registration office proof of citizenship showing they are a citizen of the United States. **Please see the Definition section of this SOP for what is defined as Proof of Citizenship.**

If the voter does not provide proof of citizenship to the county voter registration official within 30 days of receiving the VRG-26, then the county voter registration official must reject the voter registration application. SVRS business rules prevent counties from cancelling or rejecting an applicant based on temporary credential information until at least 30 days have passed.

## County Election Board Appeal of Canceled Registration or Reject Voter Registration Application

An individual that did not timely provide proof of citizenship and whose voter registration record is canceled, or whose voter registration application is rejected, may appeal the decision to the county election board. This request must be in writing and filed by hand delivery or by mail, in the county where the individual was registered to vote or where the individual filed their voter registration application.

Once the appeal is received, the county election board must:

4

LWVI000309.000004

1. send notice of the hearing to the voter (VRG-27), which is generated from SVRS;

2. conduct a hearing;

3. make a finding, after the hearing, concerning the individual's citizenship status, determining if the individual is presently a citizen of the United States or not; and

4. send a copy of the decision to the county voter registration official of the county where the individual resides.

If the county voter registration official receives a decision from the county election board determining that the individual is a citizen of the United States, then the county must reinstate the voter's registration record by changing the individual's voter registration record from "cancelled" to "active" status. If the individual submitted a voter registration application that was rejected, then the county voter registration official must process the voter registration application, if the voter is otherwise eligible.

But if the county election board determines that the individual is not presently a citizen of the United States, then the voter's registration record remains canceled. If the individual submitted a voter registration application that was rejected, the application remains rejected.

## Proof of Citizenship and Temporary Credential Status Confidential

According to IC 3-11-4-2.2 any record showing that an individual was issued a temporary credential by the BMV is confidential and not subject to public inspection or copying under the state's Access to Public Records Act (APRA). Additionally, according to IC 3-7-38.2-7.3(f), any proof of citizenship provided to a county voter registration official, including any note or copy that is added to the voter's record in SVRS, is confidential and not subject to public inspection or copying under APRA.

## Other Considerations

- A voter whose registration was moved to "cancelled" status or registration application rejected through the Proof of Citizenship procedures outlined above is entitled to register to vote again in the future. The same review process must be followed, however.

- Some voters may wish to provide proof of citizenship documentation (See Definition section above) at the time their paper voter registration application is filed. This is acceptable and can be documented by the county within SVRS so that the county may continue processing the voter registration application in the usual fashion. However, the VRG-26 form must still be generated and sent to the voter. For records in the Citizenship 30 Day Hold hopper, the VRG-26 may be hand-delivered to the voter who appears in the office at the time of processing their registration request or it may be mailed to the voter.

- Counties must accept photocopies of the citizenship documentation. A voter is not required to produce an original document. Documentation can be mailed or hand-delivered to the county voter registration official. However, documentation cannot be emailed or faxed to the county voter registration office.

- Counties may not request proof of citizenship documentation for any other reason but for the indication in SVRS during voter registration transactions that the individual received a temporary credential from the BMV at their last credential transaction with the agency.

  o Note: The absentee module in SVRS returns the temporary credential notation and has done so since the fall of 2023. The temporary credential return in this module cannot be used to

LWVI000309.000005

send the VRG-26 to the voter; however, it may inform the absentee voter board or county election board in determining whether to approve the absentee application. (IC 3-11-4-2.2)

- If temporary credential information is returned as "N" or "no" from the BMV or no temporary credential information is returned, counties are to review and process paper voter registration applications in the usual fashion or, if the record is in the Citizenship Maintenance hopper, select "No Action Needed". For electronically received applications (BMV, indianavoters.com), records are sent to the BMV or OVR hoppers directly for processing whenever BMV temporary credential = "N" or "no".

- Counties should not mark a registration incomplete or otherwise reject a voter registration application where temporary credential = "Y" or "yes" until the VRG-26 Proof of Citizenship notice is sent to the voter and at least 30-days has lapsed based on the business rules in SVRS. If the voter provides acceptable proof of citizenship documentation, then counties can move forward with processing in the usual fashion. For example, marking the registration application as incomplete for missing information or sending the voter registration acknowledgement card if applicant is eligible to register.

- The VRG-26 Proof of Citizenship Documentation notice and the VRG-27 Hearing notice must be sent the same day the form is printed. This is consistent with the process for sending out the voter acknowledgement card, where it must be sent to the voter the same day it is printed. NOTE: The VRG-26 and VRG-27 must be sent by USPS first class mail to the voter's mailing address in SVRS and does not need to include pre-paid postage for any return (IC 3-7-26.3-37 and IC 3-7-38.2-7.3).

- Voter registration applications transferred to the Citizenship 30 Day Hold hopper cannot be rejected until at least 30-days pass from the date the voter receives the VRG-26. (NOTE: SVRS business rules extend this deadline beyond 30-days by design to allow time for the voter to receive the notice and provide information back to the county).

- Records in the Citizenship Maintenance hopper are not to be processed outside of the hopper through the XXX > XXX workflow for individual record management. The hopper is designed to allow the county to send the VRG-26 notice and will have cancel functionality, though the cancellation functionality is being implemented at a later date.

- If a voter submits a voter registration application on or before the voter registration deadline (or the application is received by mail after the deadline, and qualifies for processing using the postmark rules) and the BMV temporary credential information is returned as "Y" or "yes", then officials must send the VRG-26 to the voter and transfer the record to the Citizenship 30-Day Hold hopper. Whether the person's registration will be updated or application rejected ahead of the election is fact sensitive:

  o If the voter returns proof of citizenship documentation before Election Day, then the county is to move forward with processing the record out of the Citizenship 30 Day Hold hopper and the voter is registered, if otherwise eligible. The voter acknowledgement card must be mailed and voter placed in the 7-day pending period. The voter can bring in their acknowledgement card ahead of the election if it is received by them in the mail so that the county can move the registration status to "active" before the end of the 7-day pending period.

  o Otherwise, a record in the Citizenship 30 Day Hold hopper is not treated as an incomplete, meaning the county would not immediately move to reject the application as you would an

LWVI000309.000006

*Office of the Secretary of State – Indiana Election Division*

incomplete where the age and citizenship question was missed (29-days before the election) or other missing information (10-days before the election). Instead, the 30+ day "holding clock" must run out before the application can be rejected. This could be before Election Day or after, depending on the timing and the facts of the situation.

LWVI000309.000007