# EXHIBIT 5

**From:** "Renner, Dustin" <DuRenner@sos.IN.gov>

**Cc:** "Prentice, Kegan" <KPrentice@sos.IN.gov>

**Bcc:** "sbrite@co.adams.in.us" <sbrite@co.adams.in.us>, "chris.nancarrow@allencounty.us" <chris.nancarrow@allencounty.us>, "shari.lentz@bartholomew.in.gov" <shari.lentz@bartholomew.in.gov>, "jgreenberg@bentoncounty.in.gov" <jgreenberg@bentoncounty.in.gov>, "kpitts@blackfordcounty.in.gov" <kpitts@blackfordcounty.in.gov>, "lbruder@co.boone.in.us" <lbruder@co.boone.in.us>, "banksp@browncounty-in.gov" <banksp@browncounty-in.gov>, "ccclerk@carrollcountyin.gov" <ccclerk@carrollcountyin.gov>, "destry.richey@co.cass.in.us" <destry.richey@co.cass.in.us>, "Lynch, Ryan (Clark - Non-IV-D Clerk)" <rlynch@clarkcounty.in.gov>, "Keller, Nichole (Clay - Non-IV-D Clerk)" <kellerp@claycountyin.gov>, "sharshbarger@clintonco.com" <sharshbarger@clintonco.com>, "clerkholzbog@crawfordcounty.in.gov" <clerkholzbog@crawfordcounty.in.gov>, "clerk@daviess.org" <clerk@daviess.org>, "gpennington@dearborncounty.IN.gov" <gpennington@dearborncounty.IN.gov>, "clerk@decaturcounty.in.gov" <clerk@decaturcounty.in.gov>, "dhedrick@co.dekalb.in.us" <dhedrick@co.dekalb.in.us>, "rspangler@co.delaware.in.us" <rspangler@co.delaware.in.us>, "clerk@duboiscountyin.org" <clerk@duboiscountyin.org>, "canderson@elkhartcounty.com" <canderson@elkhartcounty.com>, "clerk@co.fayette.in.us" <clerk@co.fayette.in.us>, "dburks@floydcounty.in.gov" <dburks@floydcounty.in.gov>, "psmith@fountaincounty.in.gov" <psmith@fountaincounty.in.gov>, "nraible@franklincounty.in.gov" <nraible@franklincounty.in.gov>, "clerk@co.fulton.in.us" <clerk@co.fulton.in.us>, "ssmith@gibsoncounty-in.gov" <ssmith@gibsoncounty-in.gov>, "pharris@grantcounty.net" <pharris@grantcounty.net>, "jamie.thompson@co.greene.in.us" <jamie.thompson@co.greene.in.us>, "kathy.williams@hamiltoncounty.in.gov" <kathy.williams@hamiltoncounty.in.gov>, "llofgreen@hancockcoingov.org" <llofgreen@hancockcoingov.org>, "ddennison@harrisoncounty.in.gov" <ddennison@harrisoncounty.in.gov>, "mpike@co.hendricks.in.us" <mpike@co.hendricks.in.us>, "jgrubbs@henrycounty.in.gov" <jgrubbs@henrycounty.in.gov>, "debbie.stewart@howardcountyin.gov" <debbie.stewart@howardcountyin.gov>, "shelley.septer@huntington.in.uS" <shelley.septer@huntington.in.uS>, "hcissna@jacksoncounty.in.gov" <hcissna@jacksoncounty.in.gov>, "kara.fishburn@co.jasper.in.us" <kara.fishburn@co.jasper.in.us>, "Elliott, Missy" <melliott@co.jay.in.us>, "tabatha.eblen@jeffersoncounty.in.gov" <tabatha.eblen@jeffersoncounty.in.gov>, "athompson@jenningscounty-in.gov" <athompson@jenningscounty-in.gov>, "trenamclaughlin@co.johnson.in.us" <trenamclaughlin@co.johnson.in.us>, "dshelton@knoxcounty.in.gov" <dshelton@knoxcounty.in.gov>, "Boggs, Melissa (Kosciusko - Non-IV-D Clerk)" <MBoggs@kosciusko.in.gov>, "kjohnson@lagrangecounty.org" <kjohnson@lagrangecounty.org>, "brownmx@lakecountyin.org" <brownmx@lakecountyin.org>, "hstevens@laporteco.in.gov" <hstevens@laporteco.in.gov>, "avoorhies@lawrencecounty.in.gov" <avoorhies@lawrencecounty.in.gov>, "Smith, Linda (Madison - Non-IV-D Clerk)" <LSmith@madisoncounty.in.gov>, "kate.sweeneybell@Indy.Gov" <kate.sweeneybell@Indy.Gov>, "jbennitt@co.marshall.in.us" <jbennitt@co.marshall.in.us>, "clerk@martincounty.in.gov" <clerk@martincounty.in.gov>, "sraber@miamicountyin.gov" <sraber@miamicountyin.gov>, "nbrowne@co.monroe.in.us" <nbrowne@co.monroe.in.us>, "sondra.sixberry@montgomerycounty.in.gov" <sondra.sixberry@montgomerycounty.in.gov>, "tparker@morgancounty.in.gov" <tparker@morgancounty.in.gov>, "jfirkins@newtoncounty.in.gov" <jfirkins@newtoncounty.in.gov>, "tbremer@nobleco.us" <tbremer@nobleco.us>, "kcate@ohiocounty.in.gov" <kcate@ohiocounty.in.gov>, "countyclerk@orangecounty.in.gov" <countyclerk@orangecounty.in.gov>,

LWVI000367

"diane.stutsman@owencounty.in.gov"<diane.stutsman@owencounty.in.gov>, "pcclerk@parkecounty.in.gov" <pcclerk@parkecounty.in.gov>, "clerk@perrycounty.in.gov" <clerk@perrycounty.in.gov>, "aevans@pikecounty.in.gov" <aevans@pikecounty.in.gov>, "jessica.bailey@porterco.org" <jessica.bailey@porterco.org>, "kay.kilgore@poseycountyin.gov" <kay.kilgore@poseycountyin.gov>, "pulaskiclerk@pulaskicounty.in.gov" <pulaskiclerk@pulaskicounty.in.gov>, "clerk@co.putnam.in.us" <clerk@co.putnam.in.us>, "mpeed@randolph.in.gov" <mpeed@randolph.in.gov>, "ebaumgartner@ripleycounty.com" <ebaumgartner@ripleycounty.com>, "clerk@rushcounty.in.gov" <clerk@rushcounty.in.gov>, "Rolfes, Amy C. (St. Joseph - Non-IV-D Clerk)" <arolfes@sjcindiana.com>, "Shelton, Michelle (Scott - Non-IV-D Clerk)" <michelle.shelton@scottcounty.in.gov>, "jtaylor@co.shelby.in.us" <jtaylor@co.shelby.in.us>, "spencercoclerk@psci.net" <spencercoclerk@psci.net>, "bmanuel@starke.in.gov" <bmanuel@starke.in.gov>, "tmanahan@co.steuben.in.us" <tmanahan@co.steuben.in.us>, "tbedwell@sullivancounty.in.gov" <tbedwell@sullivancounty.in.gov>, "kd@switzerland.in.gov" <kd@switzerland.in.gov>, "jroush@tippecanoe.in.gov" <jroush@tippecanoe.in.gov>, "ccrawford@tiptoncounty.in.gov" <ccrawford@tiptoncounty.in.gov>, "clerk@unioncountyin.us" <clerk@unioncountyin.us>, "Thomas, Dottie (Vanderburgh - Non-IV-D Clerk)" <DThomas@vanderburghgov.org>, "gracie.york@vermillioncounty.in.gov" <gracie.york@vermillioncounty.in.gov>, "vigo.clerk@vigocounty.in.gov" <vigo.clerk@vigocounty.in.gov>, "clerkdraper@wabashcounty.in.gov" <clerkdraper@wabashcounty.in.gov>, "clerk@warrencounty.in.gov" <clerk@warrencounty.in.gov>, "clerk@warrickcounty.gov" <clerk@warrickcounty.gov>, "srockey@washingtoncounty.in.gov" <srockey@washingtoncounty.in.gov>, "tarap@co.wayne.in.us" <tarap@co.wayne.in.us>, "clerk@wellscounty.org" <clerk@wellscounty.org>, "laura.cosgray@whitecountyin.us" <laura.cosgray@whitecountyin.us>, "wcclerk@whitleygov.com" <wcclerk@whitleygov.com>

**Subject:** FW: Voter Registration Citizenship Crosscheck – Confirming Certificate of Naturalization Numbers

**Date:** Wed, 16 Jul 2025 16:18:06 -0000

**Importance:** Normal

**Inline-Images:** image001.gif

---

Good morning,

We have received several requests to resend the below email. Please let us know if you have any questions.

Thanks,
Dustin

**From:** Prentice, Kegan <KPrentice@sos.IN.gov>
**Sent:** Monday, July 7, 2025 3:48 PM
**To:** Renner, Dustin <DuRenner@sos.IN.gov>; Prentice, Kegan <KPrentice@sos.IN.gov>
**Subject:** Voter Registration Citizenship Crosscheck – Confirming Certificate of Naturalization Numbers

Hello County Clerks,

Indiana's proof of citizenship law is now in effect. This is both for new voter registration applications and existing voter registrations where the application or registration contains an identification number from a temporary credential issued under IC 9-24-11-5(c) or IC 9-24-16-3(f).

LWVI000368

Individuals flagged by the BMV (which will be communicated to through SVRS Hoppers) must be contacted by the county and will then have thirty (30) days to provide a proof of citizenship.

The statute provides various documentation individuals can provide that would qualify as proof of citizenship. All but one of the "proof of citizenship" methods require a physical copy of documentation. An individual can provide a ***certificate of naturalization number*** in lieu of a copy of their certificate. (Language highlighted below).

**IC 3-7-38.2-7.3 Proof of citizenship requirements; appeal**
*Effective 7-1-2025.*
Sec. 7.3. (a) For purposes of this section, "proof of citizenship" means one (1) or more of the following:
(1) The voter's birth certificate or a legible photocopy of the voter's birth certificate.
(2) The voter's United States passport or a legible photocopy of the pages of the passport that identify the voter and show the passport number.
(3) The voter's United States naturalization documentation, a legible photocopy of the voter's naturalization documentation, or the voter's certificate of naturalization number. A voter who provides a certificate of naturalization number in lieu of the naturalization documentation is not deemed to have provided proof of citizenship until the county voter registration office verifies the number with the United States Citizenship and Immigration Services or a successor agency.
(4) A document or method of proof of citizenship established under the Immigration Reform and Control Act of 1986 (8 U.S.C. 1101 et seq.).
(b) The NVRA official shall compare the statewide voter registration system with the bureau of motor vehicles list of temporary credentials issued under IC 9-24-11-5(c) or IC 9-24-16-3(f). If evidence exists that a registered voter is not a citizen of the United States, the NVRA official shall notify the county voter registration office of the county in which the individual is registered to vote that the registered voter may not be a citizen of the United States.
(c) After receiving a notice under subsection (b), the county voter registration office shall send a notice to the registered voter inquiring whether the individual is eligible to be registered to vote. An individual who receives a notice under this subsection shall, within thirty (30) days of receiving the notice, provide proof of citizenship to the county voter registration office in person or by mail.
(d) If the individual does not provide proof of citizenship within thirty (30) days of receipt of the notice under subsection (c), the county voter registration office that issued the notice shall cancel the individual's registration.
(e) An individual who is unable to provide documentation as proof of citizenship under this section may appeal in person or by mail to the county election board of the county in which the person was registered to vote. After receiving an appeal, the county election board shall:
(1) conduct a hearing;
(2) make a finding concerning the individual's citizenship status; and
(3) send a copy of its decision to the county voter registration office of the county in which the individual resides.
A county voter registration office that receives a decision under subdivision (3) shall change the voter registration records to accurately reflect the decision of the county election board with respect to the individual.
(f) Documentation provided to show proof of citizenship under this section is confidential and is not available for inspection by the public.

The office of the Indiana Secretary of State is the successor agency where voter registration official may verify Certificate of Naturalization Numbers.

When an individual provides a Certificate of Naturalization Number in lieu of physical documentation please email the following information to verification@sos.in.gov:

LWVI000369

First and Last Name
Date of Birth
Certificate of Naturalization Number

The office will use the information provided to confirm the immigration status of the registrant.

The office will then respond with either that the information provided confirmed citizenship status, or that no confirmation can be provided.

At that point the county voter registration official may take the appropriate action.

Thank you for your assistance with the implementation of these important new procedures.

Dustin and I are available if you have questions or need assistance.

Best Regards,
Kegan Prentice



**Kegan Prentice**
**Legislative Director**
Indiana Secretary of State Diego Morales
200 W. Washington Street, Room 201
Indianapolis, IN 46204

e: kprentice@sos.in.gov
p: 317-607-6873

LWVI000370