# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

LEAGUE OF WOMEN VOTERS OF
INDIANA; COMMON CAUSE
INDIANA; HOOSIER ASIAN
AMERICAN POWER; and EXODUS
REFUGEE IMMIGRATION,

       *Plaintiffs,*

    v.

DIEGO MORALES, in his official
capacity as Secretary of State for Indiana;
J. BRADLEY KING, in his official
capacity as Co-Director of the Indiana
Election Division; and ANGELA M.
NUSSMEYER, in her official capacity as
Co-Director of the Indiana Election
Division,

       *Defendants.*

Civil Action No. 1:25-cv-02150-MPB-MJD

**DECLARATION OF BEATRIX HILDE SHELBY**

I, Beatrix Hilde Shelby, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a United States citizen, 62 years old, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a resident of Hamlet, Indiana, in Starke County.

3. I was born in Germany. I first came to the United States in 1987. I first settled in Indiana. I have been a permanent lawful resident of the United States since 1987. I obtained a Green Card when I came to the United States.

4. I lived in Michigan for fifteen years. I moved to Michigan around 2010.

5.    I became a United States citizen after completing the naturalization process while living in Michigan between 2022 to 2024. I started the process of becoming a United States citizen during the COVID-19 pandemic, so the naturalization process took a long time to complete due to scheduling difficulties from the United States Citizenship and Immigration Services.

6.    I first registered to vote in Michigan after becoming a naturalized citizen. I was a registered voter of Macomb County, Michigan, before I moved to Indiana.

7.    I voted in at least two Michigan elections. I voted in the November 5, 2024, General Election in Michigan.

8.    Since becoming a United States citizen and moving to Indiana, I have not been able to successfully register or vote in Indiana.

9.    I moved to Indiana in May 2025. When I moved to Indiana, I needed to obtain health insurance. I have serious medical conditions, including Crohn's disease. In May 2025, I applied for Medicaid at an Indiana Family and Social Services Administration ("FSSA") office in Knox, Indiana. I brought several documents to that appointment, including social security information, proof of income, information about my life insurance, and my Michigan driver's license.

10.    At the FSSA office, I was asked if I wanted to register to vote. After confirming that I wanted to register to vote in Indiana, I was provided with a voter registration application. I completed and submitted the application at the FSSA office.

11.    After submitting my voter registration application, I do not recall receiving any information from an elections office indicating that my application was accepted or rejected.

12.     On July 17, 2025, I was issued my Indiana driver's license. My driver's license does not expire until January 14, 2032. My license is a full-term license.

13.     I obtained this license from the Indiana Bureau of Motor Vehicles ("BMV") in La Port, Indiana. At the office, I was asked if I wanted to register to vote. After confirming that I wanted to register to vote in Indiana, I was provided with a voter registration application. I completed and submitted that application at the BMV office.

14.     I provided the Indiana BMV with proof of citizenship when I applied for my driver's license. I gave them a copy of my naturalization certificate.

15.     Around August 2025, I received a notice in the mail from an elections office stating that I needed to present documentary proof of citizenship within 30 days or my voter registration would be cancelled.

16.     When I received the notification by mail, I was confused and upset. Because I applied to register to vote at government offices, I assumed that the state had the requisite information to determine my voter eligibility, including my status as a United States citizen as proven by my naturalization certificate.

17.     When I received the notice, I was living at my daughter's address and looking for a new apartment, which I moved to in October 2025. I intended to fix my voter registration status, but I understood that I needed to provide additional documentation. I was undergoing significant medical complications and procedures last year. I was struggling to get those documents in order because I needed to concentrate on my health. I had surgery in February 2026 and am still undergoing significant health issues, including another anticipated surgery in March 2026.

18.     To date, I have not received any other notification from election officials informing me about my current voter registration status.

19.     I understand now that my voter registration application has been rejected and that I will not be able to vote in upcoming 2026 elections in Indiana unless election officials receive additional information about my U.S. citizenship.

20.     I do not currently have easy access to documentary proof of citizenship because I have moved recently, do not have online technology, cannot drive, and am still dealing with serious health complications.

21.     To further explain these complications, I moved in October 2025 to a new apartment. When I moved, my legal documents were shuffled around. I needed to create a new copy of my naturalization certificate. I do not have a printer at home. My health complications prevent me from driving to create a copy and then turn in the copy to an elections office. It would be very difficult for me to obtain and turn in the copy by myself before the April 6, 2026, voter registration deadline to vote in the May 5, 2026, Primary Elections. I need assistance to meet this deadline.

22.     I cannot drive to an elections office because of my surgeries. My doctor informed me that I should not be driving. As a newer resident, I do not know enough people in Indiana who would be able to help me with transportation. My daughter, who is an Indiana resident, is a full-time employee and a mother to four children. Because of her busy schedule and our infrequent visits, I cannot rely on her to provide transportation.

23.     I also do not own a computer. I cannot afford one and do not know how to use one. Even if the information could be received online, I cannot provide the information election officials are requesting by email or by fax.

24.     I am also wary of sending copies of legal documents containing personal information including my citizenship status by mail. I am fearful that this information could be stolen and used for fraudulent purposes.

25.     I do not understand why I must provide proof of citizenship again after already providing my naturalization certificate to the BMV when I got my driver's license and registered to vote.

26.     I do not understand how I could have easily and successfully registered to vote in Michigan, but not in Indiana. I feel like I have less rights here in Indiana.

27.     I am proud to be a U.S. citizen. I believe voting is very important to me, because it gives me a voice in the political process.

28.     I am very concerned that Indiana's demand that I provide documentary proof of citizenship will prevent me, and other United States citizens like me, from participating in upcoming elections.

29.     I wish to vote in the upcoming 2026 elections and beyond.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Hamlet, Indiana on March 19 , 2026.

Beatrix Hilde Shelby