# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA; COMMON CAUSE INDIANA; HOOSIER ASIAN AMERICAN POWER; and EXODUS REFUGEE IMMIGRATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>DIEGO MORALES, in his official capacity as Secretary of State for Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>*Defendants.* | Civil Action No. 1:25-cv-02150-MPB-MJD |

**DECLARATION OF LUCINDA INDIANA DELGADO VICTORIANO**

I, Lucinda Indiana Delgado Victoriano, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am a United States citizen, 39 years old, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.  I am a resident of Indianapolis, Indiana, in Marion County.

3.  I was born in the Dominican Republic. I first came to the United States in 1993 when I was seven years old. My grandmother petitioned for me and my family to come to the United States. I entered the United States as a legal permanent resident.

4.  I have lived in Indiana since around 2008.

5.   I currently work in property management for an apartment complex. I work with a lot of immigrant communities directly through my work. My three children have grown up in Indianapolis. They go to school here. We have roots in this community.

6.   I recently became aware that the Indiana Election Division of the Indiana Secretary of State's Office received information from the Indiana Bureau of Motor Vehicles ("BMV") that I have a temporary credential instead of a full-term identification card or license.

7.   I first obtained my BMV license on August 19, 2014. That first license expired on August 14, 2020. I remember renewing the license during the COVID-19 pandemic in 2020 or 2021. That renewed license expired in 2025. I then renewed the license again in 2025.

8.   My current BMV license was issued to me on August 22, 2025. It is a valid license until its expiration date on August 14, 2026.

9.   I became a United States citizen at a naturalization ceremony in Indianapolis on July 7, 2021.

10. I wanted to become a citizen because I have lived in the United States since I was a child. I was building a life in the United States, was buying a home in Indiana, raising my children here, and wanted to be involved in the democratic process.

11. I do not recall anyone informing me at my naturalization ceremony that my voter registration might be impacted because of citizenship checks by state or federal offices. I read and was aware that I could register to vote as a United States citizen. I was informed that I could obtain other documentation, such as a United States passport, after completing additional paperwork and paying more fees.

12. Last year in August, I received a letter from the Indiana Family and Social Services Administration ("FSSA") in the mail. In addition to other paperwork I received from FSSA, the letter asked me if I wanted to register to vote. Because I am a United States citizen, I checked the "yes" box and returned the letter that same month by uploading it to my FSSA portal.

13. When I registered to vote through FSSA, this was the first time that I registered to vote in Indiana.

14. After indicating to FSSA that I wanted to register to vote, I did not expect anything would be flagged as incomplete or wrong with my application. I did not receive any communication from the Marion County Board of Voters Registration or other election officials for weeks.

15. In November, I received a letter from the Marion County Board of Voters Registration informing me that I needed to provide the office with documentary proof of citizenship within 30 days.

16. I intended to provide election officials with documentation. I stored the letter in my purse with the intent of re-reading and sending documentation to where the letter instructed to send it. However, water spilt in my purse and the notice was drenched. The letter tore and I could not read the information on it anymore, so I threw the letter away.

17. I did not receive any additional reminders or notifications from any election officials, so I did not know what happened to the status of my voter registration. I was not certain if my application was ultimately rejected or not. I thought someone from the office would have followed up or I would have received another notification.

18. Because I thought I would receive another notification, I prepared to have my documentation ready to send. I have a naturalization certification. I took a picture of it and saved it as a document on my phone so that I could immediately send it when I received another notification. Again, that notification never came.

19. As of March 14, 2026, my name does not appear in the Indiana voter registration database. *See* Exhibit A. No variants of my name appear in the database either. I now assume that my voter registration application from last year was rejected.

20. I did not know until recently that BMV records do not reflect my United States citizenship. My license is valid and does not expire for months. Prior to registering to vote, I did not know that BMV records would be the reason why my voter registration application would be rejected.

21. As a United States citizen, I feel like I am left in limbo by state and local elections officials. I am upset that it has taken me months to know whether my application was accepted or rejected. I also believe it is unfair to leave applicants waiting weeks and months to learn whether something might be incomplete or wrong with their voter registration application.

22. I am also frustrated that my application was flagged at all. I understand that United States citizens who are born in this country do not have to prove their citizenship like I do. I paid around $900 to become a naturalized United States citizen years ago. I consider the wait and financial costs significant barriers by themselves to becoming a United States citizen. To be required to jump through more hoops to vote, unlike others who were born in the United States, is very upsetting. I believe this policy will convince naturalized United States citizens like me not to participate in elections.

23. As a proud United States citizen, I believe registering to vote is important for me and my kids. I want them to have a better life and I think voting is an important way to do that.

24. I wish to vote in the upcoming 2026 elections and beyond.

25. I re-registered to vote via Indiana's online voter registration system on March 31, 2026. Later, I received a letter from the Marion County Board of Voters Registration that I needed to provide documentary proof of citizenship within 30 days of receipt of the letter. The letter itself was not dated. *See* Exhibit B.

26. The letter requires that I send my documentary proof of citizenship via mail. This requires me to make a copy of my certificate of naturalization.

27. As before, I am similarly frustrated with this processes that requires me to provide documents in order to register to vote that those who were born in the United States are not.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Indianapolis, Indiana on April 21, 2026.

Lucinda Indiana Delgado Victoriano

# EXHIBIT A



# EXHIBIT B

 **PROOF OF CITIZENSHIP NOTICE AND INSTRUCTIONS**        **(VRG-26)**

(5-25)
INDIANA ELECTION DIVISION (IC 3-7-26.3-37; IC 3-7-38.2-7.3)

INSTRUCTIONS: Please review the information below as you are required by Indiana state law to provide a copy of your proof of citizenship documentation to the county election board not later than 30 days after receiving this notice. Approved types of citizenship documentation are listed on the form below. Failure to timely respond to this notice will result in your voter registration application being rejected and any existing registration record being moved to "cancelled" status.

## Notice and Instructions from the Marion County Election Board to Verify Proof of Citizenship of A Voter

LUCINDA I. DELGADO
Name of Voter Required to Provide Proof of Citizenship



Mailing Address of Voter Required to Provide Proof of Citizenship

You are receiving this notice because on the date you applied for and received an Indiana driver's license or state identification card from the Indiana Bureau of Motor Vehicles (BMV), you were identified as being issued a "temporary credential" under IC 9-24-11-5(c) or IC 9-24-16-3(f), which indicates that you may not have been a U.S. citizen at the time of the BMV transaction. State law requires this notice to be sent to a voter when one of the following reasons applies:

1) When BMV records show you might not have been a U.S. citizen when you received your Indiana driver's license or state ID card, and you are already registered to vote. You are required to provide a copy of your proof of citizenship documentation as outlined below not later than 30 days after receiving this notice.

2) When you submit a voter registration application, and BMV records show you might not have been a U.S. citizen when you received your Indiana driver's license or state ID card. You are required to provide a copy of your proof of citizenship documentation as outlined below not later than 30 days after receiving this notice.

**Not later than 30 days after receiving this notice, you must provide a copy of one of the following proof of citizenship documents by mail or hand-delivery to the address of the office (noted below):**

1) Voter's birth certificate or a legible photocopy of the voter's birth certificate.
2) Voter's United States passport or a legible photocopy of the pages of the passport that identify the voter and show the passport number.
3) Voter's United States naturalization documentation, a legible photocopy of the voter's naturalization documentation, or the voter's certificate of naturalization number.
   *Note: A voter who provides a certificate of naturalization number instead of the naturalization documentation is not deemed to have provided proof of citizenship until the county voter registration office verifies the number with the United States Citizenship and Immigration Services or a successor agency.*
4) A document or method of proof of citizenship established under the Immigration Reform and Control Act of 1986 (8 U.S.C. 1101 et seq.) that is issued to the voter, such as a Certificate of Naturalization, Certificate of Citizenship, Declaration of Intention, or Repatriation Certificate issued by the United States Citizenship and Immigration Services.
5) The voter's Consular Report of Birth Abroad (CBRA).



**Failure to provide ONE of the proof of citizenship documents noted above to your county voter registration official at the office listed below not later than 30 days following receipt of this notice will result in your voter registration application being rejected and any existing voter registration record moved to cancelled status.**

An individual who is unable to provide documentation of proof of citizenship may appeal in person or by mail to the county election board of the county in which the person is registered or is applying to be registered to vote. After receiving an appeal, the county election board shall:

- conduct a hearing;
- make a finding concerning the individual's citizenship status; and
- send a copy of its decision to the county voter registration office of the county in which the individual resides.

If a county election board decides to reinstate the voter's registration record upon the voter's successful appeal, then the county voter registration official shall change the voter's registration record to accurately reflect the decision of the county election board with respect to the individual.

**Documentation provided to the county election board or voter registration official to show proof of citizenship is confidential and is not available for inspection by the public.**

**COUNTY ELECTION BOARD CONTACT INFORMATION:**

County Name & Office: ☐
Office Address, City, IN Zip: , ,
Phone:                          Toll-Free Number:
Fax:                            E-Mail:

Please contact the county election board if you have questions about this notice.