# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA; COMMON CAUSE INDIANA; HOOSIER ASIAN AMERICAN POWER; and EXODUS REFUGEE IMMIGRATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>DIEGO MORALES, in his official capacity as Secretary of State for Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>*Defendants.* | Civil Action No. 1:25-cv-02150-MPB-MJD |

**DECLARATION OF CAROLA SUSANNE CLARK**

I, Carola Susanne Clark, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a United States citizen, 57 years old, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am an active member of the League of Women Voters of Indianapolis and the League of Women Voters of Indiana. I have been a member since around 2021. As an active member, I attend local events organized and hosted by the League of Women Voters of Indiana, and have participated in legislative advocacy days and attended legislative hearings alongside other League of Women Voters of Indiana members.

3. I am a resident of Indianapolis, Indiana, in Marion County.

4. I was born in Berlin, Germany. I came to the United States in 1992. My husband is a United States citizen who was born in Maine. I met my husband while he was stationed in

1

West Berlin. When the military was deactivated after the Berlin Wall fell, we decided to move to the United States and marry in the United States. I first settled in Wyoming as a lawful permanent resident. I then moved to Michigan.

5. I have lived in Indiana since 1999.

6. I recently became aware that I do not have a full-term identification card or license from the Indiana Bureau of Motor Vehicles ("BMV"). Instead, I have a temporary credential.

7. My license was issued to me on August 28, 2024, and expires on September 3, 2030. I applied for this license from a BMV office in Indianapolis. As a full-time employee with a very busy work schedule, obtaining this license was very time-consuming and difficult. I was forced to visit the office three times because BMV staff officials kept turning me away for not providing sufficient residency and identification documentation for my license. I was relieved when I finally submitted my application and got my license in hand.

8. I recently became aware that the Indiana Election Division of the Indiana Secretary of State's Office received information from the BMV indicating that I have a temporary credential instead of a full-term identification card or license. My license does not state that it is a temporary credential.

9. After obtaining my BMV license, I became a United States citizen at a naturalization ceremony in Indianapolis on May 19, 2025.

10. I became a citizen because I greatly desired to participate in the electoral process in the United States.

11. I was proud and excited to become a United States citizen, but my naturalization process was long and anxiety-inducing. My naturalization ceremony was re-scheduled, and I

feared that something might have been preventing my application from moving forward or that my naturalization process was being affected by my political involvement. I was relieved to finally be able to complete the process.

12. I do not recall anyone informing me at my naturalization ceremony that I needed to update my BMV record and that my voter registration application could be impacted if I did not update my BMV records.

13. At the naturalization ceremony, I received written information to take home from the U.S. Citizenship and Immigration Services. *See* Exhibit A. The flyer informed me that I have the right to vote in elections for public officials and that it is my responsibility to participate in the democratic process. The flyer also informed me that I could apply for a United States passport, update my social security record, register to vote, obtain a Certificate of Citizenship if I had a child, or sponsor family members to come to the United States. It instructed me how to protect my right to work and replace my naturalization certificate. The paper only mentions that I can register to vote when I apply or renew my driver's license. The flyer did not alert me to difficulties I would encounter when registering to vote because of my license.

14. I registered to vote online on October 17, 2025. This was the first time that I registered to vote.

15. About a few weeks after I submitted my application, I received a mailed notice from the Marion County Board of Voters Registration informing me that I needed to present documentary proof of citizenship within 30 days, or my voter registration would be rejected. The letter was not dated, so I do not know when the letter was issued to me. *See* Exhibit B. The notice was postmarked on October 30, 2025. *See* Exhibit C.

16.    I did not receive the letter until early November 2025. I was leaving for a vacation when I received the notice, so I could not immediately respond. I knew I would have an even more limited amount of time to respond to my elections office when I returned.

17.    When I returned, I promptly sent additional documentation to election officials. This documentation was a notarized copy of my naturalization certificate and a copy of my passport. I recently sent in my original copy of my naturalization certificate for my United States passport application, so I had previously made copies of the certificate and had them notarized. I felt fortunate that I had a notarized copy of my naturalization certificate on hand so I did not have to send in original documentation indicating my citizenship status,

18.    While the letter from Marion County Board of Voter Registration indicated what documents would be accepted, it did not indicate whether they needed to be notarized or otherwise authenticated. I found this confusing and stressful.  I did not know if a non-notarized copy would be rejected, and my voter registration would, in turn, be rejected. Therefore, I provided the notarized copy I had at hand of my naturalization certificate and copy of my passport. Because I was just returning from vacation and my busy work schedule, I would not have had time to obtain the notarized copy of my naturalization certificate or other documentation if I did not have those copies on hand.

19.    I mailed both documents indicating my citizenship status on November 20, 2025. I made a note on my notice letter that I sent documentation on this date because I was worried that my information would not be received in time. *See* Exhibit B. I was also worried that my documentation would be stolen out of my mailbox, so my husband and I dropped off the information directly to my local United States Postal Service office.

20.     Between the time that I received the notice in November and the time that I dropped off my documentation at the post office, I did not receive any additional reminders or notifications from any election officials.

21.     In the beginning of December, I received a postcard from the Marion County Board of Voters Registration that my voter registration application was processed on December 1, 2025. *See* Exhibit D. The postcard does not expressly acknowledge that my citizenship documentation was accepted.

22.     As of March 2, 2026, my voter registration appears to be active in the Indiana Voter Portal online.

23.     I did not know until recently that BMV records do not reflect my United States citizenship. My license is valid and does not expire for at least four more years. Because my license is Real-ID complaint, I thought it was sufficient for voter registration and voting purposes once I became a United States citizen.

24.     Because of how long it took me to get my current license across multiple visits, I am frustrated that I will have to visit the BMV again, long before my license is expired, so that my license does not cause erroneous citizenship status flags. I am even more frustrated that no one in the citizenship process, BMV license process, or the Indiana voter registration process told me that my license was causing this flag. I am concerned that BMV's outdated citizenship information could have prevented me from being registered.

25.     I think that this flag could chill naturalized citizens from exercising their right to vote. As a United States citizen, I do not understand why I am required to provide this information to register to vote. I thought the state had all the information that it needed to determine my citizenship status. I already informed election officials that I was a United States

citizen on the voter registration application. I understand that United States citizens who are born

in this country do not have to prove their citizenship like I do.

26.    As a proud United States citizen, I believe registering to vote should be easy and

the process should be encouraging voters to register rather than discouraging them.

27.    I wish to vote in the upcoming 2026 elections and beyond.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

and that this Declaration was signed in Indianapolis, Indiana on April <u>29</u> , 2026.

<u>Carola Clark</u>

Carola Susanne Clark

# EXHIBIT A

# Important Information for New Citizens



# Congratulations
# on becoming a U.S. citizen

Today marks a very special milestone in your life. With a solemn oath, you are now a citizen of the United States of America. You pursued this day wholeheartedly and pledged your allegiance to this country; now we welcome you to the American family.

We encourage you to read *The Citizen's Almanac*, available at **uscis.gov/citizenship**, which contains information on the history, people and events that have shaped our country. We hope the contents of this booklet will serve as a constant reminder of the important rights and responsibilities you now have as a U.S. citizen.

Your aspirations and actions enrich our society and strengthen our democracy. Remember that with the rights of citizenship come equally important responsibilities. Our system of government relies on an active and engaged citizenry. The future of our great republic is dependent upon the involvement of citizens like you.

With your new title of U.S. citizen, you have an opportunity to make lasting contributions to both your community and adopted country. Your efforts will help ensure that America's promise of freedom, democracy, and liberty is secured for generations to come.

Below is a list of some of the most important rights and responsibilities that all citizens—both Americans by birth and by choice—should exercise, honor, and respect. Some of these responsibilities are legally required of every citizen, but all are important to ensure the continued vitality of our country and democracy. Please accept our warmest welcome and best wishes for the future.

## YOUR RIGHTS

★ Freedom to express yourself.

★ Freedom to worship as you wish.

★ Right to a prompt, fair trial by jury.

★ Right to vote in elections for public officials.

★ Right to apply for federal employment requiring U.S. citizenship.

★ Right to run for elected office.

★ Freedom to pursue "life, liberty, and the pursuit of happiness."

## YOUR RESPONSIBILITIES

★ Support and defend the Constitution.

★ Stay informed of the issues affecting your community.

★ Participate in the democratic process.

★ Respect and obey federal, state, and local laws.

★ Respect the rights, beliefs, and opinions of others.

★ Participate in your local community.

★ Pay income and other taxes honestly, and on time, to federal, state, and local authorities.

★ Serve on a jury when called upon.

★ Defend the country if the need should arise.



U.S. Citizenship
and Immigration
Services

M-767 (01/23)

# NEXT STEPS: NOW THAT YOU ARE A U.S. CITIZEN . . .

## ☑ Apply for a U.S. Passport

Now that you are a U.S. citizen, you can apply for a U.S. passport from the U.S. Department of State. You will need to submit your original Form N-550, Certificate of Naturalization, AND a photocopy when applying for your U.S. passport. For more information, passport forms, and to find a passport acceptance facility near you please visit **travel.state.gov**. You may also apply for a U.S. passport for any child under the age of 18 who automatically acquired citizenship based on your naturalization.

## ☑ Update Your Social Security Record

You will need to visit Social Security so they can update your Social Security record. Wait at least 10 days after your ceremony before doing so and be prepared to show them your Certificate of Naturalization or your U.S. passport. It is important that your Social Security record is accurate because you will need your Social Security Number (SSN) to get a job, collect Social Security benefits, and receive other government services. When you are hired for a job, your employer can enter your SSN into a U.S. Department of Homeland Security web-based system, E-Verify, to determine your eligibility to work in the United States. If your record has not been updated, this may impact the information your employer receives about your work eligibility. To find your Social Security office, call 1-800-772-1213 or visit **ssa.gov**.

## ☑ Register to Vote

As a new U.S. citizen, you may register to vote. You can register to vote by applying in person, by mail, at public assistance offices, or when you apply for or renew your driver's license. Visit the U.S. Election Assistance Commission's website at **eac.gov** for more information.

## ☑ Obtain a Certificate of Citizenship for Your Child

If you have a child who is a lawful permanent resident under the age of 18 on the day you naturalize, he or she may have automatically acquired U.S. citizenship. To obtain evidence of your child's acquired U.S. citizenship status, file Form N-600, Application for Certificate of Citizenship, online. You can find instructions and filing information online at **uscis.gov/forms**. You can also apply for a U.S. passport from the U.S. Department of State. For more information, see the "How Do I" Customer Guides at **uscis.gov/howdoi** and select "U.S. Citizens." Download the guide called "How Do I Get Proof of My U.S. Citizenship?"

## ☑ Sponsor Family Members to Come to the United States

As a citizen of the United States, you may petition for certain relatives to become lawful permanent residents and obtain what is often referred to as a "Green Card." To do so, you need to sponsor your relative and be able to prove that you have enough income or assets to support your relative(s) in the United States. For more information, see the "How Do I" Customer Guides at **uscis.gov/howdoi** and select "U.S. Citizens." Download the guide called "How Do I Help My Relative Become a U.S. Permanent Resident?"

### Protecting Your Right to Work

Federal law states that employers cannot discriminate against you because of your citizenship or immigration status or national origin. Employers cannot treat you differently because of your citizenship or because of your place of birth, native language, accent, or appearance. Employers may not demand more or different documents than necessary when completing Form I-9, Employment Eligibility Verification, or treat you differently when using E-Verify based on your citizenship or immigration status or national origin. Employers cannot retaliate against you if you complain about the treatment above. For more information about your rights, or to file a complaint, call the U.S. Department of Justice's Immigrant and Employee Rights Section at 1-800-255-7688 or 1-800-237-2515 (TTY for the hearing impaired). Interpreters are available to help you. You also can visit **justice.gov/crt/immigrant-and-employee-rights-section** for more information.

### Replacing Your Certificate of Naturalization

If you lose your Form N-550, Certificate of Naturalization, you may replace it by filing Form N-565, Application for Replacement Naturalization/Citizenship Document, online. You can find instructions and filing fee information online at **uscis.gov/forms**. You may use your U.S. passport as evidence of citizenship until you receive your replacement certificate.



**FOR MORE INFORMATION VISIT**
uscis.gov/citizenship-resource-center/new-us-citizens

# EXHIBIT B



**PROOF OF CITIZENSHIP NOTICE AND INSTRUCTIONS**

(5-25)
INDIANA ELECTION DIVISION (IC 3-7-26.3-37; IC 3-7-38.2-7.3)

**(VRG-26)**

> **INSTRUCTIONS:** Please review the information below as you are required by Indiana state law to provide a copy of your proof of citizenship documentation to the county election board not later than 30 days after receiving this notice. Approved types of citizenship documentation are listed on the form below. Failure to timely respond to this notice will result in your voter registration application being rejected and any existing registration record being moved to "cancelled" status.

## Notice and Instructions from the Marion County Election Board to Verify Proof of Citizenship of A Voter

CAROLA S. CLARK
_____
Name of Voter Required to Provide Proof of Citizenship

████████████ - Indianapolis, IN ██████
_____
Mailing Address of Voter Required to Provide Proof of Citizenship

You are receiving this notice because on the date you applied for and received an Indiana driver's license or state identification card from the Indiana Bureau of Motor Vehicles (BMV), you were identified as being issued a "temporary credential" under IC 9-24-11-5(c) or IC 9-24-16-3(f), which indicates that you may not have been a U.S. citizen at the time of the BMV transaction. State law requires this notice to be sent to a voter when one of the following reasons applies:

1) When BMV records show you might not have been a U.S. citizen when you received your Indiana driver's license or state ID card, and you are already registered to vote. You are required to provide a copy of your proof of citizenship documentation as outlined below not later than 30 days after receiving this notice.

2) When you submit a voter registration application, and BMV records show you might not have been a U.S. citizen when you received your Indiana driver's license or state ID card. You are required to provide a copy of your proof of citizenship documentation as outlined below not later than 30 days after receiving this notice.

**Not later than 30 days after receiving this notice, you must provide a copy of one of the following proof of citizenship documents by mail or hand-delivery to the address of the office (noted below):**

1) Voter's birth certificate or a legible photocopy of the voter's birth certificate.
2) Voter's United States passport or a legible photocopy of the pages of the passport that identify the voter and show the passport number.
3) Voter's United States naturalization documentation, a legible photocopy of the voter's naturalization documentation, or the voter's certificate of naturalization number.
   > *Note: A voter who provides a certificate of naturalization number instead of the naturalization documentation is not deemed to have provided proof of citizenship until the county voter registration office verifies the number with the United States Citizenship and Immigration Services or a successor agency.*
4) A document or method of proof of citizenship established under the Immigration Reform and Control Act of 1986 (8 U.S.C. 1101 et seq.) that is issued to the voter, such as a Certificate of Naturalization, Certificate of Citizenship, Declaration of Intention, or Repatriation Certificate issued by the United States Citizenship and Immigration Services.
5) The voter's Consular Report of Birth Abroad (CBRA).

*send certified proof of citizenship + passport copy 11-20-25*

**Failure to provide ONE of the proof of citizenship documents noted above to your county voter registration official at the office listed below not later than 30 days following receipt of this notice will result in your voter registration application being rejected and any existing voter registration record moved to cancelled status.**

An individual who is unable to provide documentation of proof of citizenship may appeal in person or by mail to the county election board of the county in which the person is registered or is applying to be registered to vote. After receiving an appeal, the county election board shall:

- conduct a hearing;
- make a finding concerning the individual's citizenship status; and
- send a copy of its decision to the county voter registration office of the county in which the individual resides.

If a county election board decides to reinstate the voter's registration record upon the voter's successful appeal, then the county voter registration official shall change the voter's registration record to accurately reflect the decision of the county election board with respect to the individual.

**Documentation provided to the county election board or voter registration official to show proof of citizenship is confidential and is not available for inspection by the public.**

### COUNTY ELECTION BOARD CONTACT INFORMATION:

County Name & Office:  MARION COUNTY VOTERS REGISTRATION
Office Address, City, IN Zip:  200 E WASHINGTON STREET, SUITE W-131, INDIANAPOLIS, IN  46204
Phone: 317-327-5040                    Toll-Free Number:
Fax: 317-327-5042                        E-Mail: VoterReg@Indy.Gov

Please contact the county election board if you have questions about this notice.

# EXHIBIT C

**MARION COUNTY VOTERS REGISTRATION**
SUITE W131, CITY-COUNTY BUILDING
200 E WASHINGTON ST.
INDIANAPOLIS, IN 46204-3555

INDIANAPOLIS IN   460

30 OCT 2025  PM 2   L

1 7 7 5          5

CAROLA SUSANNE CLARK

INDIANAPOLIS, IN

# EXHIBIT D



**VOTER REGISTRATION ACKNOWLEDGMENT NOTICE**
Indiana Election Commission (IC-3-7-33-5) - KEEP THIS CARD FOR YOUR RECORDS
From the County Voter Registration Office:

This office received your voter registration application, or processed an update to your record, and you appear to be eligible to vote. You will be registered to vote at this address 7 days after the mailing of this notice and assuming it is not returned to our office by the United States Postal Service during that 7 day period due to an unknown or insufficient address OR you have presented this notice in-person to our office during that 7 day period. You are presumed to have received this notice unless it is returned to our office by the United States Postal Service due to an unknown or insufficient address.

If you have questions concerning your voter registration or this form, you may telephone the county voter registration office at: 317-327-5040

| RECEIPT OF REGISTRATION | |
|---|---|
| COUNTY: | MARION COUNTY, INDIANA |
| PROCESSED: | 12/1/2025 |
| NAME: | CAROLA SUSANNE CLARK |
| | Indianapolis, IN ▮▮▮▮ |
| POLL LOC: | Any Vote Center Location |
| | Call (317)327-VOTE(8683) |
| | Marion County, IN 00000 |
| PCT/TWP: | ▮▮▮▮▮ |

**- PLEASE KEEP THIS CARD FOR YOUR RECORDS -**

▮▮▮▮▮▮▮▮▮▮▮▮▮

**REQUEST FOR VOTER RECORD UPDATE**

If necessary, you can update your voter registration record by:

* Submitting an online voter registration application at www.indianavoters.com

* Mailing a voter registration application form (VRG-7) to the appropriate county voter registration office. This form can be downloaded at www.indianavoters.com

* Visiting your county voter registration office. You can find the address to your county voter registration office at www.indianavoters.com

* Visiting the Indiana Election Division. You can find the Indiana Election Division's address at www.indianavoters.com

MARION COUNTY VOTERS REGISTRATION
200 E WASHINGTON STREET, SUITE W-131
INDIANAPOLIS, IN  46204

PRESORTED
FIRST CLASS
US POSTAGE PAID
INDPLS IN 462
PERMIT 7374

TEMP-RETURN SERVICE REQUESTED

CAROLA SUSANNE CLARK

INDIANAPOLIS, IN