# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA; COMMON CAUSE INDIANA; HOOSIER ASIAN AMERICAN POWER; and EXODUS REFUGEE IMMIGRATION, <br><br> *Plaintiffs,* <br><br> v. <br><br> DIEGO MORALES, in his official capacity as Secretary of State for Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division, <br><br> *Defendants.* | Civil Action No. 1:25-cv-02150-MPB-MJD |

## DECLARATION OF ARIADNA RUBI TEJEDA SÁNCHEZ

I, Ariadna Rubi Tejeda Sánchez, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a United States citizen, over the age of 18 years old, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.      I am a resident of Indianapolis, Indiana, in Marion County.

3.      I was born in Mexico. I first came to the United States in 2004.

4.      I have lived in Indiana the entire time that I have lived in the United States.

5.      I have a Real-ID compliant driver's license that I obtained from the Indiana Bureau of Motor Vehicles ("BMV") on January 5, 2021. This license was issued to me by the Franklin Road BMV office in Lawrence Township and expires on May 10, 2027.

1

6. I recently became aware that the Indiana Election Division of the Indiana Secretary of State's Office received information from the BMV indicating that I have a temporary credential instead of a full-term identification card or license.

7. I first obtained my license from the BMV when I was a teenager. I renewed my license a few times. The last time I renewed my license was on January 5, 2021.

8. After renewing my BMV license, I became a United States citizen at a naturalization ceremony in Indianapolis in September 2022.

9. I did not immediately register to vote after becoming a United States citizen.

10. I do not recall anyone informing me at my naturalization ceremony that my BMV record would not reflect that I was a United States citizen if I obtained a license from the BMV before I naturalized. Until recently, I was not aware that my BMV record did not reflect my current citizenship status. Because I renewed my license shortly before my naturalization ceremony and it is still a valid, unexpired license, I thought the license would be acceptable for identification purposes, including for the voter registration process.

11. I registered to vote online on October 10, 2025. This was the first time that I registered to vote.

12. About a month after I submitted the voter registration application, I received a mailed notice from the Marion County Board of Voters Registration informing me that I needed to present documentary proof of citizenship within 30 days, or my voter registration would be cancelled.

13. After receiving the notification, I intended to provide documentary proof of citizenship to my local elections officials. The notice informed me that I could submit documentary proof of citizenship by mail. I have a copy of my naturalization certificate and a

2

United States passport. However, because I could not immediately follow up on the notice and did not receive any other notification reminding me to submit documentation, I was unable to provide that documentation in the 30-day window.

14.    Before my voter registration application was rejected, I did not receive any additional notice or reminder from election officials. Even after my voter registration application was rejected, I still did not receive any notice from election officials that my application was rejected and that I would need to register to vote again.

15.    As a young mother of two and a full-time employee, it is difficult for me to complete additional steps, like Indiana's documentary proof of citizenship requirement for voter registration purposes, in such a short window.

16.    As a United States citizen, I do not understand why I am required to provide this information to register to vote. I thought the State had all the information that it needed to determine my citizenship status. I already informed election officials that I was a United States citizen on the voter registration application. I now understand that United States citizens who are born in this country do not have to prove their citizenship like I do.

17.    I want to vote in the upcoming elections and beyond.

18.    I registered to vote again online on March 3, 2026. I subsequently received a letter from the Marion County Board of Voter Registration again informing me that I needed to present documentary proof of citizenship within 30 days. The letter was not dated, but I received the letter on March 23, 2026.

19.    I mailed a copy of my United States passport to the Board of Voter Registration on March 24, 2026. I later received a confirmation that I was registered to vote on April 13,

3

2026. There was no specification on the voter registration confirmation about whether or not I would be able to vote in the primary election.

20.     I felt that making a copy of my passport and sending it to the Marion County Board of Voter Registration via mail was a barrier to registering to vote. There was no online option for submission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Indianapolis, Indiana, on April 30, 2026.

Ariadna Rubi Tejeda Sánchez