# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA; COMMON CAUSE INDIANA; HOOSIER ASIAN AMERICAN POWER; and EXODUS REFUGEE IMMIGRATION, <br><br> *Plaintiffs,* <br><br> v. <br><br> DIEGO MORALES, in his official capacity as Secretary of State for Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division, <br><br> *Defendants.* | Civil Action No. 1:25-cv-02150-MPB-MJD |

**DECLARATION OF MICHAEL P. MCDONALD**

I, Michael P. McDonald, declare and state as follows:

1. I am over the age of 18, and a United States citizen. I know the following facts of my own personal knowledge, and if called upon as a witness I could and would testify competently thereto.

2. I am Professor of Political Science at the University of Florida. I am widely regarded as a leading expert on United States elections. I have been asked by the Plaintiffs in this case to offer expert opinions regarding Indiana's temporary credential matching process and data files that document election officials' activities concerning documentary proof of citizenship, as set out below.

1

3. My curriculum vitae, which summaries my education, experience and publications is attached hereto as Exhibit 1.

4. As set forth in my curriculum vitae, I have published extensively on elections in peer-reviewed journals, and I produce what many consider to be the most reliable turnout rates – the percentage of eligible voters who cast a ballot – of the nation and the states. I have published peer-reviewed articles specifically on the reliability of voter registration files and matching algorithms as applied to voter registration files. I am co-author of a book concerning how limitations of computers to accurately store numeric data can lead to erroneous statistical analyses. I have testified widely in cases related to voter registration, documentary proof of citizenship and the use of diverse federal and state databases to assess voter registration records.

5. In my career, I have worked directly with state and local election officials in varying capacities. I led a project to audit the placement of registered voters within districts for the Virginia Department of Elections and the Colorado Secretary of State, using a methodology published in the top political science methods journal. These projects required my team to interface with local election officials to resolve issues we identified. The Department of Defense's Voting Assistant Program hired me to interview local election officials about their procedures to process military and overseas civilian ballots. I served on a National Academy of Sciences advisory group to the U.S. Census Bureau on the Bureau's data disclosure avoidance policies. In an ongoing project, a research team I lead collected precinct boundaries from state and local election officials for every locality in the country. My team has, on occasion, created electronic precinct maps for local election officials where no electronic maps existed. These data have been used in numerous court cases, including the recent Allen v. Milligan case heard before the U.S. Supreme Court. In addition, I have worked for the United States Election Assistance

Commission, the media's National Exit Poll organization, the Associated Press, ABC News, and NBC News.

6.  Also as set forth in my curriculum vitae, I have testified or submitted expert reports or declarations in numerous election related cases. I was an expert witness for plaintiffs in three cases specifically related to voter registration and documentary proof of citizenship (DPOC). In 2016, I was an expert witness for plaintiffs who successfully challenged Kansas' DPOC requirements. In 2023, I was an expert witness for plaintiffs who successfully challenged, in part, Arizona's DPOC requirements; and in 2018 for plaintiffs who obtained a preliminary injunction in a challenge to Georgia's DPOC requirements. In 2026, I was an expert witness for plaintiffs challenging Virginia's mass purge of voters alleged to be non-citizens. I am an expert witness in a challenge to President Donald Trump's Executive Order of March 31, 2026, entitled "Ensuring Citizenship Verification and Integrity in Federal Elections".

7.  I have been an expert witness in other litigation challenging requirements related to voter registration. I was an expert witness in 2016 for plaintiffs who successfully challenged a Georgia policy that required the names and other information supplied by prospective registrants on their voter registration applications to match exactly as it appears in other databases. In 2007, I was an expert witness for plaintiffs who successfully challenged a similar Washington State policy that required an exact match of personal identification information across databases. In 2019, I was an expert witness in plaintiffs' partially successful challenge to Georgia's voter purging practices.

8.  Within the last four years, in addition to the Arizona and Virginia cases described above, I was an expert witness in litigation involving third-party voter registration organizations

in Florida, and for the City of Buffalo, NY defendant in a challenge to their city council districts. These matters are all set forth in my curriculum vitae.

9. In addition, I have an extensive publishing and consulting record and experience testifying in redistricting and other election-related cases. For example, when I was employed previously at George Mason University, I consulted for Virginia Gov. Bob McDonnell's Independent Bipartisan Advisory Redistricting Commission. The Ohio Apportionment Board enlisted me to draw state legislative districts at the order from the Ohio Supreme Court. I have also served as an expert witness for plaintiffs in two redistricting lawsuits.

10. I have been asked by Plaintiffs to review two voter registration proof of citizenship requirement processes. The first process involves a one-time list provided by Indiana's Bureau of Motor Vehicles that potentially match noncitizen temporary credential holders with existing voter registration records. The second process involves an ongoing proof of citizenship verification for persons applying for new registrations after July 1, 2025. I was also asked by Plaintiffs to review six unique data files that document election officials' activities concerning these processes.

11. I am being compensated at the rate of $450 per hour for my work in this case. My compensation is not contingent on the substance of my opinions or the outcome of this case.

12. As a result of my review, I conclude that Indiana's proof of citizenship places an additional voter registration burden on naturalized and derived citizens who obtained an Indiana driver's license or other credential before they were naturalized or acquired citizenship. This requirement cannot apply to any natural born citizen or to a naturalized citizen who never obtained an Indiana BMV temporary credential. Indiana identified 3,234 individuals to send a notice requiring proof of citizenship. Of these individuals, 977 registrants provided satisfactory

4

proof of citizenship within a 30-day response deadline. Election officials cancelled 981 existing registration records with a registration date prior to July 1, 2025, and rejected 644 new registration records with a registration date on or after July 1, 2025.

13.     My preliminary report, containing a complete statement of the opinions I have reached to date, is attached as Exhibit 2 to this Declaration. Exhibit 2 also contains the facts and data I considered in reaching these opinions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Gainesville, Florida on May 3rd, 2026.

Dr. Michael P. McDonald

# 1. Background and Qualifications

I am Michael P. McDonald, Professor of Political Science at the University of Florida. I am widely regarded as a leading expert on United States elections. I have published extensively on elections in peer-reviewed journals and I produce what many consider to be the most reliable turnout rates – the percentage of eligible voters who cast a ballot – of the nation and the states.[1] I have published peer-reviewed articles specifically on the reliability of voter registration files[2] and matching algorithms as applied to voter registration files.[3] I am co-author of a book concerning how the limitations of computers to accurately store numeric data can lead to erroneous statistical analyses.[4]

In my career, I have worked directly with state and local election officials in varying capacities. I led a project to audit the placement of registered voters within districts for the Virginia Department of Elections and the Colorado Secretary of State, using a methodology published in the top political science methods journal.[5] These projects required my team to interface with local election officials to resolve issues we identified. The Department of Defense's Voting Assistant Program hired me to interview local election officials about their procedures to process military and overseas civilian ballots. I served on a National Academy of Sciences advisory group to the U.S. Census Bureau on the Bureau's data disclosure avoidance policies. In an ongoing project, a research team I lead collected precinct boundaries from state and local election officials for every locality in the country. My team has, on occasion, created electronic precinct maps for local election officials where no electronic maps existed. These data have been used in numerous court cases, including the recent *Allen* v. *Milligan* case heard before the U.S. Supreme Court. In addition, I have worked for the United States Election Assistance Commission, the media's National Exit Poll organization, the Associated Press, ABC News, and NBC News.

I have testified or submitted expert reports or declarations in numerous election related cases.

I was an expert witness for plaintiffs in three cases specifically related to voter registration and documentary proof of citizenship (DPOC). In 2016, I was an expert witness for plaintiffs who

---

[1] Michael P. McDonald and Samuel Popkin. 2001. "The Myth of the Vanishing Voter." *American Political Science Review* 95(4): 963-974.

[2] Michael P. McDonald. 2007. "The True Electorate: A Cross-Validation of Voter File and Election Poll Demographics." *Public Opinion Quarterly* 71(4): 588-602.

[3] Michael P. McDonald and Justin Levitt. 2008. "Seeing Double Voting: An Extension of the Birthday Problem." *Election Law Journal* 7(2): 111-22.

[4] Micah Altman, Jeff Gill, and Michael P. McDonald. 2003. *Numerical Issues in Statistical Computing for the Social Scientist*. Hoboken, NJ: Wiley and Sons.

[5] Brian Amos and Michael P. McDonald. 2020. "A Method to Audit the Assignment of Voters to Districts." *Political Analysis* 28(3): 356-71.

successfully challenged Kansas' DPOC requirements.[6] In 2023, I was an expert witness for plaintiffs who successfully challenged, in part, Arizona's DPOC requirements;[7] and in 2018 for plaintiffs who obtained a preliminary injunction in a challenge to Georgia's DPOC requirements.[8] In 2026, I was an expert witness for plaintiffs challenging Virginia's removal of voters alleged to be non-citizens.[9]

I am an expert witness in a challenge to President Donald Trump's Executive Order of March 31, 2026, entitled "Ensuring Citizenship Verification and Integrity in Federal Elections".[10]

I have been an expert witness in other litigation challenging requirements related to voter registration. I was an expert witness in 2016 for plaintiffs who successfully challenged a Georgia policy that required the names and other information supplied by prospective registrants on their voter registration applications to match exactly as it appears in other databases.[11] In 2007, I was an expert witness for plaintiffs who successfully challenged a similar Washington State policy that required an exact match of personal identification information across databases.[12] In 2019, I was an expert witness in plaintiffs' partially successful challenge to Georgia's voter purging practices.[13]

Within the last four years, in addition to the cases described above, I was an expert witness in litigation involving third-party voter registration organizations in Florida,[14] and for the City of Buffalo, NY as defendant's expert in a challenge to its city council districts.[15]

In addition, I have an extensive publishing and consulting record and experience testifying in redistricting and other election-related cases. For example, when I was employed previously at George Mason University, I consulted for Virginia Gov. Bob McDonnell's Independent Bipartisan Advisory Redistricting Commission. While at the University of Florida I provided contractual work to the Virginia Department of Elections verifying the assignment of registered

---

[6] *Fish v. Kobach*, No. 2:16-cv-02105 (D. Kan.).
[7] *Mi Familia Vota and Voto Latino* v. *Hobbs, et al.* and Consolidated Cases. Case No. 2:22-cv-00509-SRB (Lead Case) (D. Ariz.)
[8] *Georgia Coalition for the Peoples' Agenda, Inc. et al.* v. *Brad Raffensperger*, 347 F. Supp. 3d 1251, 1263-64 (N.D. Ga. 2018). The plaintiffs in this matter ultimately lost the case at trial. *See* Civil Action No. 1:18-cv-04727-ELR, Dkt. No. 241 (N.D. Ga. Apr. 11, 2024).
[9] *Virginia Coalition for Immigrant Rights, et al.* v. *Sean Beals*, Case No. 1:24-cv-01778 (PTG/WBP) (E.D. Va 2026)
[10] I was retained for the case *NAACP* v. *Trump*, 1:26-cv-001151-CJN (D.DC), and the case was consolidated to *DSCC v. Trump,* 1:26-cv-01114-CJN (D. DC).
[11] *Georgia State Conf. of the NAACP v. Kemp*, No. 2:16-cv-00219-WCO (N.D. Ga.).
[12] *Washington Association of Churches v. Reed*, No. CV06-0726 (W.D. Wash.).
[13] Fair Fight Action, Inc. v. Raffensperger, No. 1:18-CV-5391-SCJ (N.D. Ga.).
[14] *Florida Rising Together v. Lee,* Case No. 4:21-cv-201-MW-MJF (N.D. FL).
[15] *Our City Action Buffalo, Inc., et al.* v. *Common Council of the City of Buffalo*, et al. 2022. Index No. 812652/2022.

voters to districts. I have also served as an expert witness for plaintiffs in two redistricting lawsuits. Please see my curriculum vitae (served with this Report) for more information, including my published work over the last ten years and all cases where I testified as an expert over the last four years.

I am compensated at a rate of $450/hour for my work in this case. My compensation is not contingent on the substance of my opinions or the outcome of this case.

## 2. My Assignment

I have been asked by plaintiffs' counsel in this case to review seven data files that document election officials' activities concerning Indiana's documentary proof of citizenship process.

I was asked to review two voter registration proof of citizenship requirement processes. The first process involves a one-time list provided by Indiana's Bureau of Motor Vehicles (BMV) that matches temporary credential holders with existing voter registration records before July 1, 2025 (the "Current-Voter Citizenship Crosscheck Requirement"). The second process involves an ongoing proof of citizenship verification for persons applying for new registrations on or after July 1, 2025 (the "New-Registrant Citizenship Crosscheck Requirement"). When election officials identify the existence of a BMV match they issue a notice to these individuals requesting proof of citizenship. I was asked to opine whether Indiana's proof of citizenship process may not accurately identify registrants as potential noncitizens.

## 3. Summary

In summary, my opinions are as follows:

1. After removing duplicate records and reconciling data inconsistencies in the seven unique data files (two of which are duplicates), I determine that Indiana election officials identified 3,234 individuals to be scrutinized for proof of citizenship.
2. Of these 3,234 individuals, election officials reached a final determination for 2,602 persons.
3. Among the 2,602 persons who election officials have completed proof of citizenship procedures, 977 registrants (37.5%) provided election officials with satisfactory proof of citizenship within the 30-day response deadline.
4. Of the 2,602 people for whom election officials have provided notice of the proof of citizenship procedures, 1,270 (48.8%) have a registration date prior to July 1, 2025. The registration date reasonably identifies individuals subject to the Current-Voter Citizenship Crosscheck Requirement. Accordingly, 1,270 have been subject to the Current-Voter Citizenship Crosscheck Requirement; 1,332 have been subject to the New-Voter Citizenship Crosscheck Requirement.

3

5. Election officials approved 273 records with a registration date prior to July 1, 2025. There are 975 cancelled registration records with a registration date prior to July 1, 2025. Together there are 1,248 records, of which election officials approved 273 (21.9%).
6. Election officials approved 288 records with a registration date on or after to July 1, 2025. There are 494 rejected registration records with a registration date on or after July 1, 2025, or are missing a registration date. Together there are 782 records, of which election officials approved 288 (36.8%).
7. The failure of an individual to respond to a VRG-26 notice within 30 days does not necessarily indicate that the individual is not a United States citizen.

# 4. Data Files and Information Analyzed

Plaintiffs' counsel provided me with seven data files produced by defendants. The following lists contain individual voter registration records, in which election officials determined Bureau of Motor Vehicles (BMV) records indicate a new or existing applicant was not a citizen at the point in time of obtaining their BMV credential.

1. LWVI000313.xlsx
2. LWVI000315.xlsx
3. LWVI000316.csv (this is a copy of LWVI000315.xlsx in a different format. I disregard this file in my analysis that follows).
4. LWVI000364.csv
5. LWVI000438.csv
6. LWVI000439.csv
7. LWVI000442.xlsx

For brevity, I refer to these files by number. These seven files were produced on different dates and contain inconsistent information.

To understand Indiana's process and the meaning of the information contained within these files, in addition to the files themselves, I rely on seven sources. I provide short citations in parentheses in the discussion that follows.

1. The 2026 Indiana Election Administrator's Manual (2026 EAM). [16]
2. The 2026 Indiana Voter Registration Guidebook (2026 IVRG). [17]
3. A file named "LWVI000309.000001.pdf" entitled "Proof of Citizenship VRG 58.3 – Indiana SVRS" (VRG 58.3).
4. A file named "LWVI000365.pdf" entitled "Glossary of Terms for 30 Day Hold Hopper Worksheet" (Glossary of Terms).

---

[16] See: https://www.in.gov/sos/elections/files/2026-Election-Administrators-Manual.FINAL.pdf
[17] See: https://www.in.gov/sos/elections/files/2026-Voter-Registration-Guidebook.FINAL.pdf

5. A filed named "LWVI000280.000001", which is a memorandum sent by Indiana's Statewide Voter Registration System (SVRS) vendor, Civix to SVRS users in December 2025 with a subject line "Re: December 2025 Bild, Part I - Citizenship" (2025 Civix Memorandum).
6. The Indiana Secretary of State's voter registration instructions (SOS Voter Registration Instructions).[18]
7. Excerpts from an email communication between Plaintiffs' and Defendants' counsel that occurred on May 1 and May 6, 2026 indicating a description of each data file.

# 5. Indiana Documentary Proof of Citizenship

Indiana law requires proof of citizenship for voter registrations as of July 1, 2025 (VRG 58.3, p.2), who were potentially matched to a BMV temporary credential holder record. A BMV temporary credential is a "driver's license or state ID card that is issued to a qualified individual who is not a US citizen at the time of their credential transaction with the BMV" (2026 EAM, p.96). BMV records may contain inaccurate citizenship status because Indiana law (IC 9-24) does not require naturalized citizens to update their citizenship status with BMV when they become naturalized citizens or obtain acquired citizenship.[19]

Indiana's proof of citizenship laws require an additional voter registration step for a specific class of people: naturalized and derived citizens who obtained an Indiana driver's license or other credential before they were naturalized or acquired citizenship. This requirement cannot apply to any U.S.-born citizen, or to a naturalized or derived citizen who never obtained an Indiana BMV temporary credential.

Indiana officials implemented the state's proof of citizenship requirement through two procedures: (1) an ongoing check of voter registration applications, and (2) a one-time comparison check of all voter registration records.

The first procedure implemented on and after July 1, 2025 involves an "on-going comparison [to BMV records] when any registration application is submitted (IC 3-7-26.3.-37)" (VRG 58.3, p.2). Applicants who submit new or updated voter registration application through the BMV or Indiana's online voter registration system must have a BMV credential number (SOS Voter Registration Instructions). Indiana's computerized Statewide Voter Registration System (SVRS) places voter registration applications with a matching BMV temporary credential into a "Citizenship 30 Day Hold" hopper for further processing (VRG 58.3, p.2).

---

[18] See: https://www.in.gov/sos/elections/voter-information/register-to-vote/
[19] See: https://iga.in.gov/laws/2025/ic/titles/9#9-24

What distinguishes this first procedure from the second procedure is that the applicant must possess a driver's license number. A driver's license number is a unique identification number that links databases when an operator correctly enters it into a computerized system.

The second procedure involves a "one-time comparison [to BMV records] against existing records" before July 1, 2025 (VRG 58.3, p.2). Indiana officials implemented the second procedure through "a one-time data file provided by the BMV that *appears* to match existing voter registrations where the individual received a temporary credential…indicating the person may not have been a US citizen at the time of the transaction." (2025 Civix Memorandum, p.5, emphasis added). SVRS places potentially matching records into a "Citizenship Validation" hopper for election official review (VRG 58.3, p.2).

I emphasize the word *appears*, since SVRS and BMV records may be matched on identifying information other than a driver's license number, such as name and birth date. To assist operators to determine if a match is correct, "SVRS attempts to identify potential matches to existing voter registration records when county voter registration officials receive information through various hoppers or data entry. These matches are based on a 'confidence factor' [scored from identifying information matched in ten fields]" (2026 IVRG, p.30; see also VRG 58.3, p.2).

If election officials determine that a match with a BMV temporary credential holder exists, SVRS prints and election officials send what is known as a VRG-26 notice to new applicants or existing registrants requesting proof of citizenship (IVRG, p. 29):

> [A] county voter registration official shall send a VRG-26 notice requesting proof of citizenship to each individual who uses an identification number from a temporary credential issued under IC 9-24-11-5(c) or IC 9-24-163(f) as part of the individual's voter registration application as identified in the SVRS registration module. The VRG26 is generated from SVRS and must be mailed the same day it is printed.

Next, election officials send individuals a VRG-26 notice and individuals must respond with proof of citizenship. "If the individual does not provide proof of citizenship within thirty (30) days of receiving a VRG-26 notice, the county voter registration official shall reject the individual's voter registration application" (2026 IVRG p.29).

Procedurally, the SVRS system moves registrant records to a "Citizenship 30-Day Hold Hopper" (VRG 58.3, p.4):

> When the VRG-26 is generated (whether in the Citizenship Validation Hopper or using the manual entry for paper applications), the record is moved to the Citizenship 30-Day Hold Hopper. This hopper "holds" the records for the time period described in state law for the voter to return their proof of citizenship documentation to county voter registration officials. If the voter does not meet the

deadline to return documentation, then the official shall reject the individual's voter registration application using the tools in this SVRS Hopper.

Indiana's 30-day response period appears to conflict with how the SVRS "Citizenship Maintenance" hopper is programmed. Once a VRG-26 notice is generated and mailed to the voter registration applicant, the SVRS initiates a 42-day waiting period before operators are permitted to cancel a registration. Per the "Citizenship Maintenance Hopper – Cancel Functionality Business Rules", "[t]he Action of 'Cancel Voter' cannot be selected until 42 days from Print Date of Correspondence, and the cancel option will not appear in the Action dropdown until that time" (2025 Civix Memorandum, p.4). I have not seen any documentation describing why this twelve-day discrepancy between Indiana law and SVRS programming exists, nor what happens if a registrant provides DPOC after the 30-day period but before the 42-day period has lapsed.

Voter registration applicants who provide proof of citizenship by the deadline are registered through the same process as other applicants (2026 IVRG, p.29), "[i]f the county does receive proof of citizenship documentation before the deadline, then the county voter registration official must document the information provided by the voter and may continue processing the registration request, if the voter is otherwise qualified."

It is possible for an election official who mailed a VRG-26 notice to an individual who supplied required proof of citizenship to deny the applicant's voter registration for other reasons. Indeed, the SVRS system explicitly allows election officials to cancel a voter registration for the reason the VRG-26 notice is returned by the United States Postal Service to election officials as "Undeliverable" (2025 Civix Memorandum, p.4).

Individuals may appeal election officials' decisions to their county election board, "An individual that did not timely provide proof of citizenship and whose voter registration record is canceled, or whose voter registration application is rejected, may appeal the decision to the county board" (VRG 58.3, p.4).

# 6. Creating a Master Database for Analysis

## 6.1.  Data Files Analyzed

I analyze the six unique data files document voter registration records that election officials evaluated to determine if they would issue a VRG-26 notice

Defendant's counsel represents that LWVI000438 contains records of all individuals to whom election officials sent a VRG-26 notice. However, as I report in Table 1, there are a total of 343 records with a driver's license number (called DLNSID in the data files) in the five other data files that do not have a matching DNLSID in LWVI000438 (removing records within data files that have two or more duplicate DNLSIDs as described below).

**Table 1. Records with a DLNSID not found in LWVI000438**

| File | Count |
|------|------:|
| LWVI000313 | 57 |
| LWVI000315 | 71 |
| LWVI000364 | 2 |
| LWVI000439 | 126 |
| LWVI000442 | 87 |
| **Total** | 343 |

To analyze all activity documented in these six data files, I combine these data files into a single master database. I combine the data files I utilize DLNSID common in these data files. I typically utilize a voter registration number for such analyses, but it is not provided in some data files.

I encounter three challenges to create a master database.

1. Some files have multiple records with the same DLNSID. I devise rules to manage such duplicates.
2. Some records are missing DLNSID. I hand-check these records for duplicates.
3. Data files may update activity from prior data files. Where so, I replace old information with new.

Defense counsel described the six data files as being generated from four processes: (1) the New-Voter Citizenship Crosscheck Requirement registration originating either through BMV or Indiana's online voter registration system, (2) election officials' actions of records in the 30-day Hold Hopper, (3) Current-Voter Citizenship Crosscheck Requirement pre-July 1, 2025 registrations, and (4) a list of all registrants for whom election officials sent a VRG-26 notice.

To compile the data files, I sequentially add files together in the order below.

When two files are produced on the same date, I first add the file for the New-Voter Citizenship Crosscheck Requirement and then the 30-day hold hopper file. Since LWVI000364 30-day hold hopper file does not have a date, I added it after LWVI000439 as it appears to be the companion of LWVI000439.

After adding these four data files I next add LWVI000442, since it is represented as documenting all pre-July 2025 registrations affected by the one-time BMV list pursuant to the Current-Voter Citizenship Crosscheck Requirement.

Lastly, I add LWVI000438 since it is represented to document all individuals to whom election officials sent a VRG-26 notice.

The files are thus added together in the following sequence:

1. LWVI000315 (New Citizenship list generated on 1/6/2026)
2. LWVI000313 (30-day hold hopper generated on 1/6/2026)
3. LWVI000439 (New Citizenship list generated on 3/26/2026)
4. LWVI000364 (30-day hold hopper generated on unknown date)
5. LWVI000442 (All Current Citizenship list activity generated on 3/27/2026)
6. LWVI000438 (List of all registrants sent a VRG-26 notice generated on 3/26/2026)

## 6.2.   Removing Duplicates within Data Files

Before I combine data files, I remove duplicate records.

Most records in these data files generally share a unique identifier of a BMV driver's license number. I utilize DLNSID to identify duplicate records within data files and compile data files together.

Some data files have multiple records with the same DLNSID.

Some duplicate DLNSID records contain what appear to be inconsequential name and address variations for the purposes of my analysis, such as using all capital letters or a mix of capital and lower-case letters. Some duplicate records have slightly different information, such as the presence or absence of a middle name, portion of a hyphenated name, the presence of a name suffix like Jr. or Sr. in the name, and variations of abbreviation of a street type. I treat these as substantively similar and select the first record appearing in the file.

Some duplicates appearing in LWVI000313, LWVI000364, LWVI000438, and LWVI000442 vary on a field called "VRG-26 PrintDate" or "PRINT_DATE", which is the date the VSG-26 notice was printed (Glossary of Terms, p. 1). Where such duplicates exist, I retain the record with the most recent Print Date.

Duplicate records with the same PRINT_DATE or missing a PRINT_DATE may have different information for the documented action that election officials take (ACTION_TAKEN).[20] These differences occur among some duplicate records in the same data file and may reflect updates in newer data files.

LWVI000442 does not have an ACTION_TAKEN field. This data file has a MatchStatus field with codes that are similar to ACTION_TAKEN, so I treat this field as such.

---

[20] The ACTION_TAKEN field has inconsistent capitalization where present in the six files and may appear with or without an underscore separating the two words. Other fields share similar inconsistencies. In my experience it is unusual for different data files ostensibly generated from the same system to have different field naming formats.

I develop rules on how to adjudicate the precedence of the information by inferring the following meanings of ACTION_TAKEN codes. These ACTION_TAKEN codes are further relevant to the analysis that follows:[21]

1. **Add Voter:** This code appears only in the LWVI000315 and LWVI000439 data files. It signifies an election official determined no match exists with a BMV temporary credential holder record and the application is processed normally. According to my interpretation of Defense counsel's May 1, 2026 email, Add Voter indicates an election official determined there was no match of a voter registration applicant with the BMV record of a temporary credential holder. SVRS does not generate a VRG-26 notice and election officials proceed with normal processing of the application.

2. **Approved:** This code indicates an applicant provided required documentary proof of citizenship. Approved is described as follows, "registration accepted & sent to 30-day hold hopper; VRG-26 sent; county received DPOC after VRG-26 was sent; registration was approved; acknowledgement card sent to voter" (Glossary of Terms, p. 1).

3. **Incomplete:** This code indicates an applicant has not yet responded to the VRG-26 notice and the 42-day time period has not expired. Incomplete is described as follows, "registration was accepted; record moved to 30-day hold hopper; county sent VRG-26; voter record flagged to DPOC; 42-day time period has not lapsed for voter response" (Glossary of Terms, p. 1).[22]

4. **Rejected:** This code indicates election officials rejected a *new* voter registration application for failure to response to the VRG-26 notice or any other reason, such as the United States Postal Service returning the notice as undeliverable. Rejected is described as follows, "registration accepted & sent to 30-day hold hopper; VRG-26 sent; county did not receive DPOC from a voter after the 42-day period lapsed after sending the VRG-26; registration rejected for reason listed in "'RegCancelRejectedReason'" (Glossary of Terms, p. 1).

5. **Cancelled:** This code indicates that an applicant with an existing registration did not respond to the VRG-26 notice within the 42-day period. Cancelled is described as follows, "registration accepted & sent to 30-day hold hopper; VRG-26 sent; voter failed to respond with DPOC & 42-day notice period lapsed; county official rejected application and existing registration cancelled per "RegCancelRejectedReason'" (Glossary of Terms, p. 1).[23]

---

[21] In addition to these codes, there is a code "VRG-26" that appears in LWVI000439 and is overwritten by ACTION_TAKEN in LWVI000438.

[22] Codes called "Match Approved", "Not Processed", "Pending" appear in these data files. I recode these as "Incomplete" as I infer they mean election officials have not completed the VRG-26 notice process. I also code all records missing ACTION_STATUS as "Incomplete" since no information is provided as to the status of these records.

[23] LWVI000442 has a similar "RegCancelReason" field.

Given election officials' workflow, described above, I develop a rule for retaining the ACTION_TAKEN codes in records with duplicate DLNSID within the same file, in the following order of precedence from highest to lowest ranking: [24]

1. Cancelled
2. Rejected
3. Incomplete
4. Approved
5. Add Voter

This rank ordering means that I prioritize the importance of records that were cancelled or rejected due to Indiana's proof of citizenship process (Cancelled or Rejected), over those where the process has not completed (Incomplete), over those that election officials accepted (Approved) over those where election officials determined no match existed (Add Voter).

LWVI000442 (the one-time BMV list pursuant to the Current-Voter Citizenship Crosscheck Requirement) does not have an ACTION_TAKEN field, but has a field called MatchStatus, which appears to have substantively similar codes, with minor differences.

- Two MatchStatus codes appear to identify that election officials rejected the BMV match, "No Action Needed" and "Match Rejected". For presentation, I recode "No Action Needed" and "Match Rejected" as "Add Voter".
- Three MatchStatus codes appear to identify Incomplete records where election officials have yet to make a determination of a registrant's citizenship status. These codes are "Pending", "Incomplete", and "Match Approved". I recode these codes as "Incomplete".
- Where there is missing data for ACTION_TAKEN or MatchStatus, I recode ACTION_TAKEN as "Incomplete" to signify there is no information about the disposition of the case.

## 6.3.  Compiling the Data Files into a Master Database

I combine the six data files into a single data file, using the driver's license DLNSID to match records within data files, and hand-checking records missing DLNSID.

To resolve records with a missing DLNSID, I combine all data file records with missing DLNSID and visually inspect address, name, and birth date to resolve duplicates. I make a visual inspection since there are minor name and address variations that prevent exact matching on these fields. After I remove duplicate records, there are 197 records with a missing DLNSID.

The resulting master database following these steps has 3,274 records.

---

[24] LWVI000442 has two records with a duplicate DLNSID, but this appears to be two different individuals as the names, addresses, and birthdates are different. I retain these two records.

Among these 3,274 records exist cancellation and rejection reason fields with that reveal 40 records for cancellation and rejection reasons other than proof of citizenship. These reasons are the VRG-26 notice was returned undeliverable, the voter moved or transferred between counties, and one at the voter's request (there is no further information about the individual's request for removal).

I remove these 40 records from my analysis since I cannot attribute these cancellations or rejections for citizenship status reasons. The resulting database has 3,234 records.

# 7. Proof of Citizenship Analysis

Following the procedures I outlined, there are 3,253 records in the final master database. In Table 2, I present counts of records within the ACTION_TAKEN codes, described above.

**Table 2. Counts of Action Taken**

| Action Taken | Count | Percentage |
|---|---|---|
| *Approved* | 977 | 30.2% |
| *Cancelled* | 981 | 30.3% |
| *Rejected* | 644 | 19.9% |
| *Incomplete* | 519 | 16.0% |
| *Add Voter* | 113 | 3.5% |
| **Total** | 3,234 | |

There are 113 Add Voter records where election officials determined the individual did not match records in the one-time BMV list.[25]

There are 519 Incomplete records signifying election officials are still processing proof of citizenship for the individual.

Removing these 113 Add Voter and 519 Incomplete records, there are 2,602 cases where election officials completed the proof of citizenship process. Election officials determined 977 (37.5%) of these individuals provided satisfactory proof of citizenship within the 30-day reply deadline.

Of the 2,602 records where election officials completed the proof of citizenship process, 1,270 have a registration date (REGISTRATION_DATE) prior to July 1, 2025. These represent 48.8% of the registrants to whom election officials sent a VRG-26 notice.

---

[25] LWVI000442 (represented as documenting all New-Registrant Citizenship Crosscheck Requirement records) has 1,291 unique driver's license DNLSID records. Of these, 78 (6.0%) are records where election officials determined a match did not exist signified by the codes "Match Rejected" or "No Action Needed".

The voter registration dates of the records with registration statuses of cancelled and rejected largely fall as expected of the two processes, the application of the Current-Voter Citizenship Crosscheck Requirement one-time BMV temporary credential match to existing registrations and the New-Voter Citizenship Crosscheck Requirement processing of new registrations, respectively.

There are the 978 cancelled existing registrations with a valid registration date (three records are missing a registration date). Of these 975 (99.7%) have a registration date prior to July 1, 2025.

Among the 644 rejected new registration applications, 494 have a registration date on or after July 1, 2025, and 128 have no registration date. These latter records with missing registration date may be consistent with a workflow where rejected registrations are not fully entered into SVRS. Together, these records with a registration date on or after July 1, 2025, and 128 have no registration date total to 622 and represent 96.6% of rejected registrations.

If a registration date before July 1, 2025 is a reliable indicator of current registration applicants who were sent VRG-26 letters through the Current-Registrant Citizenship Crosscheck Requirement one-time BMV temporary credential match, I can classify registrations that election officials approved with a registration date prior to July 1, 2025 as being subjected to this process. I may also classify records with a registration date on or after July 1, 2025 as being subjected to the New-Registrant Citizenship Crosscheck Requirement.

Election officials approved 273 records with a registration date prior to July 1, 2025. There are 975 cancelled registration records with a registration date prior to July 1, 2025. Together there are 1,248 records, of which election officials approved 273 (21.9%).

Election officials approved 288 records with a registration date on or after to July 1, 2025. There are 494 rejected registration records with a registration date on or after July 1, 2025 or are missing a registration date. Together there are 782 records, of which election officials approved 288 (36.8%).

# 8. Repeated VRG-26 Notice to an Approved Registrant

There is evidence that approved registrants who provide election officials with satisfactory proof of citizenship may be subject to the New-Voter Citizenship Crosscheck Requirement if they re-register at a later date and do not update their BMV citizenship status. There is one record in LWVI000438 of an individual who election officials approved with a Print_Date of 7/16/2025 and is in an Incomplete status with a later print date of 1/9/2026. These two records also differ on the Residence_Address, suggesting a re-registration due to a change of address.

# 9. Failure to Respond to VRG-26 Notice Does Not Establish Noncitizenship

Of the 2,602 records where election officials completed the proof of citizenship process, election officials cancelled 981 and rejected 644 registrations because registrants did not provide satisfactory proof of citizenship within the 30-day reply deadline. These represent 62.5% of the registrants to whom election officials sent a VRG-26 notice and reached a citizenship determination.

The failure of an individual to respond to a VRG-26 notice within 30 days does not necessarily indicate that the individual is not a United States citizen.

Indiana's law is that the clock starts upon receipt: "If the individual does not provide proof of citizenship within thirty (30) days of *receiving* a VRG-26 notice, the county voter registration official shall reject the individual's voter registration application" (2026 IVRG p.29, emphasis added).

Election officials are instructed to send VRG-26 notices in most cases by "USPS first class mail" (VRG 58.3, p.3). USPS does not notify a sender when first class mail is received by recipients.[26] The proper approach to determine if a VRG-26 notice is received by the intended individual is through certified mail, which even then provides only a record of the person who signed for receipt of the notice.

Why this matters is that there are clear classes of people who may not receive a VRG-26 notice in a timely manner, most notably people who are traveling away from their Indiana residence, such as deployed military, students, hospitalized, and other people traveling. These absent individuals may be denied their voting rights as United States citizens because they did not receive a notice in a timely manner.

Postmaster General Louis DeJoy warns regarding the delivery of mail ballots that "election officials in multiple states report receiving anywhere from dozens to hundreds of ballots 10 or more days after postmark."[27]

Naturalized and derived citizenship registrants may not have ready access to their citizenship documents, creating further delays.

Furthermore, naturalized citizens are particularly vulnerable to receive but not understand the significance of a VRG-26 notice. The United States Census Bureau reports in the 2024 American

---

[26] See: https://pe.usps.com/text/dmm300/507.htm

[27] See: https://www.nass.org/sites/default/files/NASS%20Letters/9.11.24%20NASS_NASED%20Letter%20to%20US%20Postmaster%20DeJoy.pdf

Community Survey that 9.1 million of naturalized U.S. citizens speak English less than "very well".[28]

Thus, there are legitimate reasons beyond the control of naturalized or derived citizens as to why they may not receive and be able to respond to a VRG-26 notice in the time period proscribed in Indiana law.

# 10. Conclusion

Indiana law requires proof of citizenship for voter registrants who were potentially matched to a BMV temporary credential holder record as of July 1, 2025 (VRG 58.3, p.2).

This requires an additional voter registration step for a specific class of people: naturalized and derived citizens who obtained an Indiana driver's license or other credential before they were naturalized or acquired citizenship. This requirement cannot apply to any U.S.-born citizen, or to a naturalized or derived citizen who never obtained an Indiana BMV temporary credential.

Indiana law requires naturalized and derived citizens who obtained a BMV temporary credential to respond to a notice "within thirty (30) days of *receiving* a VRG-26 notice, [or] the county voter registration official shall reject the individual's voter registration application" (2026 IVRG p.29, emphasis added).

Where election officials completed the VRG-26 notice procedures, 977 (37.5%) of VRG-26 notice recipients provided election officials with satisfactory proof of citizenship.

Election officials cannot know when an individual receives a VRG-26 notice and if they respond in a timely manner. The United States Postmaster General specially warns that election material is reported to take up to ten days to transit the postal system. Individuals may reasonably be away from their Indiana residence, such as deployed military, students, hospitalized, and other people traveling.

If a registrant provides satisfactory proof of citizenship, but does not update their BMV citizenship status, election officials may issue another VRG-26 notice if the individual re-registers to vote.

---

[28] See: https://data.census.gov/table/ACSDT1Y2023.B16008

# Dr. Michael P. McDonald

Professor, University of Florida
Department of Political Science
222 Anderson Hall
P.O. Box 117325
Gainesville, FL 32611

Office:       352-273-2371
Fax:          352-392-8127
Email:        michael.mcdonald@ufl.edu

## Education

Post-Doctoral Fellow. Harvard University. August 1998 – August 1999.
Ph.D. Political Science. University of California, San Diego. February, 1999.
BS Economics. California Institute of Technology. June, 1989.

## Awards

Union of Concerned Scientists. 2022. Defender of Democracy.

Florida. League of Women Voters. 2022. King Democracy Award.

University of Florida Term Professorship. 2019-2020.

Brown Democracy Medal, McCourtney Institute for Democracy at Penn State University. 2018. Positive impact on democracy for the Public Mapping Project.

Tides Pizzigati Prize. 2013. Public interest software for DistrictBuilder.

Strata Innovation Award. 2012. Data Used for Social Impact for DistrictBuilder.

American Political Science Association, Information and Technology Politics Section. 2012. Software of the Year for DistrictBuilder.

*Politico*. 2011. Top Ten Political Innovations for DistrictBuilder.

GovFresh. 2011. 2nd Place, Best Use of Open Source for DistrictBuilder.

Virginia Senate. 2010. Commendation for Virginia Redistricting Competition.

American Political Science Association, Information and Technology Politics Section. 2009. Software of the Year for BARD.

# Publications

*Books*

Michael P. McDonald. 2022. *From Pandemic to Insurrection: Voting in the 2020 Presidential Election*. Berlin, Germany: De Gruyter.

Michael P. McDonald and Micah Altman. 2018. *The Public Mapping Project: How Public Participation Can Revolutionize Redistricting*. Ithaca, NY: Cornell University Press.

Michael P. McDonald and John Samples, eds. 2006. *The Marketplace of Democracy: Electoral Competition and American Politics*.  Washington DC: Brookings Press.

Micah Altman, Jeff Gill, and Michael P. McDonald. 2003. *Numerical Issues in Statistical Computing for the Social Scientist*.  Hoboken, NJ: Wiley and Sons.

*Peer-Reviewed Articles*

Maxwell Clarke, Michael P. McDonald, and Daniel A. Smith. Forthcoming. "Florida's Democracy Deserts: Patterns of Contestation and Cancellation of Florida Local Elections." *Election Law Journal*.  https://doi.org/10.1177/15331296251378357

Elena Puzikova and Michael P. McDonald. 2025. "No Home, No Voter Registration: A Case Study of Homeless Registration in Wake County, North Carolina." *Journal of Election Administration Research and Practice* 4(2) 52-65.

Amos, Brian, Steven Gerontakis, and Michael McDonald. 2024. "United States Precinct Boundaries and Statewide Partisan Election Results." *Scientific Data* 11, 1173. https://doi.org/10.1038/s41597-024-04024-2

Michael P. McDonald, Enrijeta Shino, Daniel Smith, Payton Lussier, and Danielle Dietz. 2024. "Campus Voting During the COVID-19 Pandemic." *American Politics Research*. Online First. https://doi.org/10.1177/1532673X241230

Michael P. McDonald, Juliana K. Mucci, Enrijeta Shino, and Daniel A. Smith. 2023. "Mail Voting and Voter Turnout." *Election Law Journal* 23(1): 1-18. https://doi.org/10.1089/elj.2022.0078.

Alejandro Trelles, Micah Altman, Eric Magar, and Michael P. McDonald. 2023. "No Accountability without Transparency and Consistency: Evaluating Mexico's Redistricting-by-Formula." *Election Law Journal* 22(1): 80-99.

Matthew DeBell, Jon A. Krosnick, Katie Gera, David Yeager, and Michael McDonald. 2020. "The Turnout Gap in Surveys: Explanations and Solutions." *Sociological Methods and Research* 49(4):1133-1162. doi:10.1177/0049124118769085.

Brian Amos and Michael P. McDonald. 2020. "A Method to Audit the Assignment of Voters to Districts." *Political Analysis* 28(3): 356-71.

Enrijeta Shino, Michael Martinez, Michael P. McDonald, and Daniel Smith. 2020. "Verifying Voter Registration Records: Part of Special Symposium on Election Sciences." *American Politics Research* 48(6): 677-81.

Tyler Culberson, Suzanne Robbins, and Michael P. McDonald. 2019. "Small Donors in Congressional Elections." *American Politics Research* 47(5): 970-99.

Micah Altman and Michael P. McDonald. 2017. "Redistricting by Formula: The Case of Ohio." *American Politics Research* 46(1): 103-31.

Micah Altman, Eric Magar, Michael P. McDonald, and Alejandro Trelles. 2017. "Measuring Partisan Bias in a Multi-Party Setting: the Case of Mexico." *Political Geography* 57(1): 1-12.

Brian Amos, Michael P. McDonald, and Russell Watkins. 2017. "When Boundaries Collide: Constructing a Database of Election and Census Data." *Public Opinion Quarterly* 81(S1): 385-400.

Trelles, Alejandro, Micah Altman, Eric Magar, and Michael P. McDonald. 2016. "Datos abiertos, transparencia y redistritación en México." *Política y Gobierno* 23(2): 331-364.

Michael P. McDonald. 2014. "Calculating Presidential Vote for Legislative Districts." *State Politics and Policy Quarterly* 14(2): 196-204.

Micah Altman and Michael P. McDonald. 2014. "Public Participation GIS: The Case of Redistricting." *Proceedings of the 47th Annual Hawaii International Conference on System Sciences*, Computer Society Press.

Michael P. McDonald and Caroline Tolbert. 2012. "Perceptions vs. Actual Exposure to Electoral Competition and Political Participation." *Public Opinion Quarterly* 76(3): 538-54.

Michael P. McDonald and Matthew Thornburg. 2012. "Interview Mode Effects: The Case of Supplementing Exit Polls with Early Voter Phone Surveys." *Public Opinion Quarterly* 76(2): 326-63.

Micah Altman and Michael P. McDonald. 2011. "BARD: Better Automated Redistricting." *Journal of Statistical Software* 42(5): 1-28.

Michael P. McDonald. 2011. "The 2010 Election: Signs and Portents for Redistricting." *PS: Political Science and Politics* 44(2): 311-15.

Richard Engstrom and Michael P. McDonald. 2011. "The Political Scientist as Expert Witness." *PS: Political Science and Politics* 44(2): 285-89.

Michael P. McDonald. 2008. "Portable Voter Registration." *Political Behavior* 30(4): 491–501.

Michael P. McDonald and Justin Levitt. 2008. "Seeing Double Voting: An Extension of the Birthday Problem." *Election Law Journal* 7(2): 111-22.

Michael P. McDonald. 2007. "The True Electorate: A Cross-Validation of Voter File and Election Poll Demographics." *Public Opinion Quarterly* 71(4): 588-602.

Michael P. McDonald. 2007. "Regulating Redistricting." *PS: Political Science and Politics* 40(4): 675-9.

Micah Altman, Jeff Gill, and Michael P. McDonald. 2007. "Accuracy: Tools for Accurate and Reliable Statistical Computing." *Journal of Statistical Software* 21(1).

David Lublin and Michael P. McDonald. 2006. "Is It Time to Draw the Line? The Impact of Redistricting on Competition in State House Elections." *Election Law Journal* 5(2): 144-57.

Michael P. McDonald. 2006. "Drawing the Line on District Competition." *PS: Political Science and Politics* 39(1): 91-94.

Michael P. McDonald. 2006. "Re-Drawing the Line on District Competition." *PS: Political Science and Politics* 39(1): 99-102.

Micah Altman, Karin MacDonald, and Michael P. McDonald. 2005. "From Crayons to Computers: The Evolution of Computer Use in Redistricting." *Social Science Computing Review* 23(2): 334-46.

Michael P. McDonald. 2004. "A Comparative Analysis of U.S. State Redistricting Institutions." *State Politics and Policy Quarterly* 4(4): 371-96.

Michael P. McDonald. 2003. "On the Over-Report Bias of the National Election Study." *Political Analysis* 11(2): 180-86.

Micah Altman and Michael P. McDonald. 2003. "Replication with Attention to Numerical Accuracy." *Political Analysis* 11(3): 302-7.

Michael P. McDonald. 2002. "The Turnout Rate among Eligible Voters for U.S. States, 1980-2000." *State Politics and Policy Quarterly* 2(2): 199-212.

Michael P. McDonald and Samuel Popkin. 2001. "The Myth of the Vanishing Voter." *American Political Science Review* 95(4): 963-74. Reprinted 2006 in *Classic Ideas and Current Issues in American Government*, Bose and DiIulio, eds.

Micah Altman and Michael P. McDonald. 2001. "Choosing Reliable Statistical Software." *PS: Political Science and Politics*. 43(3): 681-7.

Bernard Grofman, William Koetzel, Michael P. McDonald, and Thomas Brunell. 2000. "A New Look at Ticket Splitting: The Comparative Midpoints Model." *Journal of Politics* 62(1): 24-50.

Samuel Kernell and Michael P. McDonald. 1999. "Congress and America's Political Development: Political Strategy and the Transformation of the Post Office from Patronage to Service." *American Journal of Political Science* 43(3): 792-811.

***Law Review Articles***

Michael P. McDonald. 2019-2020. "The Predominance Test: A Judicially Manageable Compactness Standard for Redistricting." *Yale Law Review*, *Forum* 129.

Micah Altman and Michael P. McDonald. 2013. "A Half-Century of Virginia Redistricting Battles: Shifting from Rural Malapportionment to Voting Rights and Participation." *University of Richmond Law Review* 47: 771-831.

Micah Altman and Michael P. McDonald. 2012. "Redistricting Principles for the 21st Century." *Case Western Law Review* 62(4): 1179-1204.

Michael P. McDonald and Matthew Thornburg. 2010. "Registering the Youth: Preregistration Programs." *New York University Journal of Legislation and Public Policy* 13(3): 551-72.

Micah Altman and Michael P. McDonald. 2010. "The Promise and Perils of Computers in Redistricting." *Duke J. Constitutional Law and Public Policy* 5: 69-112.

Justin Levitt and Michael P. McDonald. 2007. "Taking the 'Re' out of Redistricting: State Constitutional Provisions on Redistricting Timing." *Georgetown Law Review* 95(4): 1247-86.

***Peer-Reviewed Book Chapters***

Michael P. McDonald. 2014. "Contextual Income Inequality and Political Behavior." in *Political Trust and Disenchantment with Politics: Comparative Perspectives from around the Globe*, Christina Eder, Ingvill Mochmann, Markus Quandt eds. Leiden, Netherlands: Brill Publishers.

Michael P. McDonald. 2010. "Income Inequality and Participation in the United States." in *United in Diversity? Comparing Social Models in European and America*, Jens Alber and Neil Gilbert, eds. New York, NY: Oxford University Press.

Michael P. McDonald. 2008. "Redistricting and the Decline of Competitive Congressional Districts." in *Mobilizing Democracy: A Comparative Perspective on Institutional Barriers and Political Obstacles*, Margaret Levi, James Johnson, Jack Knight, and Susan Stokes, eds. New York, NY: Russell Sage Publications.

Michael P. McDonald. 2008. "Reforming Redistricting." in *Democracy in the States: Experiments in Elections Reform*, Bruce Cain, Todd Donovan, and Caroline Tolbert, eds. Washington, DC: Brookings Press.

Michael P. McDonald. 2006. "Who's Covered? Section 4 Coverage Formula and Bailout" in *The Future of the Voting Rights Act*, David Epstein, Richard H. Pildes, Rodolfo O. de la Garza, and Sharyn O'Halloran, eds. New York, NY: Russell Sage Publications.

Micah Altman, Jeff Gill, and Michael P. McDonald. 2004. "A Comparison of the Numerical Properties of EI Methods" in *Ecological Inference: New Methods and Strategies*, Gary King, Ori Rosen, and Martin Tanner, eds. New York, NY: Cambridge University Press.

### *Contributing Book Editor*

Michael P. McDonald, data editor, for Rich Cohen, et al. 2023 *The Almanac of American Politics*. National Journal: Washington, DC.

### *Non-Peer-Reviewed Book Chapters*

Altman, Micah and Michael P. McDonald. Forthcoming. "Electoral Data in the U.S. --Uses, Operations, Requirements, and Vulnerabilities. In Michael Ritter (ed.), *Rising Above Conspiracy: Understanding Elections, Election Administration, and Democracy in America and Abroad in the 2020s*. De Gruyter.

Michael P. McDonald, Caroline Tolbert, and Kellen Gracey. 2026. "Are Partisans Akin to Sports Fans? Competition, Perception of. Competition, and Mobilizing Participation," in *Reconsidering Parties and Partisanship*, Jeremy Pope and Chris Karpowitz, eds. Ann Arbor, MI: University of Michigan Press.

Michael P. McDonald. 2020. "Redistricting and Differential Privacy." In *2020 Census Data Products: Data Needs and Privacy Considerations: Proceedings of a Workshop*. Washington, DC: The National Academies Press. https://doi.org/10.17226/25978.

Michael P. McDonald. 2018. "Challenges and Opportunities in Collecting Election Administration Data" in *The Palgrave Handbook of Survey Research*, David L. Vannette and Jon A. Krosnick, eds. New York, NY: Palgrave MacMillan.

Michael P. McDonald. 2018. "History and Promise and Blending Survey Data with Government Records on Turnout" in *The Palgrave Handbook of Survey Research*, David L. Vannette and Jon A. Krosnick, eds. New York, NY: Palgrave MacMillan.

Micah Altman and Michael P. McDonald. 2015. "Redistricting and Polarization" in *American Gridlock: The Sources, Character, and Impact of Political Polarization*, James Thurber and Antonie Yoshinaka, eds. Cambridge.

Micah Altman and Michael P. McDonald. 2015. "Florida Congressional Redistricting." *Jigsaw Politics in the Sunshine State*, Seth McKee, ed. Gainesville, FL: University Press of Florida.

Michael P. McDonald. 2013. "State Legislative Districting." *Guide to State Politics and Policy*, Richard Niemi and Joshua Dyck, eds. Washington, DC: CQ Press.

Michael P. McDonald. 2013. "Democracy in American Elections" in *Imperfect Democracies: The Democracy Deficit in Canada and the United States*, Richard Simeon and Patti Lenard, eds. Vancouver, BC: University of British Columbia Press.

Micah Altman and Michael P. McDonald. 2012. "Technology for Public Participation in Redistricting" in *Redistricting in the West*, Gary Moncrief, ed. Lanham, MD: Lexington Press.

Michael P. McDonald and Thomas Schaller. 2011. "Voter Mobilization in the 2008 Presidential Election" in *The Change Election: Money, Mobilization and Persuasion in the 2008 Federal Elections*, David Magleby, ed. Philadelphia, PA: Temple University Press. (previously published as a Pew Charitable Trusts monograph).

Michael P. McDonald. 2011. "Congressional Redistricting" in *Oxford Handbook of Congress*, Frances Lee and Eric Schickler, eds. Cambridge, UK: Oxford University Press.

Michael P. McDonald. 2011. "Voter Turnout: Eligibility Has Its Benefits" in *Controversies in Voting Behavior*, 2nd Edition, Richard G. Niemi, Herbert F. Weisberg, and David Kimball, eds. Washington, DC: CQ Press.

Michael P. McDonald. 2010. "In Support of Non-Partisan Redistricting." in *Debating Reform: Conflicting Perspectives on How to Mend American Government and Politics*, Richard Ellis and Mike Nelson, eds. Washington, DC: Congressional Quarterly Press.

Michael P. McDonald. 2010. "American Voter Turnout in Historical Perspective." in *Oxford Handbook of American Elections and Political Behavior*, Jan Leighley, ed. Cambridge, UK: Oxford University Press.

Michael P. McDonald. 2009. "Mechanical Effects of Duverger's Law in the USA." in *Duverger's Law of Plurality Voting: The Logic of Party Competition in Canada, India, the United Kingdom and the United States*, Bernard Grofman, André Blais and Shaun Bowler, eds. New York, NY: Springer.

Michael P. McDonald. 2008. "United States Redistricting: A Comparative Look at the 50 States." in *Redistricting in Comparative Perspective*, Lisa Handley and Bernard Grofman, eds. Oxford, U.K.: Oxford University Press.

Michael P. McDonald and Matthew Thornburg. 2008. "State and Local Redistricting" in *Political Encyclopedia of U.S. States and Regions*, Donald Haider-Markel, ed. New York, NY: MTM Publishing.

Michael P. McDonald. 2006. "Redistricting and District Competition" in *The Marketplace of Democracy*, Michael P. McDonald and John Samples, eds. Washington, DC: Brookings Press.

Micah Altman, Karin Mac Donald, and Michael P. McDonald. 2005. "Pushbutton Gerrymanders? How Computing Has Changed Redistricting" in *Party Lines: Competition, Partisanship and Congressional Redistricting*, Bruce Cain and Thomas Mann, eds. Washington, DC: Brookings Press.

Bruce Cain, Karin Mac Donald, and Michael P. McDonald. 2005. "From Equality to Fairness: The Path of Political Reform Since Baker v Carr" in *Party Lines: Competition, Partisanship*

*and Congressional Redistricting*, Bruce Cain and Thomas Mann, eds.  Washington, DC: Brookings Press.

Michael P. McDonald. 2005. "Validity, Data Sources" in *Encyclopedia of Social Measurement, Vol. 3.*  Kimberly Kempf-Leonard, ed. San Deigo, CA: Elsevier Inc.

Michael P. McDonald. 2005. "Reporting Bias" in *Polling in America: An Encyclopedia of Public Opinion*. Benjamin Radcliff and Samuel Best, eds.  Westport, CT: Greenwood Press.

### *Other Non-Peer Reviewed Academic Publications (Book Reviews, Invited Articles, etc.)*

Michael P. McDonald and Thessalia Merivaki. 2015. "Voter Participation in Presidential Nomination Contests." *The Forum* 13(4).

Michael P. McDonald. 2011. "Redistricting Developments of the Last Decade—and What's on the Table in This One." *Election Law Journal* 10(3): 313-318.

Michael P. McDonald and Chrisopher Z. Mooney. 2011. "'Pracademics': Mixing an Academic Career with Practical Politics." *PS: Political Science and Politics* 44(2): 251-53.

Michael P. McDonald. 2011. "Voter Turnout in the 2010 Midterm Election." *The Forum* 8(4).

Michael P. McDonald. 2011. "*Redistricting: The Most Political Activity in America* by Charles S. Bullock III (book review)." *American Review of Politics* (Fall 2010/Spring 2011).

Michael P. McDonald. 2009. "'A Magnificent Catastrophe' Retold by Edward Larson (book review)." *The Election Law Journal* 8(3): 234-47.

Michael P. McDonald. 2008. "The Return of the Voter: Voter Turnout in the 2008 Presidential Election." *The Forum* 6(4).

Michael P. McDonald. 2006. "American Voter Turnout: An Institutional Perspective by David Hill (book review)." *Political Science Quarterly* 121(3): 516-7.

Michael P. McDonald. 2006. "Rocking the House: Competition and Turnout in the 2006 Midterm Election." *The Forum* 4(3).

Micah Altman and Michael P. McDonald. 2006. "How to Set a Random Clock (Remarks on Earnest 2006)." *PS: Political Science and Politics* 39(4): 795.

Michael P. McDonald. 2004. "Up, Up, and Away!  Turnout in the 2004 Presidential Election."  *The Forum* 2(4).

Michael P. McDonald. 2004. "Drawing the Line on the 2004 Congressional Elections." *Legislative Studies Section Newsletter* (Fall): 14-18.

Michael P. McDonald. 2004. "2001: A Redistricting Odyssey." *State Politics and Policy* Quarterly 4(4): 369-370.

Micah Altman and Michael P. McDonald. 1999. "Resources for Testing and Enhancement of Statistical Software" in *The Political Methodologist* 9(1).

Michael P. McDonald. 1999. "Representational Theories of the Polarization of the House of Representatives" in *Legislative Studies Section Newsletter, Extension of Remarks* 22(2): 8-10.

Michael P. McDonald. 2003. "California Recall Voting: Nuggets of California Gold for Political Behavior." The *Forum* 1(4).

### *Reports*

Michael P. McDonald. 2009. "Voter Preregistration Programs." Fairfax, VA: George Mason University.

Michael P. McDonald. 2009. *Midwest Mapping Project*. Fairfax, VA: George Mason University.

Michael P. McDonald and Matthew Thornburg. 2008. "The 2008 Virginia Election Administration Survey." Fairfax, VA: George Mason University.

Kimball Brace and Michael P. McDonald. 2005. "Report to the Election Assistance Commission on the Election Day Survey." Sept. 27, 2005.

### *Opinion Editorials*

Sharon Austin, Michael McDonald and Daniel Smith. "We work for the people of Florida. That's why we can't let the University of Florida silence us on a voting rights law." *The Washington Post*. Nov. 3, 2021.

Michael P. McDonald. 2020. "Trump and polarization drove record turnout. So did mail voting, which should be universal." *USA Today*. Online: Nov. 4, 2020. Print: Nov. 6, 2020, p. 7A.

Michael P. McDonald. 2020. "Record-setting early votes helped Democrats pinpoint others likely to support Biden." *Washington Post*. Nov. 3, 2020.

Michael P. McDonald. 2020. "Trump Will Drive Extraordinary Voter Turnout in 2020—If States Can Get It Together." *Newsweek*. May 20, 2020.

Michael P. McDonald. 2019. "Let 16-year-olds vote for L.A. school board." *Los Angeles Times*. May 8, 2019.

Michael P. McDonald. 2018. "I agree with Donald Trump, we should have voter ID. Here's how and why." *USA Today*. Jan. 15, 2018.

Michael P. McDonald. 2017. "The Russians are hacking. Luckily the Trump voter fraud commission isn't in charge." *USA Today*. Sept. 23, 2017.

Michael P. McDonald. 2016. "Better Hope the Election is Not Close." *USA Today*. Nov. 2, 2016.

Michael P. McDonald. 2016. "Blame Government for Voting Crisis." *USA Today*. March 24, 2016.

Michael P. McDonald, Peter Licari and Lia Merivaki. 2015. "The Big Cost of Using Big Data in Elections." *The Washington Post*. Oct. 18, 2015.

Michael P. McDonald 2013. "Truths and Uncertainties that Surround the 2014 Midterms." *The Hill*. November 5, 2013.

Michael P. McDonald. 2011. "The Shape of Things to Come: New Software May Help the Public Have a Crucial Redrawing of Voting Districts." *Sojouners*. April 2011: 11-12.

Micah Altman and Michael P. McDonald. 2011. "Computers: Redistricting Super Hero or Evil Mastermind?" *Campaigns and Elections Magazine*. January 2011.

Michael P. McDonald. 2010. "Who Voted in 2010, and Why It Matters for 2012." *AOL News*. Nov. 4, 2010.

Michael P. McDonald and Seth McKee. "The Revenge of the Moderates." *The Politico*. Oct. 10, 2010.

Michael P. McDonald and Micah Altman. 2010. "Pulling Back the Curtain on Redistricting." *The Washington Post*. July 9, 2010.

Michael P. McDonald. 2008. "This May Be the Election of the Century." *The Politico*. Sept. 9, 2008.

Michael P. McDonald. 2008. "Super Tuesday Turned into a Super Flop." *Roll Call*. Feb. 11, 2008.

Michael P. McDonald. 2006. "5 Myths About Turning Out the Vote." *The Washington Post*. Oct. 29, 2006, p. B3.

Michael P. McDonald. 2006. "Supreme Court Lets the Politicians Run Wild." *Roll Call*. June 29, 2006.

Michael P. McDonald. 2006. "Re-Redistricting Redux." *The American Prospect*. March 6, 2006.

Michael P. McDonald and Kimball Brace. "EAC Survey Sheds Light on Election Administration." *Roll Call*. Oct. 27, 2005.

Michael P. McDonald. 2004. "The Numbers Prove that 2004 May Signal More Voter Interest." *Milwaukee Journal Sentinel*. Milwaukee, WI.

Michael P. McDonald. 2004. "Democracy in America?" *La Vanguardia*. Barcelona, Spain.

Michael P. McDonald. 2003. "Enhancing Democracy in Virginia." *Connection Newspapers*. March 24.

Michael P. McDonald. 2001. "Piecing Together the Illinois Redistricting Puzzle." *Illinois Issues*. March, 2001.

Samuel Popkin and Michael P. McDonald. 2000. "Turnout's Not as Bad as You Think." *The Washington Post*. Nov. 5: B-1.

Samuel Popkin and Michael P. McDonald. 1998. "Who Votes? A Comparison of NES, CPS, and VNS Polls." *Democratic Leadership Council Bluebook*. Sept., 1998.

### *Data and Software Packages*

Brian Amos, Steve Gerontakis, and Michael P. McDonald. Precinct boundaries and election results. Available at: https://dataverse.harvard.edu/dataverse/electionscience

Micah Altman, Michael P. McDonald, and Azavea. 2012. "DistrictBuilder." Open source software to enable public participation in redistricting. Source code available at Github. Project website, http://www.districtbuilder.org.

Micah Altman and Michael P. McDonald. 2007. "BARD: Better Automated Redistricting." R package available through CRAN. Source code available at Sourceforge.

Micah Altman, Jeff Gill, and Michael P. McDonald. 2004. "Accuracy: Tools for testing and improving accuracy of statistical results." R package available through CRAN.

# Grants and Contracts

Local Election Data Collection. ($300,000). Houston Endowment. Three-year renewal of Houston Endowment grant to collect local election data.

Dow Jones Corporation. ($10,000). Provided 2022 election data for analysis by the *Wall Street Journal*.

Local Election Data Collection Pilot Study. ($83,000). Houston Endowment. Explored the feasibility of collecting local election data to compare Houston MSA turnout to other MSAs.

Columbia Books. ($12,000). Produced data and maps for inclusion in the *2022 Almanac of American Politics*.

Gainesville City Commission. ($40,000). 2021-2022. Held public hearings and assisted city in drawing city commission districts.

Florida League of Women Voters. ($20,000). 2021-2022. Produced report on potential constitutional infirmities of adopted state legislative districts.

Rejected Mail Ballots. ($4,720). Andrew Goodman Foundation. Analysis of rejected mail ballots within selected states during the 2020 general election.

Election Data Administrative Data Research Facility. ($843,000) Alfred P. Sloan Foundation grant to collect precinct election results and boundary data and to upgrade DistrictBuilder software.

Virginia Election Data. ($6,500) Produced election data for *The Washington Post*'s 2019 Virginia state elections coverage.

Audit of Assignment of Virginia Registered Voters to Districts. ($154,000). Work for the Virginia Department of Elections to audit the assignment of registered voters to districts.

National Voter File. ($125,000) Alfred P. Sloan Foundation grant to pilot the collection of a national voter file for academic and non-partisan purposes.

Pilot Study for Election Data Administrative Data Research Facility. ($125,000) Alfred P. Sloan Foundation grant to collect precinct election results and boundary data and to upgrade DistrictBuilder software.

Improving Integrity of Voter File Addresses. ($20,000) Colorado Secretary of State support to develop methods to improve voter file addresses.

Fabricating Precinct Boundaries. ($17,000). MIT Election Science and Data Lab support to explore fabricating precinct boundaries from geocoded voter files.

UF Informatics Post-Doc Top-Off Award. 2017. ($16,000). Funding from the UF Informatics Institute to provide additional post-doc funding in support of Hewlett Foundation grant.

U.S. Election Project. 2016. ($50,000). Hewlett Foundation support for U.S. Election Project Activities.

UF Informatics Institute Seed Fund Award. 2016. ($48,000). Project funded by the UF Informatics Institute to explore the reliability of Florida's voter registration file.

Election Forum. 2016. ($20,000). Project funded by the Pew Charitable Trusts for an election forum held at the University of Florida.

Survey of Voter File Accessibility. 2016. ($1,650). Contract from the Institute for Money in State Politics to survey costs and accessibility of states' voter files.

<u>Florida Election Reform.</u> 2015. ($13,000). Project funded by Democracy Fund for an election reform forum held in Tallahassee, FL. Pew Charitable Trusts independently provided travel support for some speakers.

<u>New York Redistricting.</u> 2011. ($379,000). Project funded by the Sloan Foundation to provide for public redistricting in New York and continued software development.

<u>Citizen Redistricting Education, Software Supplemental.</u> 2011. ($50,000). Project funded by Joyce Foundation to provide continued redistricting software development for use by advocacy groups in six Midwestern states.

<u>National Redistricting Reform Coordination.</u> 2009-10. ($100,000). With Thomas Mann and Norman Ornstein. Project funded by Joyce Foundation to support coordination of national redistricting reform efforts by the Brookings Institution and the American Enterprise Institute.

<u>Citizen Mapping Project.</u> 2009-10. ($124,000 & $98,000). With Micah Altman, Thomas Mann, and Norman Ornstein. Project funded by the Alfred P. Sloan Foundation. An award to George Mason University enables development of software that, essentially, permits on-line redistricting through commonly used internet mapping programs. A second award to the Brookings Institution and American Enterprise Institute provides organizational support, including the convening of an advisory board.

<u>Citizen Redistricting Education.</u> 2010. ($104,000). Project funded by the Joyce Foundation. Provides for redistricting education forums in five Midwestern state capitals in 2010 and other continuing education efforts.

<u>Pre-Registration Programs.</u> 2008-9. ($86,000). Project funded by the Pew Charitable Trusts' Make Voting Work Initiative to examine pre-registration programs (voter registration for persons under age 18) in Florida and Hawaii.

<u>Sound Redistricting Reform.</u> 2006-9. ($405,000). Project funded by the Joyce Foundation, conducted jointly with the Brennan Center for Justice at NYU to investigate impacts of redistricting reform in Midwestern states.

<u>Electoral Competition Project.</u> 2005-6. ($200,000). Project funded by The Armstrong Foundation, the Carnegie Corporation of New York, the JEHT Foundation, The Joyce Foundation, The Kerr Foundation, Inc., and anonymous donors. Jointly conducted by the Brookings Institution and Cato Institute to investigate the state of electoral competition in the United States.

<u>George Mason University Provost Summer Research Grant.</u> 2004. ($5,000).

<u>ICPSR Data Document Initiative.</u> 1999. Awarded beta test grant. Member, advisory committee on creation of electronic codebook standards.

# Academic Experience

*Courses Taught:* Election Data Science (graduate and undergraduate), Election Law and Voting Rights, Public Opinion and Voting Behavior, Parties and Campaigns (graduate and undergraduate), Comparative Electoral Institutions, Introduction to American Politics, American Politics Graduate Field Seminar, Congress, Legislative Politics, Research Methods (undergraduate), Advanced Research Methods (graduate), Freshman Seminar: Topics in Race and Gender Policies, and Legislative Staff Internship Program.

University of Florida

- Professor. June 2020 – Present.
- Associate Professor. August 2014 – June 2020.

George Mason University

- Associate Professor. May 2007 – May, 2014.
- Assistant Professor. Aug 2002 – May, 2007.

The Brookings Institution

- Non-Resident Senior Fellow. January 2006 – June 2016.
- Visiting Fellow.  June 2004 – December 2006.

University of Illinois, Springfield. Assistant Professor. Aug 2000 – June 2002. Joint appointment in Political Studies Department and Legislative Studies Center.

Vanderbilt University. Assistant Professor. Aug 1999 – Aug 2000.

Harvard-MIT Data Center. Post-Doctoral Research Fellow. Sept. 1998 – Aug 1999. Developed Virtual Data Center, a web-based data sharing system for academics.  Maintained Record of American Democracy (U.S. precinct-level election data).

University of California-San Diego

- Assistant to the Director for University of California, Washington DC program. Sept 1997 – June 1998.
- Instructor for research methods seminar for UCSD Washington interns.
- Visiting Assistant Professor. Spring Quarter 1997.
- Visiting Assistant Professor. Summer Session, Aug 1996 and Aug 1997.
- Teaching Assistant/Grader. Aug 1991 – March 1997.

# Professional Service

- *National Academy of Sciences,* Member, Program Committee for "Workshop on 2020 Census Data Products: Data Needs and Privacy Considerations." 2019-2021.
- *Election Science Reform and Administration Conference.* 2020. Lead conference organizer.
- *Non-Profit Voter Engagement Network,* Member, Advisory Board.  2007 – present.
- *National States Geographic Information Council - Geo-Enabled Elections,* Member, Circle of Advisors. 2018 – 2022.
- *Election Sciences Conference-in-a-conference at the 207 Southern Political Science Association Conference.* Organizer. 2016.
- *Overseas Vote Foundation*, Member, Advisory Board.  2005 – 2013.
- *National Capital Area Political Science Association,* Member, Council, 2010 – 2012.
- *State Politics and Policy Quarterly*, Editorial Board Member 2004-2011.
- *Virginia Public Access Project*, Member, Board of Directors.  2004 – 2006.
- *Fairfax County School Board Adult and Community Education Advisory Committee*, Member.  2004 – 2005.
- *State Politics and Policy Quarterly*, Guest Editor.  Dec 2004 issue.

# Related Professional Experience

<u>Media Consultant</u>

- Edison Media Research/Mitofsky International. Nov. 2022; Nov. 2020; Nov. 2018; Nov. 2004; Nov. 2006; Feb. 2008; Nov. 2008. Worked national exit polling organization's Decision Desk.
- Associated Press. Nov. 2016 and Nov. 2010. Worked Decision Desk.
- ABC News.  Nov. 2002.  Worked Decision Desk.
- NBC News. Aug 1996.  Analyzed polls during the Republican National Convention.

<u>Redistricting/Elections Consultant.</u>

- *DSCC v. Trump,* 1:26-cv-01114-CJN (D. DC)
- *Virginia Coalition for Immigrant Rights, et al.* v. *Sean Beals*, Case No. 1:24-cv-01778 (PTG/WBP) (E.D. Va 2026)
- *Georgia Coalition for the Peoples' Agenda, Inc. et al.* v. *Brad Raffensperger*, 347 F. Supp. 3d 1251, 1263-64 (N.D. Ga. 2018); Civil Action No. 1:18-cv-04727-ELR, Dkt. No. 241 (N.D. Ga. Apr. 11, 2024).
- *Mi Familia Vota and Voto Latino* v. *Hobbs, et al.* And Consolidated Cases. Case No. 2:22-cv-00509-SRB (Lead Case) (D. Ariz.).
- *Our City Action Buffalo, Inc.*, et al. v. *Common Council of the City of Buffalo*, et al. 2022. Index No. 812652/2022.
- Independent Map Drawer. Ohio Redistricting Commission. 2022. Drew Ohio state legislative districts for Ohio Redistricting Commission, as ordered by Ohio Supreme Court.

- Expert Witness. 2021-2022. *Florida Rising* v. *Lee*. Case No. 4:21-cv-201-MW-MJF (N.D. FL)
- Consultant. 2022. New Jersey Congressional Redistricting Commission.
- Expert Witness. 2018-2021. *Georgia Coalition for the Peoples' Agenda, Inc. et. al v. Kemp*. No. 1:18-cv-04727-ELR (N.D. Ga.).
- Expert Witness. *League of Women Voters of South Carolina v. Marci Andino*. Case No. 2:20-cv-03537-JMC (South Carolina).
- Expert Witness. 2020. *Georgia Association of Latino Elected Officials* v. *Gwinnett County Board of Registration and Elections*. No. 1:20-cv-1587-WMR (N.D. Ga.).
- Expert Witness. 2019. *Fair Fight Action, Inc. et al. v. Brad Raffensperger* No. 1:18-CV-5391-SCJ (N.D. Ga.).
- Consultant. 2019. Virginia Division of Elections. Audited the assignment of registered voters to districts.
- Expert Witness. 2018. *Martin v. Kemp*. Civil Action No. 1:18-cv-04776-LMM.
- Expert Witness. 2018. *Georgia Coalition for the Peoples' Agenda, Inc. v. Kemp*. Civil Action No. 1:18-cv-04727-ELR.
- Expert Witness. 2018. *Common Cause Indiana v. Lawson*. Case No. 1:17-cv-3936-TWP-MPB (Indiana).
- Expert Witness. 2017-18. *Benisek v. Lamone*. Case No. 13-cv-3233 (Maryland).
- Expert Witness. 2016-2017. *Vesilind v. Virginia State Board of Elections*. Case No. CL15003886 (Virginia).
- Expert Witness. 2016-2017. *Fish v. Kobach*. Case No. 2:16-cv-02105 (Kansas).
- Expert Witness. 2016. *Arizona Libertarian Party v. Reagan*. Case No.: 2:16-cv-01019-DGC (Arizona).
- Expert Witness. 2016. *Georgia State Conf. of the NAACP, et al. v. Brian* Kemp. Case No. 2:16-cv-00219-WCO (Georgia).
- Consultant. Federal Voting Assistance Program. 2014-2015. Analyzed voting experience of military and overseas voters.
- Expert Witness. 2013-2014. *Page v. Virginia State Board of Elections*. No. 3:13-cv-678 (E.D.VA).
- Expert Witness. 2013-2014. *Delgado v. Galvin*. (D. MA).
- Beaumont Independent School District. 2013. Prepared response to DOJ data request.
- Federal Voting Assistance Program. 2012-13. Analyzed voting experience of military and overseas voters.
- Gerson Lehrman Group. 2012. Provided election analysis to corporate clients.
- Expert Witness. 2011-2012. *Backus* v. *South Carolina*. No. 3:11-cv-03120 (D.S.C.).
- Expert Witness. 2012. *Wilson* v. *Kasich*. No. 2012-0019 (Ohio Sup. Ct.).
- Consulting Expert. 2011-2012. Bondurant, Mixson, and Elmore, LLP. (Review of Georgia's state legislative and congressional redistricting Section 5 submission).
- Consultant. 2012. New Jersey Congressional Redistricting Commission.
- Expert Witness. 2011. *Perez v. Texas*. No. 5:11-cv-00360 (W.D. Tex.).
- Expert Witness. 2011. *Wilson v. Fallin*. No. O-109652 (Okla. Sup. Ct.).
- Consultant. 2011. United States Federal Voting Assistance Program.

- Consultant. 2011. Virginia Governor's Independent Bipartisan Advisory Redistricting Commission.
- Consultant. 2011. New Jersey State Legislative Redistricting Commission.
- Expert Witness. 2010. *Healey v. State, et al.* C.A. No. 10-316--S (USDC-RI).
- Research Triangle Institute. 2008-2009. Consultant for Election Assistance Commission, 2008 Election Day Survey.
- U.S. State Department. 2008. Briefed visiting foreign nationals on U.S. elections.
- Expert Witness. 2008. *League of Women Voters of Florida v. Browning* (08-21243-CV-ALTONAGA/BROWN)
- Pew Center for the States. 2007. Consultant for Trends to Watch project.
- Expert Witness. 2007. *Washington Association of Churches v. Reed* (CV06-0726).
- Electoral Assistance Commission. 2005. Analyzed election administration surveys.
- Arizona Independent Redistricting Commission. 2001-2003. Consultant.
- Expert Witness. 2003. *Minority Coalition for Fair Redistricting, et al. v. Arizona Independent Redistricting Commission* CV2002-004380 (2003).
- Expert Witness. 2003. *Rodriguez v. Pataki* 308 F. Supp. 2d 346 (S.D.N.Y 2004).
- Consulting Expert. 2002. *O'Lear v. Miller* No. 222 F. Supp. 2d 850 (E.D. Mich.).
- Expert Witness. 2001-2002. *In Re 2001 Redistricting Cases* (Case No. S-10504).
- Expert Witness. 2001. *United States v. Upper San Gabriel Valley Municipal Water District* (C.D. Cal. 2000).
- California State Assembly. 1991. Consultant.
- Pactech Data and Research. Research Associate. Aug 1989 - June 1991.

Campaign/Political Consultant.

- Ron Christian for Virginia State Senate.  June – November, 2003.
- Theresa Martinez for Virginia House of Delegates. May, 2003.
- Senior Consultant. California State Assembly. Nov. – Dec 1998.
- California Assembly Democrats. June – November 1998.
- Susan Davis & Howard Wayne for CA State Assembly '96. 1996.
- Intern. June – Sept 1995. UC-San Diego, Science and Technology Policy and Projects.

Polling Consultant.

- Hickman-Brown.  July, 2000.  Analyzed national and state level exit and CPS polls for use in various campaigns. Analyzed surveys for congressional, state, and local political campaigns.
- Decision Research. Aug 1994 – Dec 1994. Conducted and analyzes surveys for congressional and statewide campaigns.
- Speaker Jose de Venecia of the Philippines. Feb, 1997.
- Joong-Ang Ilbo/RAND. Oct, 1996. Analyzed survey of Korean attitudes on national security issues.
- UCSD.  Nov. 1991. Conducted and analyzed survey of student attitudes.