UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:25-cv-02150-MPB-MJD |
| DIEGO MORALES, et al., | ) ) | |
| Defendants. | ) ) | |

**MINUTE ENTRY FOR MAY 13, 2026
IN-PERSON PRETRIAL CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for an in-person Pretrial Conference.  The parties discussed the pending motion for preliminary injunction.  [Dkt. 84.]  Following a discussion with the parties, the Court hereby orders as follows:

1. Counsel for Plaintiffs shall immediately (by no later than **May 14, 2026**) provide counsel for Defendants with all contact information in their possession (address, telephone numbers, email addresses, etc.) for the individuals whose declarations were submitted in support of Plaintiffs' motion for preliminary injunction:  Beatrix Hilde Shelby, Luciana Indiana Lugado Victoriano, Carola Susanne Clark, Ariadna Rubi Tejeda Sánchez, and Dr. Michael P. McDonald.  Unless and until counsel for Defendants is informed that one or more of the above-named individuals is represented by counsel, counsel for Defendants are authorized to contact those

individuals for the purpose of discussing the testimony set forth in their declarations and scheduling their depositions.  Those depositions shall be completed on or before **June 5, 2026**.

2. On or before **May 22, 2026**, Plaintiffs shall provide to counsel for Defendants the complete report of Dr. Michael P. McDonald as required by Fed. R. Civ. P. 26(a)(2)(B) relating to any opinions being offered by Dr. McDonald relating to Plaintiffs' motion for preliminary injunction.

3. On or before **June 5, 2026**, Defendants shall provide to counsel for Plaintiffs the complete report as required by Fed. R. Civ. P. 26(a)(2)(B) regarding the opinions of any expert witness being offered by Defendants relating to Plaintiffs' motion for preliminary injunction.  Defendants shall immediately make such expert available for deposition, and any deposition of such expert witness shall be completed on or before **June 15, 2026**.

4. All other discovery relating to Plaintiff's motion for preliminary injunction shall be completed on or before **June 5, 2026**.  Non-party subpoenas served pursuant to this order shall be deemed to have arisen out of a bona fide emergency as that term is used in Local Rule 45-1.  Notwithstanding the provisions of Local Rule 30-1(d), any depositions conducted pursuant to this order may be scheduled on no less than three (3) business days notice.

5. Defendants shall file any response to Plaintiffs' motion for preliminary injunction on or before **June 15, 2026**.

6. Plaintiffs shall file any reply in support of the motion for preliminary injunction on or before **June 22, 2026**.

7.  No evidentiary hearing was requested with regard to Plaintiffs' motion for preliminary

injunction.  Any party seeking oral argument on Plaintiffs' motion for preliminary

injunction should file a motion pursuant to Local Rule 7-5(a) as soon as possible.

SO ORDERED.

Dated:  13 MAY 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.