UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LEAGUE OF WOMEN VOTERS OF INDIANA,   )
et al.,                              )
                                     )
            Plaintiffs,              )
                                     )
      v.                             )      No. 1:25-cv-02150-MPB-MJD
                                     )
DIEGO MORALES, et al.,               )
                                     )
            Defendants.              )

**MINUTE ENTRY FOR MAY 28, 2026**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference.  The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Wednesday, June 24, 2026 at 12:00 p.m. (Eastern)** to discuss case status, as well as the parties' Supplemental Joint Report on the Status of Discovery, **which is now due June 22, 2026**.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  28 MAY 2026          _____
                             Mark J. Dinsmore
                             United States Magistrate Judge
                             Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.