**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | Case No. 1:25-cv-02150-MPB-MJD |
| MORALES et al, | ) ) | |
| Defendants. | ) ) | |

**EXHIBIT INDEX**

| Exhibit No. | Pages | Description |
|---|---|---|
| 1 | 47 | Excerpt of transcript of deposition of Melissa Borja. |
| 2 | 24 | Excerpt of transcript of deposition of Linda Hanson. |
| 3 | 36 | Excerpt of transcript of deposition of Julia Vaughn. |
| 4 | 14 | Excerpt of transcript of deposition of Rachel VanTyle. |
| 5 | 10 | Excerpt of transcript of deposition of Lucinda Victoriano |
| 6 | 11 | Excerpt of transcript of deposition of Ariadna Sanchez |
| 7 | 10 | Excerpt of transcript of deposition of Beatrix Shelby |
| 8 | 2 | Declaration of Kegan Prentice. |

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

Date: June 17, 2026       By:       */s/ John E. Oberdorf*
                                            John E. Oberdorf

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: 317-232-6217 (Oberdorf)
Facsimile: (317) 232-7979
E-mail: John.Oberdorf@atg.in.gov

1

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2026, I transmitted via electronic mail a copy of the foregoing to all parties, c/o their respective counsel.

By:    */s/ John E. Oberdorf*
John E. Oberdorf
Deputy Attorney General
Attorney No. 37951-49

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: 317-232-6217 (Oberdorf)
Facsimile: (317) 232-7979
E-mail: John.Oberdorf@atg.in.gov