Melissa Borja

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CAUSE NO. 1:25-cv-02150-MPB-MJD

LEAGUE OF WOMEN VOTERS )
OF INDIANA, et al., )
)
    Plaintiffs, )
)
    -vs- )
)
MORALES, et al., )
)
    Defendants. )


The deposition upon oral examination of 3O (b)(6) witness, MELISSA BORJA, a witness produced and sworn before me, Karon Voloski Brown, a Notary Public in and for the County of Boone, State of Indiana, taken on behalf of the Defendants, at the offices of Indiana Attorney General s Office, 302 West Washington Street, 5th Floor, Indianapolis, Indiana, on the 14th day of May 2026, pursuant to the Indiana Rules of Trial Procedure.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.



Melissa Borja

the in-person outreach?

A   We anticipate those people being our own members, so people who are already actively involved with HAAP, and possibly new volunteers we recruit to do this work.

Q   Okay.  Will the members that participate be paid?  Will they also be volunteering?

A   Everyone will be volunteers, with the exception of the individuals we are going to hire as temp labor to help coordinate the volunteers --

Q   Okay.

A   -- which is how we had run things in 2024.

Q   And how many temporary workers do you anticipate hiring?

A   Probably two interns, and possibly one or two temporary workers to run the phone banks and text banks.

Q   And so are those full time, part time?  How many hours do they work?

A   They are part time.  And the interns we expect to work a hundred or 200 hours over the course of several months.  I would estimate the same for the temporary workers.  They would probably work a shorter period of time, but a larger number of hours within that time than the

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

interns.

Q    How much do you anticipate paying the paid employees?

A    We anticipate paying the interns between 2 and $5,000 dollars.  This is contingent on the availability of grant funding, the same for our temporary workers.

Q    Okay.

A    That was roughly what we had spent in 2024.  Although some -- one temporary worker received more because she had done more work.  But the highest sum was about $7,000 dollars.

Q    Thank you.
     You mentioned creating materials.  What sort of materials will you be creating?

A    Is this in the context of voter education?

Q    Voter education, voter mobilization, voter protection, yes.

A    So we have created a set of documents educating people about how to vote, and specifically the new laws, and how to comply with them.  And we created an English version and we've also created translations of those English documents so that English document has been translated into ten other languages.  So that is one type

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

of voter education material we intend to create. We also may create something similar to the candidate questionnaire that we had created in 2024 and 2022.  And as needs arise, if other questions emerge about how to vote, we may produce other materials.

Q    Okay.  Do you have to pay for the translations?

A    Yes.

Q    And what is that?  What does that cost look like?

A    About $500 per translation.  Although, I think it can be variable.

Q    Are you able to secure any additional funding or grants to help with that, or is that just coming out of sort of the general funding they receive?

A    We applied for a grant to do that work.

Q    Okay.  Have you been granted that?  Or have you just applied for it?

A    We have been granted it.  And we may incorporate some of the in-language translation effort in other grants that we will apply for in the coming months.

Q    And the information comes from a number of sources.  Who sort of writes out the specific language that's used for those documents that's

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

then translated?

A   I have written a lot of the documents.  I have been the author of most of the voter education material about the new laws.  That's true for this document -- these documents.

Q   Gotcha.  And while we're on that, how many documents do you expect to distribute?  And I'm not asking for how many copies, but how many separate documents?

A   At present, I think we will distribute eleven sets of documents.  So there is the English document and then there's the document in Spanish.

Q   Oh, okay.

A   Arabic.  That is how I'm answering your question.  So I guess it's really eleven separate documents in eleven different languages with the same content.

Q   Okay.  So the content is the same across as eleven, so it's one document that's been written in eleven different languages?

A   Correct.

Q   Okay.  Okay.  And do you have an idea of how many copies you're going to print of that for physical printing?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Melissa Borja

A    I don't.

Q    And do you have like a specific printer that you use?  Do you know how much that cost?

A    I don't know how much it costs.  But we anticipate needing to budget substantially for printing costs.

Q    Do you have -- what's your -- I guess I'll ask this.  What's your anticipated budget for printing costs?

A    Several thousands.

Q    When you say several, do you mean closer to like three, five, seven?  Roughly?

A    I'm not sure.  Knowing how much things cost, I think those numbers that you just shared were feasible.

Q    And how else is that document distributed besides print?

A    So we have only begun to distribute the documents.  They have just been translated and completed very recently.  So we have not done a lot of distribution yet because we've been working on the translation.

Q    Okay.

A    So far they have been distributed primarily in the form of a QR code it a Google drive where

LEXITAS™

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

Melissa Borja

people can see the different documents in different languages.  So we have shared that with community partners that are working with us around different issues, approximately 50 other community organizations in Indiana have received that link to our translated documents.  We anticipate sharing it on our website, sharing it on social media, and sharing it in print form through our in-person events and through our community network.

Q   **And is your community network, is that other organizations, the ones, for instance, that you mentioned Common Cause and Count US IN, so on, does that include anything else besides those other organizations?**

A   Are you asking what types of networks?  Could you describe the question again?

Q   **Yeah.  So, for instance, who else besides those organizations will receive printed copies to distribute?**

A   So, we intend to share the printed copies with other Asian Americans serving organizations in Indiana.  That could include community organizations like a mutual aid group or community center or faith-based institution.

855-204-8184   Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com   Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

We have also shared it with organizations that collaborate us around immigration issues, democracy issues.  So those are the types of coalitions through which we've shared our resource.

Q    Okay.  Where is HAAP located, like physically?

A    We do not have a physical office.

Q    And do you do events throughout the entire state, or do you focus on certain parts of the state?

A    We are statewide organization.  And a lot of our events are online.  So people from all around the state will attend our events.  Most of our in-person events have been in the Monroe County and Marion County, Hamilton County areas.

Q    And how are those online events hosted?

A    On Zoom.

Q    Do you pay for a Zoom company?

A    Yes.

Q    Do you know how much that cost?

A    I don't, off the top of my head.

Q    I assume so you pay for a Zoom subscription, you don't have to pay per event?

A    No.

Q    So I want to talk to you about the Challenged

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

Statutes.  What is your understanding of the two Challenged Statutes that are at issue in this case?

A    Do you want me to describe in plain language what the Challenged Statutes involve?

Q    Please.

A    So House Enrolled Act 1264, as I understand it, requires an individual who is a current voter to provide additional documentary proof of citizenship, if that individual is identified -- is "flagged" (indicating quotes) by election officials.  And, as I understand it, people who are naturalized citizens who had used a temporary credential issued to them by the Bureau of Motor Vehicles are at higher risk for being able to -- for being flagged in the system, as identified as noncitizens by the state, potential noncitizens.

Q    Okay.

A    And, as I understand it, an individual who's flagged by the system needs to provide documentary proof of citizenship within a set number of days.  And if they do not -- they do not do so, then they will be removed from the voter roles.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

Q    Okay.  And the other statute?

A    House Enrolled Act 1680, as I understand it -- and this affects people who are registering to vote.  So they need to provide additional proof of citizenship, documentary proof of citizenship, excuse me, of in the similar thing happens, but at the point when they are registering to vote and not if they are a current voter.

Q    Thank you.

     And so what specific activities has HAAP conducted in response to those statutes?

A    We have been very active in responding to both laws, but especially the one that affects current voters.  So we have been producing materials, educating community members about the new laws, about how they have impacted voters in other states, and how to comply with you the law.  So what to do, step by step.  If they receive a letter in the mail from the clerk, how to provide documentary proof of citizenship, what types of documents to provide, and the consequences of failure to do so.  And we have provided information about how to get help if they have any problems.  So we've referred them

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

to the voter protection hotline --

Q    Okay.

A    -- and encourage them to reach out to our organization if they need additional help.

Q    And does this guidance, as we discussed before, sort of, is the information in this guidance sourced from other organizations and sort of community experience that comes to HAAP?

A    It is sourced from news media reports.  It is sourced from organizations that provide general guidance on how to vote lawfully.  And it is informed by questions we are getting from community members.

Q    Okay.  When did HAAP start publicly sort of responding to these Challenged Statutes through the activities that you just described?  When did that process start?

A    We were aware of 1264 even before it was passed, and have been talking to community members about it as early as February, March 2024.  We do mention the question of documentary proof of citizenship in our voter education materials in 2024, but our more robust efforts to educate the public happened in 2025 when the laws -- when people began to receive letters in the mail.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

Q    Okay.  And so if someone receives a letter in their mail under the Challenged Statutes and contact HAAP, what does HAAP do with that?

A    The first thing I would do, if I were to receive a phone call like that or an email like that, is I would give them the document we've already prepared, which breaks down step by step what people should do to comply with the law.

I would also refer them to the voter protection hotline to help them get more support, if they need it.

Q    So what was the cost of creating the guidance that has been produced and is being distributed in response to 1264?

A    The cost, do you mean financial or time or both?

Q    Both.

A    So it's hard to estimate a total cost because we've been working on this issue for a long time.  But it has taken substantial amount of time to produce the in-language resources that I just described, the 11 -- the document translating the eleven languages.  So I would estimate, in terms of time, that my co-chair, Maria, has spent at minimum 50 hours of her time to work on that.  That does not count the time

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

that other volunteers might have contributed to helping make that project happen, that she was the lead on that.  That's an estimate I know.  And that project cost $10,000 dollars.

Q    Okay.

A    In terms of reducing other material, voter education material, like the material for our presentation I made in November 2025, that presentation alone took 20, 25 hours to make.  And then there's the labor, of course, of presenting it over and over again.  So it's hard to estimate the total number of hours that we as an organization have spent responding to the laws.  But those are just two examples that I can offer about the time cost.

And then there's the financial cost, of course.  I mentioned the $10,000-dollar grant.  And then some of our voter education, mobilization protection work also -- in 2024 also responded to the new laws, and so that their portion of that as well that was directed towards addressing the new laws.

Q    Thank you.

I wanted to jump back a second.  So you mentioned it took substantial time to produce

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

the translated materials.  And you say you're co-chair.  What's her name, by the way?

A    Maria Douglas is the other co-chair of HAAP.

Q    And you said she put in about 50 hours on that?

A    At minimum.

Q    But the translations were a service that you paid for; right?

A    Correct.  Correct.

Q    And so she wasn't translating those?

A    That is correct.

Q    What was she doing there?

A    She was writing up the grant application. She was creating a plan for the translation. She was coordinating with the graphic designer. She was hunting for the translators.  She was answering the translator's questions.  She was developing a plan for distribution.  She was developing designs for updating our website so that it could accommodate the materials.  She was reaching out to community organizations to arrange for teach-ins and presentations where we could share these materials.  These are just a few things.  And, like I said earlier, the distribution efforts.

Q    You mentioned a graphic designer.  Do you have a

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

specific graphic designer that you use?

A    Yes.

Q    And what's sort of their cost in terms of financial cost?

A    The graphic designer we use is Komal Sheth.  And I approximate her cost was $2,000 dollars.

Q    And has that already been paid to her?

A    Yeah.

Q    Does she design your other distribution documents, guidance for other efforts that you make?

A    She has designed other documents for us, yes.

Q    So you mentioned that your co-chair applied for a grant to help with producing that guidance and then translating it.  Did you receive that grant?

A    We did, yes.

Q    And how much was the grant for?

A    $10,000 dollars.

Q    And who was that from?

A    Indiana Voices.

Q    Okay.  The presentation you created, I think you sort of said earlier that you made that presentation, or presented, I should say, many times.  Do you have an idea of how many times

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

that's been presented?

A    I've done myself, personally, probably three presentations just about those -- just using that slide deck that I created.  But the content of those slides, some of it was condensed and included in other educational events that we had for community members that were reaching the same target audience.

Q    Okay.  And what specific organizations or communities or groups had that presentation been presented to?

A    So we presented it to the general public.  And we had participants coming from different community groups throughout Indiana that are involved with serving different immigrant communities and are committed to voter engagement.

    We have also in one presentation, shared this resource with other organizations that care about voting rights and civil rights.  Yeah.

Q    Okay.  Thank you.

    And so have any of those -- have you had to -- for lack of a better word, employ any additional volunteers to assist with that work?

A    What does "that work" mean?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

Q    What we described, so distributing that information and making those presentations and presenting those.

A    Yeah.  We have had to involve other volunteers in our organization to make sure that when they are doing their work they are mentioning these details about the new voter laws and sharing our educational resources about them.

Q    And so have you -- how many new volunteers would you think you've employed?

A    I would say four or five new volunteers.  I've been involved with incorporating information about the Challenged Statutes into their -- their programming.

Q    Okay.  And how many contacts have you received from people who have had an issue registering to vote under these Challenged Statutes?

A    Nobody has reached out directly to tell us that they have had a problem registering to vote because of the new laws.

Q    Okay.  Has anyone been referred to HAAP who was assisted by a different organization who had an issue with the Challenged Statutes, or has that come to HAAP a different way?

A    No.  Though we have often -- it says directly in

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

our voter education materials, not necessarily to contact -- we encourage people to contact us, but we say, first and foremost, contact the voter protection hotline.

Q  **How much time do you think has been spent in retraining volunteers and employees in responding to these statutes?**

A  Again, it's difficult to make an estimate of how much time we've spent trying to teach our volunteers about these new laws, since the new laws were enacted in March of 2024.  But we do incorporate educating our members and training them about how to respond to these new laws at basically every meeting we have.  We mention it in every training we have when we prepare volunteers to phone bank.  So it's part of everything we do.

Q  **Okay.  And so when you train -- I'm just sort of getting granular with this.  So when you train volunteers to participate in the phone bank, do you train them on sort of a whole swath of issues including sort of the issues that they have with the Challenged Statutes?  Do those trainings include a lot of other material?  Is what I'm asking.**

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

A    It includes some other material.  We have not yet had a phone bank since 1264 and 1680 were in effect.  So I expect that in 2026 we will allocate a lot more time when we train our phone bank volunteers to address any questions that relate to those laws, compared to 2024, which was the last time we had phone banks.

**Q    What other topics do you present in those trainings?**

A    How to respond if somebody doesn't know when voting hours are, or how to find a polling location, or what to do if they are -- their right to vote is challenged and who to contact.

**Q    And if somebody's right to vote is challenged, who do you tell them to contact?**

A    We tell them to contact the voter protection hotline.

**Q    In 2024, do you recall receiving any direct contact from people who said I'm having some sort of issue voting?**

A    I do, yes.

**Q    Was it once or twice, more than ten times?  How many, roughly, would you say?**

A    I can only speak for myself, because I don't know what the other one hundred volunteers heard

855-204-8184
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

when they were making their calls.  But I will say I encountered questions about how to vote, at least three or four times, questions about the process of voting.

Q    **And, if I remember correctly, HAAP was able to contact about 4,000 voters in the last election cycle?**

A    Correct.

MR. OBERDORF:  We're about an hour in.  It might be time for a five-minute break.

(At this time there was a brief recess taken, after which the following proceedings were had:)

BY MR. OBERDORF:

Q    **So I want to continue talking about the document that HAAP produced in response to these statutes that's being distributed to the public.**

A    In multiple languages?

Q    **Yes.**

A    That document, okay.

Q    **So how long is that document?**

A    The definition of document is kind of interesting here.  The total, eight pages that we've created for double-sided sheets, sometimes we splice it out into individual documents

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

because they relate to different themes.  So there's information about other things that are part of the document that if we have an event that's more related to being a constitutional observer, then that's not something we'll distribute when we're doing just a voter education event.

So it's total an eight-page thing of which four pages relate directly to voting.

Q   Okay.

A   And on occasion we extract pieces from that eight-page document.

Q   Oh, okay.

A   I want to be very specific.  Because documents -- it means different things in different context, but only good to documents.

Q   **The document that they're talking about, the eight-page document that is guidance that is issued to the public; correct?**

A   Yes.

Q   **Okay.  And four pages of that document are about voting?**

A   Correct.

Q   **What part of those four pages are about the Challenged Statutes?**

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

A    Two of the four pages.

Q    **Okay.  So it's a two-page part of the document is it about the Challenged Statutes?**

A    Correct.

Q    **And so that includes what?  Is it like just a description of statutes?  Does it include additionally guidance?  What's included in that?**

A    One page is a description of the Challenged Statutes, and one page is a step-by-step guide for what to do if you receive a letter in the mail saying that you need to provide additional proof of citizenship.

Q    **And so who ultimately wrote that part of the document?**

A    Maria used a lot of the material that I had created in November, so I would describe it as shared authorship.

Q    **And so what you created in November, was that largely from news sources and information you got from other organizations?**

A    It was information we got from other organizations and news sources, yes.

Q    **Okay.  Was it something a matter of copying and pasting?  Or did you have to rework entirely sort of -- what role did you play in that**

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

information getting on the page?

A  I read the information, I synthesized it.  I translated it into plain language, highlighting major ideas.  I identified the key points, and then I presented it in a way that would be accessible to a broad public.

Q  **Okay.  And how long did that take you?**

A  Approximately -- to create the slides alone?  Approximately 20, 25 hours of labor.

Q  **Okay.  I'm sorry?  So --**

A  Researching and reading and writing it.

Q  **So you said slides.**

A  Uh-huh.

Q  **Is this document a PowerPoint presentation?  The document that was translated into other languages, I thought that was a --**

A  So there are several documents that we're discussing here; right?  The presentation I made in November involved a lot of research and writing.  That is the slide deck to which I'm referring.  That research and writing that I presented in the form of a slide deck, and also internally prepared notes for, that was the foundation for the information that we are sharing with the public through the publicly

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

distributed eight-page document that we were discussing earlier that's being translated into many languages.

Q    **So the eight-page document is not in a PowerPoint format?**

A    Correct.

Q    **It's in like a Word or --**

A    Pdf.

Q    **Pdf.  But, presumably, that started either with a Word document or something like that?**

A    I don't know if my co-chair created a Word document with that content first, but perhaps maybe designed it first in Canva, and then worked with the designer on that.  I don't know.

Q    **Okay.  So you created the slide show; correct?**

A    Correct.

Q    **Did you then sort of distill your slide show into the wording that made its way into the two pages that are about the Challenged Statutes, or who did that?**

A    Maria took the material I created and distilled it into the two-page document, in collaboration with the graphic designer, Komal Sheth.

Q    **Okay.  So the actual typing of the words of that document and its design sort of happened at the**

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

same time?

A   I don't know the order in which those activities took place.  I don't know.

Q   Okay.  And do you know how long it took Maria and Komal to present a finished product to you?

A   I don't know.  I do know that she spent probably 50 hours on the project overall of which a portion of that labor, of that time was the labor of producing the initial document that we're discussing now, and then a portion of which is labor dedicated to coordination with the translators.

Q   And coordination with the translators, is that especially reaching out to the translator, saying, can you translate this --

A   Correct.

Q   -- and send the document?

A   Uh-huh.

Q   And so how much of her 50 hours do you think was spent communicating with the translators?

A   I don't know.

Q   Do you know how did you communicate with the translators?

A   Like the means of communication?

Q   Yes.  Yes.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

color, I chose only to print about a dozen or so copies.  Our documents, I should mention, are in color.  They are beautifully designed.  So it is expensive to print them because they are in color.

Q    Have you ever printed noncolor?

A    Yes.

Q    Okay.  And what's the cost of printing not in color, by comparison?

A    I can't remember what the cost was most recently.  It was less, but it was still more than we expected, yeah.

Q    Do you have a ballpark figure?

A    A dollar, maybe 75 cents at FedEx, around there.

Q    Have you only used FedEx?

A    We've only used FedEx.

Q    What about stickers?  Do you use FedEx for stickers?

A    No.

Q    Who do you use for stickers?

A    We use a different vendor.  And I can't remember the name, off the top of my head.  But it's an online vendor.

Q    Okay.  And what's the cost for a sticker or however many you order?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

A    I don't remember, off the top of my head.  And it's variable, depending on how many you get.

**Q    For a large scale event, how many stickers would you bring to that event?**

A    Probably enough for everyone to have at least one.

**Q    So probably at least 75 to a hundred stickers?**

A    Yeah, yeah.  For a recent event I did, it was about $125 dollars for the same number of stickers.  I think a little bit more than a dollar per sticker.

**Q    And so across the board, whether a smaller event or a larger event, you aim for at least one sticker per an anticipated attendee?**

A    Yeah.

**Q    Are there any other materials that you typically distribute?**

A    We would distribute little cards with QR codes that give people information about how to vote and where to vote.  We would -- in 2024, we distributed brochures about our organization. We distributed candy because people, students stop by your table if you have candy.  Those are the things that I can remember at this point. Yeah.

LEXITAS

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

Melissa Borja

Q    And so do you have like a sense of the cost at one of those events for sort of all in the things that you distributed, whether it's candy or stickers, fliers, cards?

A    Yeah, a few hundred dollars to do a couple events, because you also need a table.  You need the table cloth.  Now I'm talking about tabling events.  Trying to think about the full range of in-person events we've had.  So, yeah, it would cost a few hundred dollars to have a successful season of tabling alone.  And that doesn't include the cost of the other in-person events, like the presentations and the big events that we've also been discussing.

Q    Okay.  So the tabling events are sort of separate from events where you are presenting information to a crowd of people that's paying attention to the presentation?

A    Yeah.  It's a different genre of public event.

Q    How many tabling events, roughly, have you done?

A    In 2024, we did maybe ten, nine, ten.

Q    And where are those events usually held?

A    At festivals, parks.  Sometimes community organizations will plan a big community festival, and will arrange for community groups

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

like ours to have a table.  And so then we will present our information to the public at that table.

**Q**  **So at a tabling event you're one of at least a few other --**

A  Correct.

**Q**  **-- organizations?**

A  Uh-huh.

**Q**  **How many volunteers or members do you typically staff for a tabling event?**

A  Three, two minimum, as many as four.

**Q**  **What would be the reason for having four versus two?**

A  The events can be all day, and so people will take shifts.

**Q**  **Okay.  And so you'll distribute things at tabling events.  What other activities are you doing at a tabling event?**

A  We are answering questions and having conversations with community members.  We are handing out candy.  That's the extent of it.  Engaging with people about our issues.

**Q**  **Okay.  And are most of those events in Monroe County or Marion County or Hamilton County?**

A  Most of them have been.  In 2024, we did some

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

events in Hamilton County and Tippecanoe County.

Q    **Tippecanoe County, okay.  How many do you recall in Tippecanoe County?**

A    We only did one in 2024 in Tippecanoe County.

Q    **Okay.  And so you have the cost of distributing, whether it's fliers, candy, so on.  And you'll staff a table of volunteers or members.  And obviously you'll have to get there, and so there's transportation cost.**

A    Uh-huh.

Q    **Do you have to pay for the table, or do you have to pay for the space at a tabling event?**

A    To my knowledge, none of our tabling events have required to us pay for the space.

Q    **Okay.  I want to step back to sort of the presentation events.**

A    Uh-huh.

Q    **Now, are those events that you'll host and you'll advertise for?**

A    (Indicating yes.)

Q    **Do you do that for every one of your events where you do a presentation?  Or are those sometimes hosted by someone else and they ask you to come and present?**

A    Both have happened.  Both have happened where we

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

are invited and some where we are the host.

Q    What's more typical?

A    For events that are online, we are typically the host -- or let me rephrase that.  We are typically the host for events that are online.  For events that are in person, we typically are the guest of another group.

Q    And so you mentioned -- the 12 events that you did in 2024, how many were on Zoom?

A    The 12 events that we did in 2024, actually were all in person.

Q    Okay.  So Zoom is separate from that?

A    Yeah.  We counted -- I don't think we did really many Zoom events in 2024 other than the phone banks.  The phone banks were online.

Q    Okay.  We'll circle back to that.

A    Okay.

Q    So, for the in-person events, the cost of bringing things to the event.  You mentioned refreshments.  What does that look like for prior events?

A    So, again, depends.  If we're talking about a big event that we are hosting, for example, in APIA heritage month event, at a gallery where we have 75 guests, the refreshment costs will be

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Melissa Borja

substantially higher than like a tabling event. So what do you want me to describe?

Q  For like a large-scale event, what sort of refreshments do you arrange for?

A  So for a large-scale event we will typically have catering from a local vendor, hors d'oeuvres, heavy hors d'oeuvres, and some cake.

Q  And I assume you estimate based on how many you anticipate showing up?

A  Right.

Q  And what is the cost?  What's the typical cost for that scale of event?

A  Yeah, I would say it can range -- food costs are higher now than they were when we started out. But I would say between 800 and $1500 dollars is what we have had for an event where we're serving hot hors d'oeuvres and some sweets for 75 people.

Q  And how long is one of those events?

A  Typically two, two hours or three hours.

Q  And do you typically stage that sort of event in the morning, in the afternoon, in the evening?

A  Usually the afternoon.  We've had a couple evening events.  I guess some have been half in the afternoon, half in the evening.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

it sounds like it's purely educational in the sense that they can't legally advise somebody how to respond if they are affected by the statute.  Is that a fair characterization?

A    I think that's fair, yes.

MR. OBERDORF:  Okay.  We're about an hour in if anyone needs to take a break we can now.

MS. HEYWARD:  Let's take a break.

(At this time there was a brief recess taken, after which the following proceedings were had:)

BY MR. OBERDORF:

Q    How has HAAP had to change its activities, based on the Challenged Statutes?

A    We have had to curtail a wide range of activities that are significant to our mission in order to make sure our community is able to comply with the law, that they understand the law.  So these activities include meaningful base-building work, coalition-building work with other organizations that serve Asian American Indiana, work that would expand our geographic reach, work that would engage youth voters, work related to advocacy around other issues that are core to our mission, work that allows us to do

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

general mobilization, voter protection -- mobilization, education protection work in relation to the recent primary election.  This is just the start.  So those activities were significantly reduced because of the energy and time we've had to expend to do the education around the Challenged Statutes.

Q    **I'm just going to sort of break these down.  So coalition building, what does that look like?**

A    In the fall of 2005, we envisioned a plan to involve more robust engagement with other community groups that serve Asian Americans.  So other community groups like Chin Community of Indiana, or the Asian American Alliance.  These are groups we've had relationships with in the past.  We had hoped that in 2026 we would be able to do a lot of coalition-building work with them to foster connection in greater collaboration around issues of shared concern.  That coalition-building work we had hoped would involve a series of online and in-person convenings where we could better understand each other's priorities and identify points where we could work together.  But we functionally had to shelve those plans because the work responding

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

to the new laws, voting laws, ended up taking up so much time.

Q   I want to talk about some of these organizations you mentioned.  You mentioned the Chin Community of Indiana.  Is that right?

A   Uh-huh.

Q   What is your relationship, HAAP's relationship with Chin Community of Indiana?

A   We know some individuals who are part of that organization.  We know that it's an important organization that serves our community.  It's a beginning relationship, but not a very well-developed one, hence our desire to deepen the relationship we have with that organization to do more collective work.

Q   And what kind of collective work?

A   Work, for example, to help people know about resources to support immigrants and new citizens, work to promote racial equity, work to promote general civic engagement.

Q   How long have you known of the Chin Community of Indiana?  Have they been around as long as HAAP has been?

A   I don't know how long Chin Community of Indiana has been around.  But I have known of them as

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

long as I have been living in Indiana, which is 2019.

Q    And, historically, has HAAP extended invitations to its events or events it's attending to members of Chin Community of Indiana, or the organization itself?

A    Yes.

Q    Have you attended the same events as Chin community as like fellow tables or anything like that?

A    I don't know if Chin Community of Indiana was present at one of the rallies we attended when we were at NAPAWF Indiana, but it is possible that they were at a rally there.  And it's possible that they have been at other events where we've had a presence.

Q    And so what's -- you mentioned that you were planning some events, some in-person, remote events.  When did that plan change?

A    We developed this plan and submitted it to share with some of our collaborators on October 31st, 2025.  And then when it became clear to us in November when we were doing education around the Challenged Statutes that a lot of people in our community do not understand the laws and what to

855-204-8184
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

do respond to them, then we decided to shift gears and focus our energy to what became clear to us was an urgent need.

Q   But you were aware of the statutes before that point?

A   Correct.

Q   What informed your sense that people didn't understand the statutes at that point as opposed to before?

A   Through two means:  The first was continued conversation with community members and leaders of other community organizations.  We'd ask them, you know, what do you know about these laws, and how they are impacting voters.  It became clear that not a lot of people were very aware of this change in laws and these new laws and how it might be affecting people.

The other moment for us was in November 2025 when we gave the webinar that I have been describing earlier.  And people shared when we had Q and A and were discussing this with people, that this information was very new to them.  The information that we shared in that presentation was very new to them.  And so that made clear to us that there was a knowledge gap

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

in our community that we needed to address.

**Q    Okay.   So when did you start sort of distributing and discussing the Challenged Statutes with your community?   And I mean this HAAP's community.   When did HAAP's sort of start educating people in the statutes?**

A    We were educating people as early as when the law was being debated in the legislature, so before it was even a law, when it was House Bill 1264 we were posting on social media about it. And when the 2024 election took place, we included mention of 1264 there, noting that at that time documentary proof of citizenship was not a requirement, but that law's been passed, and we wanted to anticipate questions related to that.

So we've been educating people about it to some degree for a long time, but not necessarily in a very intensive way that we started to do in late 2025 when it became very clear that this was an urgent need.

**Q    How did your approach change at that point in late 2025?**

A    It became clear we needed to do more direct outreach to community groups and go and seek

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

them and explain the laws and not just wait for them to come to us with questions, number one.

Number two, we realized that we needed to have resources that were more accessible to a broader public, so resources that explained the laws, their impact, and what it means to comply with the laws in a way that was plain language and in different languages.

Q    So what was your approach before then, before late 2025?  You mentioned you were already trying to educate people.  What did that look like before then?

A    It primarily took the form of us saying, if you run into a problem, if you get one of these letters in the mail and you have questions, run into a problem, please contact us and the voter protection hotline.

Q    Okay.

A    And some general guidance that was included in our FAQ.

Q    The general guidance would presumably include some description of what the statutes require, because otherwise people wouldn't understand what you're telling them?

A    It was fairly limited before the fall of 2025,

855-204-8184
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

though.  The level of detail increased substantially in the fall of 2025.

Q   **I assume the core elements before then at least included that that person would be flagged if they had the BMV temporary credential and that they would receive a notice, some combination of those elements?**

A   I don't think we were doing much.  We, as HAAP, were doing that much to provide very detailed information about how to comply with the laws until the fall of 2025.  We were sharing with our community partners, resources created by some of the groups that also care about this law.  But we did not create our own materials that were detailed and descriptive until the fall of 2025.

Q   **Okay.  And so then you got the sense that people need more education.  What was people's understanding at that time that made you -- I'm trying to get specific.  What sort of specific things had people brought to your attention that made you think that they just didn't understand what was going on?**

A   People would literally say things to me like I had no idea these laws existed and could impact

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

Q    Okay.

A    But we had had conversations with individual organizations at different points in time, but never about the creation of a network.

Q    Okay.  So this was a HAAP plan not a sort of co-organizational plan?

A    That's correct.

Q    You also mentioned increasing geographic reach. But HAAP is a state-wide organization; correct?

A    Uh-huh.

Q    And so is there a limit within Indiana in terms of what HAAP can do?

A    Yes.  But perhaps you could clarify what you mean by "limit."

Q    I guess I'm -- let me ask you this.  When you say increase in geographic reach, can you specifically explain to where?

A    Okay.  So we are a statewide organization, as you said.  The vast majority of our activities have focused on select counties where we have a critical mass of members.  Those counties are primarily Monroe County, Marion County, to a lesser degree Hamilton County, Tippecanoe County.

     We know, based on census data, that Allen

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

County has a very large population of Asian Americans. And it has long been an aspiration of ours to do more civic engagement work in Allen County, but that would require allocation of time and resources to do that. So that is not something we have been able to do yet.

Q **And so that wouldn't necessarily effect like your ability to contact people in Allen County by phone or text; correct? That would be more of a concern of being able to establish an in-person presence there?**

A Having finite resources affects both our ability to do outreach to voters in person and virtually. Because you still need resources to do the phone bank to count call voters in Allen County. So, even if that virtual phone bank doesn't involve traveling to Allen County, you still need a set of volunteers and a volunteer coordinator who might be temporary labor to make that virtual phone bank happen.

Q **Okay. And do you anticipate a change in terms of the scope of your phone bank activities, compared to 2024 to 2026? Do you anticipate a change?**

A We do, yes.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

Q    What kind of change?

A    I think we will do fewer phone banks.  And I think it will probably only cover the counties we've covered before, perhaps fewer counties.

Q    And I'm sorry.  I should have been more general here.  In addition to phone banks, you also mentioned text banks.  Do you anticipate sort of text banks?  My understanding was you anticipated that being a larger sort of portion of your contact compared to 2024.  Is that accurate?

A    Because we did zero text bank efforts in 2024.  So now we will do more than zero.

Q    Okay.  Understood.  What's the scope of text bank activities that you expect this year?

A    This is tentative.  We have planned for two or three text bank events.

Q    And what's your estimate of how many texts people can send during one of those text banks?

A    I don't know.  Because we've never done this before.

Q    And is that -- so how do you -- I guess, how do you know how to set up a text bank?  I assume you have received guidance from other organizations, or there's public available

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

        guidance on that?

A    Yes.

Q    And so did any of that guidance give you an idea
     of how many people will typically produce
     however many texts in a given time period?

A    So we have not had that training yet.

Q    Okay.  So you haven't been -- received that
     training?

A    Correct.

Q    Okay.  So, in terms of sort of the change of
     plan, I want to go back to a previous answer --
     I should say an answer to a previous question.
     But HAAP hasn't had anyone contact them and say
     I'm affected by the statute?

A    That's correct.

Q    So at that point what is the basis for a drastic
     change in plan?

A    We acknowledge that it is a sensitive issue that
     community members might be scared if they were
     to receive a letter in the mail related to these
     laws and uncomfortable discussing it with
     somebody they don't know.  So we are assuming
     that it is a lot to ask for a community member
     to reach out to a person they don't know at an
     organization, they don't know well.

855-204-8184
www.lexitaslegal.com    Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

So, this is why we have been investing energy in trying to do outreach directly to the community members we know who are most likely to be affected by these new laws.  And the drastic change in plan came, because when we really did more intentional outreach to try to teach community members about these laws, when those knowledge gaps became apparent in those efforts, that's when we decided to change the plans.

So the fact that that information became clear to us in mid-November, that's why we decided to change.

Q    **Okay.  Is it fair to say that the change in the allocation of resources is a response to the perception of a knowledge gap as opposed to any sort of a factual or anecdotal evidence of people being affected by the statute?**

A    We do know, and this was detailed in the webinar that I gave in November 2005, that when there were public events, reported news media about people receiving letters in the mail in Monroe County, that community members were very confused by what was happening.  Those public events happened in the summer of 2025.

So we already had a sense that there was

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

confusion and concern that we could play a role in addressing as early as the summer 2025.  But that need became more obvious to us through the process of having more engagement with our community.

**Q    Okay.  Other than curtailing the coalition building and increasing geographic reach, what other changes have you had to implement based on what happened in mid-November of last year?**

A    We have had a legislative session here in Indiana where we had fairly limited involvement, because we have been so focused on helping to educate the community in addressing these new statutes and working on our translation project.

Typically, we have been quite active during legislative session, hosting educational events where we teach people about proposed -- about bills being debated in the legislature and how they can respond.  We didn't do anything like that this year in 2026.  We had a pretty robust slate of activities around that in 2025.  That is one area where we curtailed our activities.

We have also been less involved in engaging new voters because of the statute.  So more presence on college campuses, we were more

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Melissa Borja

active on that front earlier, and have reduced our activities there as well.

Q    Okay.  Does anything else come to mind, as far as like categories of changes?

A    More base-building events that would firm up our engagement with our members.  I mean these are many things.  This question is a counterfactual question.  It's hard for me to imagine what we could have done otherwise.  But these are just a few examples of what we could have done.

Q    Okay.  That's understandable.  Okay.  So I want to kind of break these down.

So you mentioned you're pre-engaged in the 2025 legislative session.  What did that just look like specifically?

A    We educated people about laws being -- bills being debated in the legislature.  We had a series of online events, often co-hosted with other organizations, the company's democracy diva events, and people could hear a presentation about bills related to immigration, health, democracy.  Then we taught people skills in how to contact their legislators, how to write an opinion essay, or an op-ed, and how to give a testimony.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS