Linda Hanson

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LEAGUE OF WOMEN VOTERS        )
OF INDIANA, et al.,           )
          Plaintiffs,         )
                              ) CASE NO.
     v.                       ) 1:25-cv-02150-MPB-MJD
                              )
MORALES, et al.,              )
          Defendants.         )

     The deposition upon oral examination of

LINDA HANSON, a witness produced and sworn before me,

Deanne S. Hutson, a Notary Public in and for the

County of Marion, State of Indiana, taken on behalf

of the Defendants at the Indiana Attorney General's

Office, 302 West Washington Street, 5th Floor,

Indianapolis, Marion County, Indiana, at 9:10 a.m.

EDT on the 20th day of May, 2026, pursuant to the

Federal Rules of Civil Procedure.

855-204-8184
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.



Linda Hanson

I N D E X   O F   E X A M I N A T I O N

PAGE

DIRECT EXAMINATION............................    4
    Questions by John E. Oberdorf

CROSS-EXAMINATION............................   56
    Questions by Grace Thomas

REDIRECT EXAMINATION.........................   57
    Questions by John E. Oberdorf

I N D E X   O F   E X H I B I T S

PAGE

Defendant(s) Deposition(s) Exhibit(s):

1 - PowerPoint - New Voting Law and Their.....   27
    Impact on Indiana's Voters
    Wednesday, November 19, 7-8 pm

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

L I N D A   H A N S O N, having been first duly sworn or affirmed to tell the truth, the whole truth, and nothing but the truth related to said matter, was examined and testified as follows:

DIRECT EXAMINATION,

QUESTIONS BY MR. OBERDORF:

Q    **We are here today on the League of Women Voters, et al., versus Diego Morales, et al.  It is 9:10 a.m. on May 20th.**

**Just a few instructions before we get started.  I assume you've done a deposition before at some point?**

A    Yes.

Q    **So it'll be conversational.  I'll ask questions; you answer.  If there's something to object to, your attorney may object.  I will aim for us to take a break about once an hour, maybe an hour and 15 minutes if we're able to sort of get through more, and then when we're done, we're done.  Do you have any questions on that?**

A    No.

Q    **Easy enough.  So tell me about League of Women Voters of Indiana.**

A    That's a very open question.  The League of Women Voters of Indiana is part of the League of

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Linda Hanson

Women Voters of the United States.  The state league sits between the national league and the local leagues in Indiana.  It's essentially the board elected by affirmation at convention every two years.  What else would you like to know?

Q  **How many local leagues are there?**

A  24.

Q  **And are those all based in counties or are they --**

A  Pretty much, but they may be regions.  So, you know, the one in southwestern Indiana encompasses some around Evansville.

Q  **And what is the league's -- for clarity, I'm going to just refer to it as the league just to save us a lot of time here.**

A  That's fine.

Q  **What is the league's mission?**

A  The league's mission is to engage citizens as voters and to educate them.  So registration and getting out the vote.  A significant part has been since the league was founded over a hundred years ago, and the moment the suffragettes who had worked for the vote knew they were getting it, they said, oh, we have to make sure we educate everybody about what they're going to

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

vote on.  So voter education is also a huge part of what we do.

Q    So engagement and education seem like the two main sort of prongs there?

A    Yes.

Q    What sort of activities does the league engage in in furtherance of those purposes?

A    Well, for voter registration we do voter registration drives.  We table at events.  You know what tabling means, right?  We are often asked to table at other people's events.  So we are able to do that as well.  To Get Out The Vote, we try to make sure that everyone knows what the election time frames are, what the rules are, where to vote.  Vote 411 is a huge part of our voter information that is actually run by -- it's a website run by the national league, but it takes every local league and state league to actually populate it with information because we put in the information about the races, which we get from the election boards.  We contact the candidates and ask them to -- with a unique link that they only they can access.  We don't edit or anything.  They can upload their information and answer a few

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Linda Hanson

questions the league asks of them so that voters can look at the candidates and make comparisons, and it works beautifully as long as the candidates respond.

The website also allows people then to register, to check their registration because it's the one stop and it will direct them to the State's website to do the registration, to check where they're voting, and if you put in your address, it'll give you your location to vote or clarify what happens with votes centers because sometimes they just get a list of all the vote centers, but that comes off our Secretary of State's website which needs to be fixed.

Q **So in terms of the educational aspect.  There's Vote 411; that's a website.  What other sort of avenues do you use?**

A We use our own website, the state website. Local leagues that have their own that links into ours.  We use social media.  We use handouts at tabling.  We use fliers.  We use door hangers.  We use yard signs.  Every way we can to reach people because we don't have local newspapers to do the job anymore.  Indianapolis has much better coverage than many of the local

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

sites do.

Q  **I want to sort of stick generally here.  So is the state league funded by the national league or does the state league maintain its own funding?**

A  Funding is the question here.  Members join a local league, but they do it by going through a process at the national level.  National keeps a certain amount, sends a certain amount to the state league and a certain amount to the local league that you join.  So membership dues pretty much fund a lot of what we do and, yes, we have to maintain our own records.

Q  **So the state league maintains its own records based on what it receives from the national league?**

A  Right.

Q  **Are there other sources?**

A  Donations and occasional grants from national.

Q  **And do those donations go to the state league?**

A  If that's how people designate them, yes.

Q  **Is that common?**

A  Yeah, I mean they'll donate to the state league or they'll donate to their local league.  If they put a donation in when they renew their

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

membership, then national divides that the way they do the dues.

Q   So if we had a pie chart of where basically the funds that are spent at the state level come from, how much would you say comes from dues membership?

A   I'd probably say 90 percent.

Q   How much would you think comes from donations directly to the state league?

A   Maybe eight percent.

Q   And then the remainder --

A   Grant.  They're not very big.

Q   Understood.  Speaking generally here, what is the state's budget, for instance, in 2025?

A   We do a bi-annual budget.  In 2025 we approved the one for '25 to '27 at about $75,000.

Q   And who decides how that's spent?

A   We have a budget committee that reviews previous expenditures and then proposes the budget which is approved at convention.

Q   Was there a significant change from the last financial cycle to 2027?

A   We actually took money from our investments, which in our bylaws -- or policies and procedures.  I think it's policies.  It could be

855-204-8184
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

the big ones.  Maybe a couple webinars during the year.

Q    And those webinars are attended by --

A    Some of the are public.  The one in the primaries was public.  We do -- like we do one -- it's not really a webinar.  It's a meeting in preparation for League Day at the statehouse. So people who are going to be there, what do you anticipate, what do we expect of you, that sort of thing.  So sometimes they are for leadership we do regional Zooms with our leaders.

Q    Circum back to membership.  How has membership changed year to year?  Do you see a significant increase or a significant decrease?

A    I see an increase, relatively significant, but I would say if you're tracking numbers, national changed the process for paying dues a couple years ago, and it impacted membership for a while because they were used to do some things, but it went back up and we got more.

Q    Do you collect data on the reason why people join?

A    No.

Q    Do people tell you why they join?

A    Once in a great while verbally.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

Q   Do you see commonalities in why people join?

A   Yeah, they want to see our Democracy work.

Q   In terms of what you prepare for membership. You mentioned webinars, is there usually a PowerPoint?  What is the format of that?

A   Depends.  Sometimes it's a PowerPoint. Sometimes it's discussion.

Q   And how often do the members meet in a formal meeting?

A   All the members, convention.

Q   And that's statewide?

A   Every two years.  And they don't all come, you know.

Q   What about the local level?  What's common?  I assume it's different.

A   I think that varies.  Most of them are at least monthly but have something every month.  Some have multiple different kinds of meetings every month.  Some will have a public meeting and then a board meeting every month.  But it's up to them.

Q   Do you have volunteers outside of members?

A   Yes.

Q   Where do those volunteers come from?

A   They may show up at one of our public meetings

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

and sign up to be on a list, or they e-mail us.

Q   **And so how did the activities at the local leagues, how does that change from, for instance, an election year to a non-election year?**

A   Well, they don't do quite as many tabling efforts or efforts to register people because they know they've got time.  Usually the last half of the year say 2025, they started increasing their efforts to register people because we had elections coming this year, but there would be a decline in the number of those efforts to Get Out The Vote.

Q   **Is Get Out The Vote specifically a league sort of campaign?**

A   GOTV, yes.

Q   **Is that like -- I've seen Get Out The Vote materials.  Is that sort of a nationwide campaign?**

A   For over a hundred years.

Q   **And so what's the state league's role in managing that?**

A   Making sure that all the local leagues have accurate information and that they participate in Vote 411.  The state league pays for Vote 411

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

for all the local leagues that will do it.

Q    So Vote 411, is that a phone bank?

A    No, that's the website that I mentioned earlier.

Q    So is there a phone component to any of that?

A    No.

Q    Is there any live chat feature or anything?  So if somebody had an issue, how would they contact somebody?

A    The league is a partner with Election Protection.  So we just advertise the phone number, but the lawyers answer; we don't.

Q    So if someone were to reach out to the league, whether it be somebody at the state level or a local league, and said I've been to asked to provide proof of citizenship, what would that -- what would that member do?  Would they refer them to that Election Protection or would they go through other steps?

A    We would give them the information that we hand out about documentary proof of citizenship, about responding saying you have to do this if you've gotten a notice.  You've got 30 days to respond and this is what we suggest you do.  It's all in documents that we pass out to people.  So it's something that is information-

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

based.  If someone says I don't have any of this, then suggestions for how to get it.  It's all on the website.

Q    And in terms of the materials, who prepares those?  Who does the writing and the design, that sort of thing?

A    So the information that we prepared after the laws went into effect -- well, slightly before because we wanted to be ready.  Are based on the legislation and advice from the election board. Then we simply took that legal information and put it on a sheet of paper.  It's in English and Spanish and Haitian Creole from the league.  We make sure that our local leagues have access to that to pass it out.

Q    And so that flier has the league's -- would say it's from the League of Women Voters?  I know we have one that has Common Cause on it.  Is that the same flier or is that a different flier?

A    No, Common Cause and ACLU and the league were part of a coalition and so they did some in other languages as well.  I know they're available in French and Burmese.  There are a few other ones.  The ACLU, I think, did some of those.  It's an effort for all the groups to

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

make sure that we reach people.  When we did ours, we were -- we did ours in those three languages because that's what our citizens handbook is in, those three languages, and we're making sure we got it out to the communities that were already using that.

Q   **And so the flier that the league distributed, the way you were speaking about it, it seems that was targeted towards the challenged statutes that are at issue in the case; right?**

A   Yep, if you're challenged, you need to do this.

Q   **Gotcha.  So that information was collected.  Is there a specific group at the state level or the national level or at the local level that took that information, sort of digested it and created the flier?**

A   Two of us.

Q   **You said two of us.  Were you one of those people?**

A   Yes.

Q   **Who was the other one?**

A   Barbara Tully.  She's my first vice-president.

Q   **Gotcha.  So where did the information come from specifically?**

A   The legislature.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

Q    And so you took the text of the statutes and --

A    That's what we worked from.  You should have a copy of this.

Q    I do not believe we have a copy of a flier that has League of Women Voters information.  We have a flier that has Common Cause information on it.

A    It's comparable information.

Q    So you took the information from the statutes.  Any other sort of contributing sources?

A    No.

Q    How long did that take to make the flier?

A    Initially to design it online, maybe a few hours to make sure we had all the accurate information.

Q    And you said that was sometimes probably in 2025 before July?

A    Yes.

Q    So the challenged statutes, you mentioned them before.  HEA 1264 and HEA 1680.  What's your understanding of those statutes?

A    1264 -- well, both of them require documentary proof of citizenship for anyone who is flagged because the BMV records initially had them as non-citizens.  So they had a temporary license. They may be a citizen and still have a temporary

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

license because it hadn't expired yet, and there's no requirement, nothing in the instructions given to naturalized citizens that they must report to the BMV that they have become citizens.  So the source of information for flagging them is flawed.

Q  Have you or has the state league been contacted by anyone who was flagged on the statute, received a notice and had to take action?

A  The state league was not contacted.

Q  Are you aware of somebody who was contacted other than the state league?

A  Uh-huh, yes.

Q  Who would that be?

A  I do not know the person's name because she contacted a member in a local league.

Q  Okay.  So that was -- so a person had been contacted by a challenged voter.  Are you aware of other instances personally or through the league of that happening?

A  I am now.

Q  How did you become aware?

A  Because we requested lists of people who had been put on the list to be flagged.

Q  Gotcha, okay.  The lists you're referencing, are

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Linda Hanson

those the lists that were produced during this litigation?

A   Yes.

Q   **The person that had contacted a local league member, do you recall when that was?**

A   It was before the law should have gone into effect.  Before July 1, 2025.

Q   **After hearing about the bills as they made their way through the state legislature, what changes did the league make in preparation assuming they would be enacted?**

A   We knew we were going to have to get information out to any possible voters who would be impacted, and that meant increasing our efforts to contact communities that might have individuals who would be impacted.  So that was a stronger impetus than we usually have to make sure we reach every part of the community.  So on both those counts.  More information, more contacts.

Q   **And what was the form of those additional contacts?**

A   Word of mouth, personal contacts.

Q   **So tell me how that works.  Word of mouth from whom to whom?  Like where does that come into**

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

play?

A    It means that in a local community if you -- I'm going to use that as an example.  If you know that there is an NAACP chapter in your community, you will find out who's heading that.  You call them up.

Q    Okay.  So it's like either a local league or the state league?

A    Or the state, right.

Q    Contacting groups?

A    Right.

Q    What groups, to your knowledge, were contacted by the state league?

A    We have a number of groups, like the Hoosier Asian American Power, like NAACP, like -- I'm going to run this into my local one, too.  Because I also work at my local.  Don't count that one.  An immigrant law firm.  It's called immigrant legal center, I think.  Then the Haitian community in Indianapolis.  Obviously these groups are in locales so the local league ends up working some that way, too.  We have a presence in Indianapolis.  There's a Latino group that we reached out to.

Q    Do you remember the name of that group?

855-204-8184
www.lexitaslegal.com    Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

A    No.

Q    When did that process start of contacting those communities?

A    Probably winter/spring of 2025.  Probably spring 2025.

Q    And so you contact these groups.  Then what happens?

A    There's a potential for people in your community to be flagged, and this is what they need to do and you need to get the information out because they need to -- they're not going to come looking at the league's website.  We need to go to them and make sure that they get out.  That's where these fliers come in.  That's why there's an effort to reach people that they're going to trust to tell them if you hear something from your election board, you need to act on it and the potential is there.  So look for your documentary proof of citizenship, make sure you've got it handy and go to your election board with it preemptively.

Q    So the league would communicate that to their contacts in these communities.  Was there sort of a further role for the league in helping those contacts disburse that through their

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Linda Hanson

**community, or is it then I've given you this
information, please disburse that?**

A   Staying in contact to make sure that they had
what they needed.  No, we're not holding their
hands.

Q   **Did the league prepare any sort of -- we've
talked about the flier and that was in a couple
different languages.  Were there any sort of
materials prepared, whether it be fliers,
handouts, door hangers, yard signs, were any of
those things prepared as well in sort of
anticipation of these statutes?**

A   Not particularly.  We made sure that groups had
the information.  They could've done additional
uses for it.  We're not copyrighting anything
saying you can't copy this.  We want the
information out.  And links to how to handle it.
We have nothing particular to that on additional
materials that we developed.

Q   **When you said provide them links, was that to
sort of get them in contact with Election
Protection or Vote 411, or what were you
referring them to?**

A   So Vote 411 does not deal with this.  That's
nationwide.  I just went back and looked at our

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Linda Hanson

website.  We did not get stuff up on our website.  We've got Election Protection on the latest little handout that goes -- it's a bookmark essentially and it has our handbook on it -- or links to, which is online.  It has the primary thing, which is make a voting plan, and so that takes over, and then Election Protection is on there, which clearly would be one place for people to call.

Q    And you mentioned -- so is Election Protection's information in the citizens handbook?

A    No.

Q    As part of your outreach, do you recall holding a webinar on some of the new voting laws including the challenged statutes November 19, 2025?

A    Uh-huh.

Q    This will be Exhibit 1.  I'm going to hand you Defendant's Exhibit 1.  The entire PowerPoint is there.  Is this the PowerPoint that would've been presented at that webinar?

A    Yep.

Q    Looking at from the first page going to page 3, Our Hosts.  In addition to the League of Women Voters, it has Hoosier Asian American Power,

855-204-8184
www.lexitaslegal.com

LEXITAS™

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

Linda Hanson

Exodus Refugee and Common Cause Indiana.  Who was sort of the lead for this event?

A   Good question.  Half had already done some preliminary work on this and they had done a smaller one, but we are all in the All In For Democracy Coalition.  So at one of our meetings we said we need to do this for everybody, and so the four of us said we're doing this.  I don't know that we've got a specific lead on this, except HAP did some of this.

Q   Was there a specific person who was sort of in charge of the presentation at this event?  Was there like a discussion leader, something like that?

A   Julia and I split it.  Can I tell you which ones we did?

Q   Please.

A   I think I gave Julia the research part of it.  I guess I was doing it.  It was on our website.

Q   But you mentioned that Hoosier Asian American Power did sort of the -- did they do the design of this?

A   They did some of it.  Like the one that has this border.  I used some of their slides in doing this.  This one.  We've already done this.

855-204-8184
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

Here, use it.  So we used some of them.

Q   **And you prepared -- from what you're saying, did you prepare the other slides that don't have the --**

A   Yeah, and adapted some of the others.

Q   **You adapted some of the others.  Were there others decides HAP that were adapted?**

A   No.

Q   **And who was sort of the target audience of this webinar?**

A   Well, it was open, but it was predominantly members of these four groups and anyone that we could invite to this.  So we were inviting some of the communities that would be impacted.

Q   **And this webinar was on November 19th.  Did the league participate in webinars before this on this same topic?**

A   I'm sure we mentioned it in things that we were doing for our local leagues.  But can I tell you for sure?  Yes, it was in the air so probably it was part of our discussion.

Q   **So in terms of the communities, we listed through a number of those.  Were there -- excuse me.  Let me think about this a little more.**

          **Were there other groups at the local**

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Linda Hanson

level, for instance, for Indianapolis, that were also involved in this?

A   Yes, there were neighborhood groups, but I cannot tell you the names of them.  Maybe because I'm not in Indy.  I'm not familiar with them all.

Q   **Understood.  What local group are you with?**

A   Muncie-Delaware.

Q   **And was the process the same throughout the state in terms of reaching out to community and neighborhood organizations?  Was it essentially the same?**

A   We recommended that the local leagues reach out to the communities.  It could be BIPOC.  It could be cultural communities.  It could be any that could be impacted.  But I cannot tell you exactly what they do.

Q   **Understood.  Do you know was there sort of a common approach that most took?  Was it mostly along these lines and there are just a lot of variations?**

A   Yeah.

Q   **Were there any sort of stand-out local leagues that did more than most typical?**

A   Well, if you stop to think about where the

855-204-8184
www.lexitaslegal.com

LEXITAS

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.