UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
CASE NO. 1:25-cv-02150-MPB-MJD

LEAGUE OF WOMEN VOTERS OF          )
INDIANA, et al.,                   )
                                   )
          Plaintiff(s),            )
                                   )
     -vs-                          )
                                   )
MORALES, et al.,                   )
                                   )
          Defendant(s).            )

The deposition upon oral examination of JULIA VAUGHN, a witness produced and sworn before me, Brandy L. Bradley, RPR, a Notary Public in and for the County of Hamilton, State of Indiana, taken on behalf of the Defendants at Office of the Indiana Attorney General, Indiana Government Center South, 302 West Washington Street, 5th Floor, Indianapolis, Marion County, Indiana, on the 28th day of May, 2026, pursuant to the Indiana Rules of Trial Procedure.

CIRCLE CITY REPORTING
1099 N. Meridian Street
Suite 920
Indianapolis, IN  46204
(317) 635-7857

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.



Julia Vaughn

Q   How much is significantly?

A   About 5,000.

Q   Okay.  Why do you think that is?

A   I know why it is.  It's mid-cycle redistricting.

Q   Okay.

A   We had very high profile petition that took off like wildfire.

Q   Gotcha.  Okay.  So we've discussed the candidate surveys and you anticipate Layla sort of taking that on as opposed to you in previous years; is that fair to say?

A   I will still write the content of the survey, but she'll do a lot of the running down of the responses.

Q   Okay.  So she'll sort of replace the national staff's role?

A   Yes.

Q   Alright.  And does that survey, is that sort of customized to what's at issue in that election cycle?

A   Oh, yes.

Q   So you probably have to write a new one every election cycle?

A   You know, the skeleton will remain the same, but some issues are hotter than others certain

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

years.

Q   Okay.  Talk to me about sort of the voter registration efforts in an election year.

A   Well, now that we have an organizer, we do a lot more voter registration than we were able to in the past.  And, so, Layla is very active in the reentry community so she will continue to do a lot of voter registration for people who have been justice impacted.  We're working to try to get a registration drive inside the Marion County Jail for people who are in pretrial detention.  She's got programs going at a work release center here in Indianapolis.  You know, any organization that wants help at an event doing voter registration she's happy to go out and play that role.

Q   Okay.  And, from the sound of it, that process is already largely in motion of helping people register to vote for this year, I assume?

A   Yeah.  I mean, you know, last year we didn't do much because it wasn't an election year, but, yeah, and certainly after the primary it gears up more.

Q   Gotcha.  Okay.  To your knowledge, how many events has she attended this year?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

A     For voter registration?

**Q     Yes.  Yes.**

A     I would estimate between 10 to 15.

**Q     Okay.  And does she go to those alone or do you usually --**

A     It depends.  The work-release center she's had volunteers go with her.

**Q     Gotcha.  Other than the reentry efforts and the pretrial detention, what other sort of events has she participated in this year?**

A     We've attended rallies where we've done voter registration, lobby days.  A lot of organizations we work with have lobby days so we will go there.  Neighborhood events.  As part of our Glick grant we do a lot of work with a community center that is based in an affordable housing apartment complex on the Far Eastside. The Success Center, they do a ton of programming, GED classes, food banks, job training, so she goes to a lot of their existing events and offers participants voter registration.

**Q     Okay.  Gotcha.  And, so, she's done you would estimate this year about 10 to 15 so far.  How many -- and I know it's sort of hard to metric**

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

from one election to another because every election year is different, but how does that compare to 2024?

A   She wasn't here in 2024.

Q   I should have rephrased the question.  Were you doing that in 2024?

A   I didn't do a lot of voter registration just simply because I have too many other things to do.  I would say in the past we've been reactive on voter registration.  If a group asks us to come do it, we'll do it.  Now we are much more proactive.

Q   Okay.  And when she goes to events this year, are those typically pretty successful in terms of getting a lot of people registered?

A   It really depends.  The events at The Success Center present some challenges.

Q   Okay.  Talk to me about those.

A   People don't always have their ID with them since they live in the apartment complex so they don't walk around with their purse or their wallet and if they can't give us a driver's license number or State ID number, we can't look them up in the system, so they're just logistical problems.  So those are not as

855-204-8184
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

successful, but I know at her reentry events she's been very successful.

Q   Okay.  And is there any follow-up?  Once you've assisted somebody in registering, is there any follow-up sort of after that initial assistance?

A   We will do follow-up to encourage them to participate.

Q   And is that like a formalized process or how does that work?

A   Yeah, we ask them if we can add them to a list and we'll be getting back in touch reminding them of deadlines and such.

Q   Okay.  Are those deadline reminders typically an e-mail?

A   Yeah.

Q   Do you do any texting?

A   Not for this, no.

Q   Okay.  And, so, if they provide an e-mail, you add them to a list and they receive follow-up e-mails.  Are those sort of automated in the sense that you can take the list and send everyone the same e-mail or is that someone going through each person's file and sending them an e-mail?

A   No, you would do it in mass.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

Q    Okay.  What sort of costs are associated with these voter registration events?

A    Well, the staff time, the travel, the materials, you know, do we print brochures, do we print -- we've been taking our DPOC flyers with us. Sometimes there's cost to park, usually not but depending on the venue.

Q    Okay.

A    So staff time and then, you know, travel expenses, any printing that we might need to do.

Q    Gotcha.  Give me one second because I think I have an example of that.

         (Defendant(s) Exhibit No(s). 1 marked for identification.)

Q    I'm gonna show you what's been designated Exhibit 1.  Can you, please, describe the document that I've given you.

A    It's a reimbursement form that staff uses to be reimbursed for travel expenses.

Q    Okay.  And this is for Layla Ortas; is that correct?

A    Right.

Q    And in the "Charge To," it sort of lists what I assume are sort of the fund sources for these expenses and how they're gonna be reimbursed.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

Is that a correct analysis?

A   The line next to "Charge To"?

Q   Yes.

A   Correct.

Q   Okay.  And it says "GrantID Joyce."  So is it fair to assume that's The Joyce Foundation grant?

A   Right.

Q   And, so, sort of going down here, I think the only thing is the mileage.  Am I reading that correctly?  I don't think I see anything else on here, but yeah.  So, going through line by line on the mileage, we have a day of July 1st, 2025.  It looks like a food pantry event and it says HEA 1264.  And, to your understanding, is HEA 1264 one of the challenged statutes in this case?

A   Right.

Q   Okay.  And, so, talk to me about -- so that detail of it being HEA 1264, so what would she have been doing at that event?

A   Well, I was actually at this event as well.  It was the Second Presbyterian Church food pantry so we were there tabling with information about the new statute.  Obviously, that's the day it

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

was implemented and we were just there.  They get a lot of immigrant clients at this food pantry so we were there to distribute information.

Q   And when you say distribute information, you had mentioned a flyer before.  Was that flyer sort of on deck at this point?

A   On deck?  I'm not sure what --

Q   Or available to distribute.

A   Yes, we produced that way before July 1st.

Q   Okay.  And I don't think that was disclosed by Common Cause.  I did have a copy of it from a different plaintiff so I don't have it here, but was that like a one-page flyer?

A   Yeah.

Q   Alright.  And who made that flyer?

A   Layla.

Q   And, so, you said you had that available well before July 1st.  She started January of 2025; is that correct?

A   Right.

Q   So, roughly, when would that have --

A   Well, it would have been after the legislature ended because we knew what the fate was.

Q   Gotcha.  And what sort of costs were rolled into

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Julia Vaughn

the flyer?  Like did she have to get it designed?  Who did the actual writing, that sort of thing?

A   She did the draft.  She did the draft design. She uses Canva quite well.  I review everything that she does, probably made a few edits.  We go back and forth, so it's mostly staff time. Usually we take color copies to Kinko's because I just have a small, little, personal printer. Although we do print small quantities of copies in house, we typically have to take things to Kinko's.  So it's staff time and then the actual production and printing of the documents.

Q   Okay.  And in terms of staff time, what's Layla's like pay schedule?

A   Pay schedule?

Q   Is she paid a wage or is it salary?

A   She's paid a salary.

Q   Okay.  And how does that break down?

A   I'm not sure what you mean by break down.

Q   How much does she receive in a year or however you --

A   Her salary is $66,000 approximately.

Q   Okay.  And do you recall a lot of back and forth over the design of this flyer?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

A    Not a lot of back and forth.  She's better at design than I am.  There was probably more back and forth on the content than on the design.  At one point we were asked by one of our coalition partners to change it up a little bit so she, several months after the original production, went back and made changes that they requested, so it's not been static.

Q    **Okay.  Gotcha.  So, for the original design, if you had to put a number on the number of hours that had to be put into that between Layla and yourself, what would you estimate?**

A    I would say maybe four to five hours.

Q    **Okay.  And then you mentioned months later a coalition partner requested some edits?**

A    It was longer than a month later, but at some point.

Q    **And do you recall what those edits were?**

A    I don't because at that point Layla did it.  The request went to her.  I reviewed it, said it was fine.

Q    **Okay.  So it sounds like there wasn't necessarily a lot of back and forth in terms of your experience with those edits?**

A    No, more so with Layla and the partner.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

Q    Okay.  And in terms of printing, how much does Kinko's charge for printing?

A    Oh, too much.  I'm trying to think.  I don't know what it is per copy.  I don't know.  I can't remember.  I mean, black and white copies are something like $.11, but, again, the DPOC flyers I want to say something like $.31 but I don't know.  All I know is at the end of the -- we usually spend about 100 bucks a pop, so --

Q    Okay.  $100, so that probably gets you about 1,000 flyers.  Does that sound right?

A    No, no, it probably gets you about 200.

Q    Oh, okay.

A    I'm not good at math, so, please, don't make me do math.

Q    Well, my math is worse than yours, so no worries.  And, so, all in, so about 200 copies, $100, and you said it was about $100 a pop.  Roughly, how many times have you had to go to Kinko's for that?

A    I was looking at copying receipts.  I'd say all told in the past year we've probably spent about 5, $600 on this.

Q    Okay.

A    It's hard to narrow it down because I tend to do

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Julia Vaughn

different flyers in the same bundle, so --

Q    I understand.  Okay.  So, returning to Exhibit 1, and I assume essentially the same for Patchwork Indy, having flyers available, perhaps a tabling of some sort; is that fair to say?

A    I would say these were probably two different events she attended for Patchwork Indy probably doing the same thing at each one.

Q    Gotcha.  And then for July 26th, it looks like she attended the Fort Wayne Pride event.

A    Right.

Q    Would she have brought flyers for the challenged statutes?

A    Yes.

Q    And, so, was there like a tabling or do you recall sort of the details of that Pride event?

A    Yeah, we tabled a bunch of Pride events all over the state, so she was tabled.  She was there for many hours.  I remember there was a horrible thunder storm because I was supposed to go over for the afternoon shift and she called me and said, "Don't come.  We're shutting down."

Q    So that ended up being a half day sort of thing?

A    Yeah.

Q    Okay.  I mean, were you able to get from her any

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

sense of whether the challenged statutes were sort of a common topic for people at that Pride event or was it largely set around the Pride celebration?

A    I don't recall any feedback she gave me other than the horrible weather that day.

Q    Understood.  And, so, I think we touched on almost everything there.  Give me one second.
     Yes.  So, in a typical election year, we discussed the candidate surveys, the voter registration efforts, and you also mentioned civic education.  Talk to me about civic education.

A    Well, that's a big part of our project on the Far Eastside of Indianapolis, the Cambridge East Apartments, just trying to come up with programming that helps people understand why voting is relevant to their life and why it's in their self interest to vote, and then help them gain information about candidates and the issues they care about, so trying to connect the dots between why it's important and in your self interest to vote.

Q    Okay.  And that's part of the Far Eastside Civic Education Project; is that correct?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

A   Yeah, though, I mean, it's not exclusive to the Far Eastside.  We will work with any organization that wants to work on civic education, but, yeah, we have active campaign going there.

**Q   Okay.  And, so, does that consist of -- I mean, are these events that are in person or flyers? Like what are the components?**

A   It's in-person events.  For example, we pulled together a meeting in November of last year of leaders of organizations on the Far Eastside to bring them together.  We had dinner out at The Success Center and just talked about what are the barriers to voting on the Far Eastside and how can we work together to eliminate them.

**Q   Okay.  Roughly, how many events, really just civic education, has Common Cause done this year in Indiana?**

A   I'd say seven to eight.

**Q   Are those half day, all day, few hours?  Like what's usually the --**

A   It varies.  I mean, we did an all-day voter summit in March.  The dinner that I spoke about a few minutes ago was a two-hour event, so it varies.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

Q    Okay.  The all-day voter summit, that sounds important.  Can you describe that for me?

A    About four coalition partners and Common Cause Indiana worked to put on programming on a Saturday right at the end of the legislative session designed to help organizations that are doing voter registration and GOTV work across the state come together, share best practices, brainstorm, you know, that kind of thing.

Q    Okay.  And, so, it sounds like that event was sort of geared towards members and organizers from those different organizations or is that like a public event?

A    It was a public event.  We invited our members and other organizations invited their members.

Q    Okay.  Do you remember roughly how many people showed up?

A    It was about 100 people.

Q    Okay.  And for that event what did Common Cause prepare?

A    We led a workshop on election protection issues and then I did the closing of the summit.

Q    Okay.  Do you recall offhand what those election protection issues were?

A    We just talked about the Election Protection

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

Project, the 866-OUR-VOTE hotline, encouraged people to publicize that in their communities, talked about what sorts of problems we anticipated with the Documentary Proof of Citizenship statutes being one of those issues.

Q    Okay.  And then you did the closing for the entire summit?

A    Right.

Q    Alright.  And when was that summit?

A    When did session end?  I want to say February 28th.

Q    Roughly around late February?

A    Yeah, end of February, first of March.

Q    Okay.  And, so, I mean, we've discussed the in-person seven or eight events including this all-day voter summit.  Are there other components to that civic education strategy?  I don't know what to call it, but --

A    We do webinars a lot.  It's a really easy way to include our various statewide organizations. So, if people can't travel to Indianapolis, much easier for them to log on, so we do a lot of educational webinars.

Q    Okay.  How many webinars do you think you do?

A    It depends.  Usually, I would say the minimum

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

we've done in a year would be three, maybe maximum six.

Q    Okay.  Do you know how many you've done this year?

A    I think we've done three so far this year. Well, maybe more than that because of -- no. Sorry, redistricting was in 2025, so yeah.

Q    Oh.  I'm sure you stay busy.

A    Yeah.

Q    So it sounds like you would have done webinars in 2025 even though it wasn't an election year because there were things going on?

A    Yeah, there was a lot going on.

Q    Okay.  Were any of the webinars in 2025 about the challenged statutes?

A    We did one during the session that was about issues, you know, bills, and since there were DPOC bills, yes, we would have discussed them.

Q    Okay.  And would that have been a pretty at that point, I mean, it was a bill.  It wasn't necessarily an act or anything yet, but would that have been like a very involved discussion or more of just sort of a description that this might be coming?

A    Well, we already knew 1264 had passed and then

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

there was the other bills in 2025, so, you know, we knew we had the front end of it in 1264 and the back end were the 1680 and whatever the other bill was, 137.  So, yeah, it was more of this is coming.  It could be more involved than what the original bill was, but this is what is going to be implemented July 1st.

Q   **Okay.  And, so, in terms of what we discussed in an election year, candidate surveys, voter registration, civic education -- and I think I said this before, I know it can be difficult to compare election years because every election year has different issues -- what changes have you noticed between 2024 and 2026?**

A   What do you mean by changes?

Q   **In terms of Common Cause's activities, the things that you participate in.**

A   Well, we're more busy than ever because, you know, election issues are on the top of people's minds both at the federal and state level, so we have more demand for our work than ever before.

Q   **Okay.  In addition to in-person events, sort of like remote but live events like webinars, that sort of thing, does Common Cause Indiana have a social media presence?**

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

A   Not much, but we are on Facebook.

Q   Okay.  I am going to show you -- this will be Exhibit 2.

(Defendant(s) Exhibit No(s). 2 marked for identification.)

Q   And, so, looking through this document, this looks to me like a sort of a planning spreadsheet for social media posts.  Does that sounds accurate?

A   Yes.

Q   Okay.  And going through this, it looks like so there is sort of the description of the content and a potential caption which I take to mean the text that would show up in social media posts?

A   Right.

Q   And I'm going through here and I didn't see anything specific to the challenged statutes in this case.  To your memory, at that time, were there any posts specific to those challenged statutes?

A   During the legislative session?

Q   Yes.  I misspoke.  I think there's one on June 16th.

A   Right.  Yeah, no, at that point, we had lost the battle in 2024 so we did not post about it until

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

the implementation was pending.

Q    Okay.  And who prepares these social media posts?

A    Layla does most of it.  Again, she's the graphic person.  I will often contribute to the caption, but this is mostly under her purview.

Q    Okay.  And, so, to your knowledge, did she prepare the June 16th post and caption?

A    Yes.

Q    Okay.  And, so, there's a caption.  Would there have been then an image associated with that post?  Is that what you typically do?

A    Right, yeah, I mean, we would never post something that's just text.  Nobody would read it.

Q    Okay.  And then it says on July 10th House Enacted Act 1264 Video to be posted on July 10th, 2025.  It says the post was created.  To your knowledge, was that video posted?

A    Yeah, that was Layla just talking about this is now law, if you get a letter from the County Election Board, here's what you should do.

Q    And, so, is Layla the person in the video?

A    Yes, she is.

Q    Do you recall how long that video was?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

A    Not very long.  Best practice says keep it under a minute.

Q    **Gotcha.  Okay.  And going through here, do you recall any other posts that were specific to HEA 1264?**

A    I do not.

Q    **Okay.  I think now is a good time to talk about the challenged statutes.  What is your understanding of HEA 1264?**

A    Well, it calls for comparing the list of temporary credentials from the BMV with the voter file.  Anybody who is on both lists is presumed to be a non-citizen who is registered to vote, so they will receive a letter from the County Election Board telling them they need to prove their citizenship in 30 days by presenting documentation to the county officials.

Q    **Okay.  And I think I have a sense of this already, but what's Common Cause Indiana's official position on that, that act?**

A    We believe it's unnecessary and unconstitutional.

Q    **Alright.  Have you or any of your staff or any of your volunteers -- let me ask you this.  Has anyone contacted Common Cause Indiana who**

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

received a notice under this bill and needed to provide citizenship information?

A    No.

Q    Okay.  Have you heard of -- and I'm not asking for names, but have you heard any anecdotal sort of evidence of that?

A    Yes.

Q    And if somebody were to reach out to Common Cause about receiving a notice under HEA 1264 or the other challenged statute, what would the approach be for Common Cause?

A    Well, we would help them understand what they need to do, which governmental entity they need to go to, what documentation they need to take with them, you know, where they need to go, just that kind of assistance, helping them understand what it is they're being asked to prove.

Q    Okay.  And what languages can Common Cause provide services in?

A    English and Spanish.  Layla is bilingual.

Q    Okay.  Perfect.  Does Common Cause provide legal advice to people under the challenged statutes?

A    No.

Q    Okay.  And other than the flyer that you mentioned, do you have like a formalized

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

document that sort of gives them a road map of what a person would need to do?

A    No.

Q    Okay.  And, so, if somebody reached out, essentially, the information that they would receive from Common Cause would be the flyer.  Would there be any other information that they would receive?

A    Other than, you know, a person talking to them helping them to understand, no.

Q    Okay.  And when you say a person talking to them helping them understand, not legal advice, so would that person explain their obligations or what would that person be specifically explaining?

A    It might involve explaining why you got this notice in the first place, you know, what's the background of this, you know, how is your temporary credential tied to this.  You know, there have been news reports that indicate some folks who got a letter showed up at the BMV because they misunderstood the information in the letter, didn't take their documentation to the County Election Board.  So we would just try to make sure that people understood that you've

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

gotta do this and you have to do it within 30 days and if you don't get it done, then let us know because there could be some remedies, you know, you're gonna have to re-register, but sort of I would describe it as holding people's hands through a process that could be intimidating.

Q    **Gotcha.  If they needed or if Common Cause determined that this is something that would require legal assistance, do you refer them to like the Vote411 or what's the next step?**

A    That's a hypothetical question.  We haven't gotten there yet so I don't know what I'd do, but, I mean, I know immigration attorneys.

Q    **Gotcha.  So, in terms of the sort of the resources that Common Cause has at its disposal this year and this fiscal year, what other, I mean, other than the financial we discussed in terms of the flyer and the time that Layla and yourself have had to spend on events, what other resources have had to be dedicated to the challenged statutes or the response to the challenged statutes?**

A    Well, significant amounts of our time and, again, the printing, production of resources, travel to and from events to supplies for

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

events, you know, occasionally provide -- we had the dinner for people out at the Far Eastside, but the vast majority of expenses are our time and printing of the materials we have produced.

Q  **Gotcha.  Okay.  And, in terms of travel, I mean, based on the reimbursement form that was disclosed, three of those events were in Indy and one was in Fort Wayne.  Out of, for instance, 10 events, how many of those are in Indianapolis or close to Indianapolis where it's sort of that region?**

A  Probably 7 out of 10.  I know she also traveled to Bloomington.

Q  **Okay.  So I know we discussed the Fort Wayne Pride event.  There would have been the HEA 1264 flyers at that event.  Have there been other events outside the Indianapolis area at which HEA 1264 was the subject?**

A  Yes, I mean, we have a box that we take with us to table.  It has flyers for a lot of different things, so 1264 is regularly on our table.

Q  **Okay.  So it's sort of part of the materials that you would typically put out at any event at this point it sounds like; is that --**

A  At this point, yeah.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

Q   Okay.  And the dinner, you mentioned that a couple times.  Talk to me about that dinner.

A   We invited leaders from Far Eastside organization and churches to talk about increasing voter participation on that part of town, so we, you know, would have distributed information and had a meal.

Q   Gotcha.  What information would you have distributed?

A   Information about the challenged statutes and I'm trying to think of other -- well, I think mid-cycle redistricting was pending at that time so we would have also had information about that.

Q   Okay.  And when was that dinner?

A   I believe November.

Q   Okay.  And at that time were you more focused -- and I realize this may be a difficult question.  Were you more focused on the mid-cycle redistricting or the challenged statutes or was there also some other issue that may have been sort of more pressing at that time?

A   Well, in November of 2025 we were focused on mid-cycle redistricting.  We continued to do other work, but that was the dominant thing we

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Julia Vaughn

were focused on.

Q   **Okay.  And did Common Cause pay for the meal that was provided?**

A   Actually, Glick paid for the meal because they will occasionally pick up extra expenses that are associated with organizing around the Far Eastside which helps tremendously.

MR. OBERDORF:  Absolutely.  Okay.  We're at about 10 o'clock.  I think now would be a good time for -- let's do a 10-minute break.

(A recess was taken.)

DIRECT EXAMINATION CONTINUING,

QUESTIONS BY JOHN E. OBERDORF:

Q   **We are back on the record.  And I know we finished off talking about a November 2025 dinner for Far Eastside leaders, so I wanted to sort of turn to speaking more specifically about the challenged statutes.  Before I get there, though, I want to ask:  Did you hold any events or have a table at any events that were specific to the challenged statutes?**

A   I can't really recall.  I believe so.  Well, yes.  Yes, at least one.  We attended the Spanish-language mass at Christ Church Cathedral and spoke afterwards.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

Q   And that was to specifically speak about the challenged statutes?

A   Correct.

Q   Okay.

A   So at least one, but potentially more that I'm not recalling at this point.

Q   Okay.  And do you recall how long that Christ Church Cathedral talk was?

A   Well, we were there for the mass and then about an hour afterwards, so two hours.

Q   Okay.  Okay.  Does Common Cause sort of set out sort of a strategic plan for things that you want to focus on year over year or like a periodic sort of setup of what you plan to accomplish?

A   We don't have a strategic plan, no, but we do have state goals and individual goals as staffers.

Q   Okay.  Talk to me about those state individual goals.  What are the metrics?

A   Well, it depends on the goal.

Q   Okay.  Can you give me some examples of what that would look like?

A   Well, you know, I had goals to add members to the State Governing Board or the State Advisory

LEXITAS

855-204-8184            Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com         Nevada Registration #116F. California Firm Registration #179.

Julia Vaughn

Board, I should say, so, you know, add three new members so that was the metric.  So it depends. Local redistricting reform, pass local ordinances in X number of communities, so it depends on the goal.

Q   Okay.  Did the State organization or did you have any goals related to the challenged statutes?

A   Yes, we did.

Q   Tell me about those.

A   Well, the goals were challenging it and then distributing information in the community to help mitigate the damage.

Q   Okay.  And when were those goals set?

A   Well, I'm trying to remember.  It's a springtime process.  It happens before the budget process, so in the spring of each year.

Q   Okay.  And were those specific -- I mean, so I assume challenge the bills would have been from before, obviously, the bill was passed.  What about the distributing materials to address the passed bills, when would that goal have come into effect?

A   2025 since the bill took effect in July.

Q   So that would have been Spring of 2025 that

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Julia Vaughn

would have been set?

A   Correct.

Q   Okay.  And were there specific metrics tied to that?

A   Not in terms of numbers but just the general, do outreach in immigrant communities, but, no, we attached no numbers to it.

Q   Okay.  What were the other goals for 2025?

A   Well, Layla had goals that were separate from mine.  Are you asking about my goals, her goals, State goals?

Q   All of those to the extent that you're aware.  I'm not sure if you're made aware of what her goals are.  I don't know how that works, but --

A   Well, hers involved the Far Eastside, organizing projects, civic education as well as developing volunteer recruitment, retainment, materials.  I don't recall all of her goals.  Mine involved redistricting, the challenged statute, board development, and fundraising.

Q   Okay.  And when these goals are set, are they sort of considered attainable goals or are they sort of ideals?

A   A little bit of both I'd say.

Q   Gotcha.  Do you typically meet all those goals?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

A    I had my evaluation yesterday, so I made good progress last year.

Q    Good.  Were there any goals that you just couldn't meet?

A    I came up short in terms of passing local redistricting reform.

Q    Gotcha.  And what do you sort of assign that to?

A    I spent five months working on mid-cycle redistricting.

Q    Okay.  And have you been able to appraise whether Layla has met her goals?

A    Yes.

Q    Okay.  Did she?

A    Yeah, she did.  Well, the volunteer development thing is a -- we've got some more work to do, but she's made good progress as well.

Q    Okay.  I assume volunteer recruitment is probably just a goal that's very common year-round?

A    And ongoing, yes.

Q    Okay.  What about this year, have goals already been set?

A    Set but not approved.

Q    Okay.  So there aren't currently goals in place to --

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Julia Vaughn

A    No.

Q    Okay.  The unapproved goals, what are those currently?

A    Well, I'm continuing work on local redistricting.  We have the Election Protection Project coming up.  And there's a third one that I can't recall at the moment.

Q    I know you said you can't recall, but does it have anything to do with the challenged statutes to your knowledge?

A    No.

Q    Okay.

A    That's work embedded into what we've been doing.

Q    Okay.  And when you say embedded in what we've been doing, is that to say that it's sort of part of Common Cause's like constant mission or what do you mean by that?

A    No, we never have enough time or resources to do everything we need to do, so this work is diverting away from other work we wish we could be doing.

Q    And talk to me about that.  What work did you have planned or sort of forecast that you've had to divert from?

A    Well, we're gonna need to address a State Voting

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Julia Vaughn

Rights Act now that the Federal Voting Rights Act is deficient, so we'd like to start working on that. There are problems with electioneering around the state that we hear complaints from voters about that we'd like to work on but haven't found time. There's straight ticket voting which we think there's growing resentment of but haven't been able to get enough support organized. So there are lots of legislative issues that we don't have time for because of this statute.

Q **Gotcha. Okay. And, so, I assume the State Voting Rights Act would be in response to the court case that --**

A Callais, right.

Q **And when you say electioneering around the state, can you explain that?**

A Well, you know, we have a 50-foot chute which is -- done a little bit of research and it appears to be one of the tightest chutes in the country. There are other states that have much longer chutes. There are just different ways of addressing behavior at polling places and so we think it should be addressed. We've got some ideas, but, again, haven't been able to wage a

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

campaign because we're distracted by DPOC.

Q  Gotcha.  And addressing electioneering around the state, is that in response to anything specific or is that sort of an ongoing recognized issue?

A  We've worked with the Election Protection Project for a long time and so we know that voters don't like -- some voters don't like being approached at the polling place in an aggressive way, and in some counties it's very common.

Q  Gotcha.  And, speaking of which, the Election Protection Project, how long has that been around?

A  Well, I have been associated with it since 2008, but it predates that.

Q  Oh, okay.  And is that one of the projects, sort of issues they seek to address, electioneering?

A  That's a big one, yeah.

Q  Okay.  And you said you've started hearing some increased resentment about straight ticket voting.  How long has that been sort of building?

A  You know, I've heard people talking about it for probably three, four years that, you know, it

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Julia Vaughn

just contributes to polarization.  People should be more informed voters.

Q   Okay.  Gotcha.  And in terms of legislative issues, were there any specifically that you were planning to address this year?

A   There's been a rash of Article V Convention bills, which we're one of the few organizations that is concerned about that issue, so we did some work on it but nowhere near as much as we really needed to.

Last year, partisan school board elections was a huge issue, which we had some involvement in, but, again, too many other issues on our plate including DPOC.

Q   Gotcha.  And you said issues.  What other issues are currently on your plate that are diverting from addressing these other issues that we've talked about?

A   Electioneering, State Voting Rights Act. Another issue that came up this year is lobbying disclosure and transparency.  Again, we're one of the few organizations that deals with that, but we haven't had time to deeply engage.

Q   Gotcha.  And, I'm sorry, I don't think my question was clear.  So you said that there were

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS