Rachel Van Tyle

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
CAUSE NO. 1:25-CV-02150-MPB-MJD

LEAGUE OF WOMEN VOTERS OF )
INDIANA; COMMON CAUSE INDIANA; )
HOOSIER ASIAN AMERICAN POWER; and )
EXODUS REFUGEE IMMIGRATION, )
)
                       Plaintiffs, )
)
           -vs- )
)
DIEGO MORALES, in his official )
capacity as Secretary for Indiana; )
J. BRADLEY KING, in his official )
capacity as CO-DIRECTOR of the )
INDIANA ELECTION DIVISION; and )
ANGELA M. NUSSMEYER, in her official )
capacity as CO-DIRECTOR of the )
INDIANA ELECTION DIVISION, )
)
                    Defendants. )

The deposition upon oral examination of RACHEL VAN TYLE, a witness produced and sworn or affirmed before me, Peggy J. Morgan, a stenographic reporter and Notary Public in and for the County of Hendricks, State of Indiana, taken on behalf of the Defendants via videoconferencing, on the 9th day of June, 2026, pursuant to the Federal Rules of Civil Procedure.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.



Rachel Van Tyle

to call us if they have any trouble with that.

**Q    Okay.   And what does the staff training look like?**

A    Well, we provide the tool kit from Common Cause Indiana, in various languages, to our staff, and they can hand them to clients.  We -- you know, typically I train my legal staff probably once every other week on updates to the things that we're seeing, and then the rest of the staff gets trained periodically throughout the year. There's no regular cadence, though.

**Q    Okay.   The staff training, though, does that encompass a number of different topics?**

A    Typically, but it -- you know, we probably spend 5 to 10 minutes every other week on voter issues, what are people seeing, that kind of thing.

**Q    Okay.   And so -- okay.   So that sort of -- not biweekly, but every other week update on -- on current voter issues, is that in addition to a discussion of sort of the election year coming up, or things like that, or what does that look like?**

A    Well, certainly I think it's coming up more since this is an election year.  Last year we probably didn't spend as much time on it since there was

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Rachel Van Tyle

no election in Indiana in November last year.

Q   Okay.  Got you.  When you say "voter issues," what are those issues?

A   I just mean like any -- if people are getting the letters about, you know, needing to provide more proof, or people have concerns about how to register to vote, things like that.

Q   Okay.  So it doesn't just include people who receive -- like making sure people understand what to do if they receive a letter on the -- the challenge statute, the issue in this case, but also includes other challenges that may come up; is that correct?

A   I would think that's correct, yes.

Q   Okay.  Okay.  You mentioned the Common Cause tool kit.  Now, I have a slide here I'm going to share with you, so bear with me one second, I just want to make sure -- there it is.

        MR. OBERDORF:  I want to -- this is Exhibit 1.

        (Defendant(s) Deposition Exhibit(s) 1 marked for identification.)

        MR. OBERDORF:  For the court reporter, I will share a copy of this with you by email.

Q   Ms. Van Tyle, are you familiar with this Exhibit

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Rachel Van Tyle

1?

A    I am.

Q    Okay.  And is this the flyer that you share with people who are registering to vote?

A    Yes, in addition to the -- I think it's six other languages that it's available in.

Q    Got you.  So this flyer, and this is in other languages; is that correct?

A    That's correct.  Yes.

Q    Okay.  So this was prepared by Common Cause; is that your understanding?

A    Yes.

Q    Was Exodus consulted, or did Exodus have any role in creating this flyer?

A    Not this one, no.

Q    Okay.  And so was Exodus -- and is it Exodus's sort of policy that -- if somebody has an issue related to the challenge statute at issue in this case, according to this flyer should that person get in contact with Common Cause?

A    They can, or they can let us know as well.

Q    Okay.  I'm going to stop sharing this, I don't think we need this anymore.

        And if they don't get in contact with Common Cause, and they get in contact with Exodus, what

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Rachel Van Tyle

happens then?

A    Well, we haven't had anybody contact us yet.  But what we would do is try to figure out where the issue was, and then see how we can assist.  We may refer them back to Common Cause, or another group.  That's common among nonprofits, to share, not duplicate, resources.

Q    Okay.  Got you.  So if they had an issue with voter registration that sort of became legal in nature, is that something Exodus would assist with?

A    Such as if they didn't have the required documentary proof of citizenship, certainly that's an area where we would step in and assist. But if they're filling out the voter registration form, or concerns about that, we may refer that out since we have limited resources.

Q    Okay.  Got you.  Understood.  You said -- I just want to make sure, but -- so Exodus hasn't had anyone contact them saying I received this notice, and I need help?

A    No, not yet.

Q    Okay.  Okay.  Now, given that, you would expect to get contacts about these challenge statutes?

A    I do.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Rachel Van Tyle

Q   Okay.  And, at this point, what would the expectation be in terms of how many people, that sort of thing?

A   I'm not sure, but -- yeah, I'm just -- I'm not sure.

Q   Is it your understanding that the -- the contracts have been in place since July 1st of 2025, does that sound right?

A   Yes.

Q   And do you have any sort of idea why Exodus hasn't been contacted yet, if people have been going through this process?

       MR. SNOW:  Objection.  Calls for speculation.  You can answer.

       THE WITNESS:  Yes, I can answer?

A   Okay.  There was not an election last year, so I don't think that it was a thing people were worried about.  I do think with the upcoming November midterm elections, that it will be more of a concern.

Q   Got you.  What about the primaries, did anyone contact you about the primary?

A   No.

Q   Okay.  So I guess at that point my question is, what is the reason that you expect to get more

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Rachel Van Tyle

contacts later in the year?  If people have already voted in the primary, and have already started registering to vote, why would -- why would that be delayed, and why would you anticipate that change?

A  I know some Exodus clients were on the list that was provided in the course of this litigation, and so I don't know exactly how many, we just checked a few names.  But I anticipate those individuals will reach out to us, you know, maybe when they start to -- maybe they haven't gotten the letter yet, I don't know.  But I will assume there are some names on that list.

Q  Okay.  Got you.  And did you -- do you recall the names on it, did they -- do you recall seeing when they were sent the notice, or if they were sent the notice, or anything like that?

A  I do not recall.

Q  All right.  And I want to share something else with you.  This was disclosed by Exodus, and I'm going to share this as Exhibit 2.

        (Defendant(s) Deposition Exhibit(s) 2 marked for identification.)

Q  Okay.  Do you see a Power Point slide?

A  Yes.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Rachel Van Tyle

Q    Okay.  Can you tell me -- so this is a legal update Power Point from March 12, 2024; is that not correct?

A    I didn't make the Power Point so I'm not sure, but based on reading it, yes.

Q    Okay.  And is this a -- I mean a Power Point that was produced by Exodus.  I would assume Exodus may be a recipient of this Power Point, does that sound right?

A    I think it was in the course of some email that was provided to us --

Q    Okay.

A    -- and in discovery we turned it over.

Q    Okay.  Got you.  Has Exodus had to create any specific training materials addressing the challenge statutes?

A    No, not to the general public.

Q    Okay.  Got you.  I think we're done with this Power Point, I just wanted to make sure I had that.

     So you said not to the general public, have you had to produce -- or, I'm sorry, have you had to create training materials specific to the challenge statutes for staff training?

A    Not like materials specifically, but definitely

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Rachel Van Tyle

some talking points, some examples, things like that, yeah.

Q   And how are those talking points broadcast?

A   They could be at our weekly staff meeting, I've addressed it a few times, and/or at some specific legal meetings.

Q   Okay.  Is that the -- as you mentioned before, the 5 or 10 minutes every other week regarding voter -- voting issues; is that right?

A   That would be our legal team meeting.  We have a full Exodus staff meeting weekly.

Q   All right.  What is the substance of those talking points?

A   Well, when it was in committee, we talked about the challenges to that.  Once it passed, we talked about what happened.  And then more recently we talked about what individuals -- what clients might see, and how staff should react to that.

Q   Okay.  And in terms of how staff should react, is that where the flyer from Common Cause comes into play?

A   Yes.  And then also warning the legal team if they receive one of those letters...

Q   Okay.  Got you.  All right.  Has Exodus attended

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Rachel Van Tyle

any events, or held any events to the public, related to the challenge statutes?

A    No.  Not that I'm aware of, I guess.

Q    All right.

MR. OBERDORF:  We're about 30 minutes in, we're making pretty good time, it might be a good time to take just a 5-minute break so we can reflect, or if you want to speak to counsel you have a chance to do that.  So I think we can go off the record for about 5 minutes, and then come back on at 10:36.

MR. SNOW:  Just a moment, Counsel.  Do you intend to introduce the Notice of Deposition as an exhibit to the deposition?

MR. OBERDORF:  I wasn't going to, no.

MR. SNOW:  I think you should, just because it gets to topics that Ms. Van Tyle was asked to prepare for, and it's also just good practice, but it's your deposition.

MR. OBERDORF:  Thank you.

(A brief recess was taken 10:30 a.m.)

(Testimony resumes 10:38 a.m.)

MR. OBERDORF:  We can go ahead and get started again.  We can go back on the record.

Q    Okay.  So we are back on the record.  I have a

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Rachel Van Tyle

few more questions for you, Ms. Van Tyle.

Now, I want to talk to you a little bit about -- about responding to the challenge statutes.  So you mentioned that you had to adjust trainings, and that it's come up in meetings, and you prepared staff to respond if someone were to contact you.  What activities or programs have you had to curtail, or change based on that?

A    Well, since we haven't had anybody yet need that assistance, we haven't.  But if we did have somebody call, we would have to -- we have limited capacity with current staffing, so we might be able to do one -- help somebody get one proof of citizenship, but that might mean we can't do two green cards, something like that.

So it would be difficult for us to complete work, because we -- we are -- we have limited time and capacity, so -- and the individual would be -- because of the 30-day timeline is so short, and not compatible with immigration, we would need to do it expedited, which would require more intensive work on our part.

Q    Got you.  Okay.  So, as it stands, there's not necessarily been anything that you had to change

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Rachel Van Tyle

so far, but you anticipate that you will have to; is that fair to say?

A   I would say that's correct, yes.

Q   Okay.  All right.  And something I didn't ask before.  Where is Exodus located?  Does Exodus keep standing offices?

A   Yes.  We have physical locations in both Indianapolis, and in Bloomington.

Q   Okay.  And can clients, or members of the public who need services go to either of those locations?

A   Yes, from anywhere in the state.

Q   Okay.  Is that how most of the business -- in terms of the legal services, is that how -- is that how it's done, or do people reach out via email, phone, that sort of thing?

A   So we have walk-in intakes for clients that are previously known to Exodus.  And then we also have a phone line, email.  And then if clients -- like if they're existing clients, or they're former clients, they may reach out to us directly as opposed to the general legal line.  Plus, we're well known in the immigrant community, so we get a lot of referrals from other members.

Q   Got you.  So you can -- so if somebody -- you can

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Rachel Van Tyle

provide some translation services -- or, I'm sorry, interpretation services in-house; is that correct?

A    We have some staff, but we also -- we aim to provide services in the client's best language, so we also have contracted interpreters, and an interpretation service.

Q    Okay.  Got you.  And we discussed before, Exodus doesn't help voters register, but you would help if a registered voter had an issue; is that correct?

A    Correct.

Q    Okay.  I just -- as a final matter, I'm going to share with you what I'm designating as Exhibit 3.

        (Defendant(s) Deposition Exhibit(s) 3 marked for identification.)

Q    This will be very quick.  Do you recognize Exhibit 3?

A    Yes.

Q    Okay.  And is this the Notice of Deposition that made you aware of the deposition?

A    Yes.

Q    Okay.  And the Deposition Topics here, did you prepare for this deposition based on those topics?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Rachel Van Tyle

A      Yes.

       MR. OBERDORF:  Okay.  I have no further questions.

       MR. SNOW:  Thank you, Counsel.

CROSS-EXAMINATION,

       QUESTIONS BY RYAN SNOW:

**Q      Ms. Van Tyle, I have just a few.  And I'm going to go -- you were asked what activities Exodus has had to curtail, and could you expand on your answer, just in terms of your earlier testimony about providing translation, and materials, and, you know, the retraining that you've had to do of your attorney staff?**

A      Sure.  So we've had to review -- specifically retrain attorney staff on how to do the kinds of applications and forms that are required to obtain the documentary proof of citizenship, such as filing for a certificate of citizenship, or filing for a consult form from abroad, or a replacement certificate.  So we have done some training.  Some of my attorneys are a little bit newer, and so I have had to train them on how to do that.

       We also provide translation services, and we've done some -- I believe we assisted in

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS