Lucinda Delgado

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LEAGUE OF WOMEN VOTERS OF    ) CAUSE NO. 1:25-CV-02150-MPB-
MJD INDIANA; COMMON CAUSE    )
INDIANA; HOOSIER ASIAN       )
AMERICAN POWER; AND EXODUS   )
REFUGEE IMMIGRATION,         )
                             )
    PLAINTIFFS,              )
                             )
v.                           )
                             )
DIEGO MORALES, IN HIS        )
OFFICIAL CAPACITY AS         )
SECRETARY OF STATE FOR       )
INDIANA; J. BRADLEY KING, IN )
HIS OFFICIAL CAPACITY AS     )
CO-DIRECTOR OF THE INDIANA   )
ELECTION DIVISION; AND ANGELA)
M. NUSSMEYER, IN HER OFFICIAL)
CAPACITY AS CO-DIRECTOR OF   )
THE INDIANA ELECTION         )
DIVISION,                    )
                             )
    DEFENDANTS.              )

         The deposition upon oral examination of

LUCINDA INDIANA DELGADO VICTORIANO, a witness produced and

sworn before me, Trisha B. Morley, a Notary Public in and

for the County of Dearborn, State of Indiana, taken on

behalf of the Defendants via Zoom on the 28th day of May

2026, commencing at 2:30 p.m., EDT pursuant to the Federal

Rules of Trial Procedure.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.



Lucinda Delgado

                        APPEARANCES


FOR MS. VICTORIANO:       Sharon Cruz, Esq.
                          GILES LAW GROUP
                          6036 E. Washington Street
                          Indianapolis, Indiana 46219
                          scruz@gileslawgroup.com

FOR THE PLAINTIFFS:       Conner Kozisek, Esq.
                          Chicago Lawyers' Committee for Civil Rights
                          25 East Washington Street, Suite 1300
                          Chicago, Illinois 60602
                          ckozisek@clccrul.org

                          Ryan Snow, Esq.
                          Lawyers' Committee for Civil Rights Under Law
                          1500 K Street, NW, Suite 900
                          Washington, D.C. 20005
                          rsnow@lawyerscommittee.org

                          Ami Gandhi, Esq.
                          Chicago Lawyers' Committee for Civil Rights
                          25 East Washington Street, Suite 1300
                          Chicago, Illinois 60602
                          agandhi@clccrul.org

FOR THE DEFENDANTS:       John E. Oberdorf, Esq.
                          Deputy Attorney General
                          OFFICE OF ATTORNEY GENERAL TODD ROKITA
                          Indiana Government Center South
                          5th Floor
                          302 West Washington Street
                          Indianapolis, Indiana  46204-2770
                          John.Oberdorf@atg.in.gov


                        EXAMINATION
                                                    PAGE

    By Mr. Oberdorf                                   3
    By Ms. Cruz                                      39


                        EXHIBITS

          (Retained by defense counsel)
Exhibit 7                                             4

855-204-8184        Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com      Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Lucinda Delgado

LUCINDA INDIANA DELGADO VICTORIANO, having been duly sworn to tell the truth, testified as follows:

EXAMINATION

BY MR. OBERDORF:

Q.  Now, Ms. Victoriano, do you go by Lucy?

A.  Yes.

Q.  Now, Lucy, have you ever participated in a deposition before?

A.  No.

Q.  Just a few ground rules.  So this is being recorded.  There is video, but it's the audio that's being recorded.  So if your answer to a question is a yes or no, I would just ask that you not -- I mean, you can nod your head, but accompany that with an audible yes or no. Shaking your head or nodding your head just doesn't appear on the recording.  Okay?

A.  Okay.

Q.  And if you need to break to speak to your attorney, just please let us know?

A.  Okay.

Q.  I'm going to start with just a few basic questions here.  Is your full name Lucinda Indiana Delgado Victoriano?

A.  Yes.

Q.  And you are 39 years old, correct?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Lucinda Delgado

A.   Correct.

Q.   And you live in Indianapolis?

A.   Yes.

Q.   So I want to talk a little bit about the declaration you signed that has been filed in this case. That is going to be an exhibit, and so for the purposes of the reporter, I will email you that exhibit.  And then I'll share my screen so that you can see what I'm talking about here.

(Exhibit 7 was marked for purposes of identification.)

Q.   Now, Lucy, do you see Exhibit 7 on your screen?

A.   Yes.

Q.   And as I scroll down, do you see where it says, "Declaration of Lucinda Indiana Delgado Victoriano"?

A.   Yes.

Q.   Okay.  Do you recognize this document?

A.   Yes.

Q.   And how do you recognize this document?

A.   Because I said these things, and I have the document.

Q.   Gotcha, okay.  So I want to talk a little bit about some of what's in here.  So, as you've noted, you became a citizen in 2021, and your first time registering to vote, if I'm doing the math correctly, August of 2025;

855-204-8184
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Lucinda Delgado

does that sound about right?

A.  Yes.

Q.  And have you ever been asked to re-register before that, either through an organization or through the BMV or FSSA or anything like that?

A.  I have before that, but I know I wasn't going to be able to because I was not a U.S. citizen yet.

Q.  Gotcha, okay.  And then in November you received a letter stating that you need to provide the office with proof of citizenship within 30 days; does that sound right?

A.  Right.

Q.  And you noted that you stored the letter in your purse with the intent of following through with it, but that notice was destroyed; is that correct?

A.  That's correct.  A water bottle spilled in my purse.

Q.  Okay.  And so you received the letter November of 2026.  Do you know roughly what part of the month you received it?

A.  It was around November.  Oh, you mean the letter I first got?  It was around November.

Q.  Was it early November?  Late November?

A.  I really don't know the exact date.  I just know it was November.  I stored it in my purse, but I just -- I

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Lucinda Delgado

didn't have time.  I don't know the exact date.

Q.  And then when the letter was destroyed, how long was the letter in your purse before it got destroyed?  Do you know, roughly?

A.  Maybe, like, a week and a half.

Q.  And you did not receive any further information from your county election officials; is that right?

A.  No, not after that.

Q.  And so you said the letter was destroyed.  Did you reach out to your county election officials to see if they were going to send you another one or anything like that?

A.  No, because when the letter was destroyed, all the information was on there and I just didn't have anywhere to reach out.

Q.  But you knew the letter was from the Marion County Election Board, right?

A.  Yes.

Q.  Did you ever try to find them online or anything like that?

A.  No.

Q.  Okay.  And you note in paragraph 18 that you thought you received another notification.  Why did you think you received another one?

A.  I just thought I would've received something else

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Lucinda Delgado

just following up with that letter.  That was my first thought, so I was, like, I'm going to just leave it at that.  They'll probably send something else.  Yeah.

Q.  And this was in November.  I know we fast-forward to March, and then you checked the -- you check your voter registration online; does that sound right?

A.  Yes, I did.

Q.  And based on that, have you taken any further action?

A.  I did.  After I went online, they sent me a letter, the same exact letter that had been destroyed in my purse before, for me to send my U.S. citizenship certificate.  So I had it ready, because from the first letter, I was getting ready for it, but I just never got to it.  So I had the information on my phone, and I went to go print it and I sent it to them.

Q.  Since then have you been able to confirm that they received that or --

A.  Yep.  Then sent me a letter back, just recently, that I was going to be able to vote now.

Q.  Gotcha, good.  I want to fast-forward in this document.  There's two exhibits attached to it.  One is just a screenshot of your online voter registration, or the portal showing that you were registered.  And here with have a VRG 26, which is the notice instruction from

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Lucinda Delgado

the county election board to verify proof of citizenship of voter.  Now, was this a second letter that they sent?

A.  Yes.  This is the second one.  The first one they sent was the one that got destroyed.  It was exactly like this one.

Q.  Okay.  And when did you receive this?

A.  This one, I would say March 31st, around that date, the end of March.

Q.  So you re-registered and then you received this?

A.  This is in response of me going online saying I want to re-register, yes.

Q.  And how many days after you registered do you think you received this?

A.  You mean this letter?

Q.  Yes?

A.  About 15 days.

Q.  Okay.

A.  I registered on the 14th of March.  That's when I went online and registered.

Q.  So you note in the declaration that this process was frustrating, and I can understand that.  But you have been able to re-register, and so in terms of the second registration that you completed, did you find that process difficult?

A.  Yeah, sort of, because, I mean, I would've wanted



855-204-8184
www.lexitaslegal.com    Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

Lucinda Delgado

to just be in the system as, like, I could vote already instead of having to send proof of my citizenship like I did.  It was kind of like I had to go out of my way to get things and stuff to you, things like that.  I had to go to FedEx.  I did have a printer and all that.  Sometimes you're so busy, it's just...

**Q.  Gotcha.  And I'm not asking for specific information about anybody, but are you aware of anyone else who's had a similar experience?**

A.  No, not of the same situation.

**Q.  You note in paragraph 22 that you believe that this policy will convince nationalized U.S. citizens like me not to participate in elections.  So do you think that there's other people that would receive the notice and just not follow through at all?**

A.  Yeah.  There's other people.  There's language barriers.  There's all types of things to keep people from doing all this.  For me, it was easier because I was raised here from a young age, but there's a lot of other people that don't have it like that, so it's not as easy.

MR. OBERDORF:  Okay.  Well, I thank you.  I don't have any other questions.  I'll turn it over to plaintiff's counsel.

MS. CRUZ:  I'm going to do just a little bit of questioning, if you don't mind, Counsel?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Lucinda Delgado

        MR. OBERDORF:  Yeah, whatever the order is.

        MS. CRUZ:  Thank you.

                    EXAMINATION

BY MS. CRUZ:

    Q.  Lucy, you said you got a bit busy; is that right?

    A.  Uh-huh.

    Q.  Can you kind of describe what your life is like?

    A.  Well, I work a full-time job.  I have three kids. So when I get off work, I have to go make dinner, get my kids ready for school.

    Q.  How old are your kids?

    A.  One is 18, one is 16 and one is 9.  I also have pets, so it's a lot going on, a lot of appointments all the time.  A lot of things you have are seemingly more important that taking care of that at the time, and my job is really draining.  When I get home, I'm really stressed out.

    Q.  For the record, what is that you do?

    A.  I'm in property management, so I work with moving people in to apartments and stuff like that.

    Q.  So leasing --

    A.  Yep.

    Q.  How many units does your apartment complex have?

    A.  512.  It is stressful.

    Q.  How long have you been at this job?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS