Ariadna Sanchez

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
CASE NO. 1:25-cv-02150-MPB-MJD


LEAGUE OF WOMEN VOTERS OF                )
INDIANA; COMMON CAUSE INDIANA;           )
HOOSIER ASIAN AMERICAN POWER; and        )
EXODUS REFUGEE IMMIGRATION,              )
                                         )
                                         )
                Plaintiffs,              )
                                         )
        vs.                              )
                                         )
DIEGO MORALES, in his official capacity as    )
Secretary of State for Indiana; J. BRADLEY    )
KING, in his official capacity as Co-Director )
of the Indiana Election Division; and         )
ANGELA M. NUSSMEYER, in her official          )
capacity as Co-Director of the Indiana        )
Election Division,                            )
                                         )
                Defendants.              )


     The deposition upon oral examination of Ariadna
Rubi Tejeda Sanchez, the deponent produced and
sworn before me, Lindsay Bola, Notary Public in and
for the County of Boone, State of Indiana, taken on
behalf of the defendants at the office of Indiana
Attorney General, 302 West Washington Street, 5th
Floor, Indianapolis, Marion County, Indiana, on the
3rd day of June 2026, commencing at 1:30 p.m.,
pursuant to the Federal Rules of Civil Procedure,
with written notice as to the time and place.



855-204-8184          Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com    Nevada Registration #116F. California Firm Registration #179.

Ariadna Sanchez

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

    Samantha Heyward, Esq.
    LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS UNDER LAW
    1500 K Street NW, Suite 900
    Washington, DC 20005
    sheyward@lawyerscommittee.org


ON BEHALF OF THE DEFENDANTS:

    John E. Oberdorf, Esq.
    OFFICE OF THE INDIANA ATTORNEY GENERAL
    302 West Washington Street
    Fifth Floor
    Indianapolis, IN 46204
    john.oberdorf@atg.in.gov

    I N D E X   O F   E X A M I N A T I O N

                                                PAGE

    DIRECT EXAMINATION...................... 3
       Questions by Mr. Oberdorf
    CROSS-EXAMINATION...................... 11
       Questions by Ms. Heyward


         I N D E X   O F   E X H I B I T S


    Defendants' Deposition Exhibits

    Exhibit 1. Declaration................ 3

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Ariadna Sanchez

A R I A D N A   R U B I   T E J E D A   S A N C H E Z, the witness herein, having been first duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

DIRECT EXAMINATION

QUESTIONS BY MR. OBERDORF:

Q.   We are here on Civil Action No. 1:25-cv-02150. My name's John Oberdorf, deputy attorney general.  I am here with Ms. -- do you go by Rubi Sanchez?  What is the --

A.   I go by Rubi Tejeda.

(Defendants' Exhibit No. 1 marked for identification.)

Q.   Okay.  Now, Ms. Tejeda, I'm going to show you what has been marked as Defendants' Exhibit 1. Do you recognize what this is?  There's a cover page that you don't need to worry about, but do you recognize that document?

A.   I do.

Q.   All right.  And what's that document?

A.   It is declaration of Ariadna Rubi Tejeda Sanchez.

Q.   And do you recall completing this document?

A.   Sorry; what was that again?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Ariadna Sanchez

Q.   Do you recall completing this document?

A.   Yes.

Q.   Okay.  Do you recall when exactly that was?

A.   When exactly?

Q.   Yes.

A.   No.  I do remember signing it in April.

Q.   Okay.

A.   April 30, if I'm not mistaken.

Q.   Yeah.  I see that date here, April 30.  Okay. Now, before I go into any specific questions on that, have you ever been in a deposition before?

A.   I have.

Q.   Okay.  Just as a reminder, any answers you give you can give just a verbal yes/no/I don't know, whatever, just because the nodding and things don't show up.

A.   Okay.

Q.   So as I'm going through this document, I just had a few questions for you.  So you last renewed your driver's license in 2021; is that right?

A.   That's correct.

Q.   Okay.  And then you became a citizen in September 2022?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.



Ariadna Sanchez

A.   That's correct.

Q.   Okay.  And you note in your declaration that because you renewed your driver's license shortly before your naturalization ceremony and it was still valid and unexpired that you thought the license would be acceptable for identification purposes, including for the voter registration process.  Was that based on something somebody told you or something you read?

A.   I thought that government branches sort of communicated, and so I thought it would automatically happen.

Q.   Okay.  Gotcha.  Okay.  And you registered to vote online?

A.   Yes.

Q.   Did you have any help with that?

A.   No.

Q.   Okay.  And then you received a letter in the mail stating that you needed to present proof of citizenship or your registration can be canceled; does that sound familiar?

A.   Yes.

Q.   Talk to me about sort of what happened then. What was sort of your thought process at that

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.



Ariadna Sanchez

point?

A.   Well, I intended on submitting the proof of citizenship, but I was only given the option to do it by mail.  Like, I was never given the option to do it online.  So, again, I intended on doing it, but then the 30 days lapsed and I was subsequently mailed a letter saying that my registration was rejected for lack of proof of citizenship.  And, honestly, I just -- I didn't keep track of how many days I had, essentially.

Q.   Okay.

A.   I didn't receive any reminders either, like, by email.  Because I believe I received a confirmation of my registration by email, but I didn't receive any reminder afterwards to submit my proof of citizenship.

Q.   Okay.  And had you attempted to contact the election official that sent you that notice at all?

A.   I did not.

Q.   Okay.  Do you recall how long it was after the 30-day window when you had realized that you hadn't been able to complete it?

A.   I realized it when I received the letter,

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Ariadna Sanchez

which would have been, maybe, based on a guesstimate here, maybe two weeks after my registration was rejected.

Q. Okay. So you received a letter. What did that letter say?

A. That my registration to vote was rejected.

Q. Okay. Okay. All right. You received that about two weeks after the 30-day window would have closed, roughly?

A. Yeah.

Q. All right. And when you received that letter, what did you do next?

A. I didn't take any action after that. I intended on restarting the process, but I didn't do it again until, I believe, March when I re-registered.

Q. Okay. All right. And when you re-registered, how did you register?

A. Again, online.

Q. And same question as before, did you have any assistance?

A. No.

Q. All right. And when you re-registered, what happened then?

A. I knew what to expect based on my initial

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Ariadna Sanchez

experience, so by the time I re-registered, I took it upon myself to make a copy of my U.S. passport so that when the letter did arrive I had that ready to send out by mail.

Q.   Okay.  And how did you make that copy?

A.   I had to take my passport to my job to make a copy of it there.

Q.   Okay.  So you used, like, a copier at work?

A.   Yes.

Q.   Okay.  I realize hindsight's 20/20, but could you have done that originally?

A.   I could have.

Q.   Okay.  Okay.  And once you copied that passport, you mailed it back to the election board; is that correct?

A.   Yes.

Q.   And had you been given, like, a postmarked envelope or anything to send that back?

A.   I did receive an envelope.  I couldn't tell you if it was postmarked.  I did receive an envelope.

Q.   Okay.  And so all in, in terms of the steps you had to take, you had to get your -- you received a letter stating you had to provide the documentation, based on that letter you

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Ariadna Sanchez

took your passport to your job to get copied, so you print out, I assume, like a one-page scan of your passport, you put it in the envelope that was provided and send it back through the postal service; does that sound fair?

A.    Uh-huh.

Q.    How long do you think that took you?

A.    I mean, I took my passport with me one day of the week, and then, basically, I sent the mail back out a day later.

Q.    Okay.  All right.  And you note in your declaration that there was nothing specific on the registration confirmation about whether you'd be able to vote in the primary election. And I don't want to know who you voted for or anything like that, but did you end up voting in the primary?

A.    I did.

Q.    Okay.  And have you received any notice if that was rejected or anything like that?

A.    I have not.

Q.    Okay.  Okay.  You mentioned that there's no online option.  So you do understand, right, that the notice you received was from the

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Ariadna Sanchez

Marion County Board of Voter Registration, and so at the county level they don't have an online way of submitting that. But you do understand, right, that there's a distinction between that and the state entity that's part of this case, which is the Indiana Election Division of the Secretary of State's office; do you understand that?

MS. HEYWARD: Objection; calls for legal conclusion, but you may answer.

A. I was going to say I don't think that's common knowledge, but, okay.

Q. Fair enough. Okay. At one point in your declaration you note that you thought your driver's license would be acceptable for the voter registration process. Had anyone told you that would be the case, or was that based on something you heard?

A. As I mentioned earlier, I thought that when I became a citizen the record would be automatically passed to the BMV or to the State.

Q. Okay. But was that based on something you heard somewhere or something you read?

A. No.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Ariadna Sanchez

Q.    And I think you said this before, so you were assuming that the branches of government communicate with each other; is that correct?

A.    Correct.

MR. OBERDORF:  Honestly, that's all the questions I have.  Pretty short.

CROSS-EXAMINATION

QUESTIONS BY MS. HEYWARD:

Q.    Were you aware of the statutes requiring individuals with temporary credentials to provide documentary proof of citizenship before the first time you registered to vote in October of 2025?

A.    I was not aware.

MS. HEYWARD:  That's all my questions.

MR. OBERDORF:  We're done.

MS. HEYWARD:  We'll read and sign. Can we get an expedited version?

(The proceedings are concluded at 1:44 p.m.)

AND FURTHER THE DEPONENT SAITH NOT.

* * * * *

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS