Beatrix Shelby

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LEAGUE OF WOMEN VOTERS OF )CAUSE NO. 1:25-cv-02150-MPB-MJD
INDIANA; COMMON CAUSE      )
INDIANA; HOOSIER ASIAN     )
AMERICAN POWER; and EXODUS )
REFUGEE IMMIGRATION,       )
                           )
    PLAINTIFFS,            )
                           )
v.                         )
                           )
DIEGO MORALES, IN HIS      )
OFFICIAL CAPACITY AS       )
SECRETARY OF STATE FOR     )
INDIANA; J. BRADLEY KING,  )
IN HIS OFFICIAL CAPACITY   )
AS CO-DIRECTOR OF THE      )
INDIANA ELECTION DIVISION; )
AND ANGELA M. NUSSMEYER,   )
IN HER OFFICIAL CAPACITY   )
AS CO-DIRECTOR OF THE      )
INDIANA ELECTION DIVISION, )
                           )
    DEFENDANTS.            )

The deposition upon oral examination of

BEATRIX SHELBY, a witness produced and sworn before me,

Trisha B. Morley, a Notary Public in and for the County of

Dearborn, State of Indiana, taken on behalf of the

Defendants via Zoom on the 2nd day of June 2026,

commencing at 9:30 a.m., EDT pursuant to the Federal Rules

of Trial Procedure.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.



Beatrix Shelby

Q.  So I am sitting here looking at a document that's labeled "Declaration of Beatrix Hilda Shelby."  Do you recall completing a declaration?

A.  Yes.

Q.  And it looks like you signed that, I think in March; does that sound right?

A.  Yes, correct.

Q.  I'm going to walk you through the declaration I have in front of me here, and we'll kind of go from there. So it looks like -- so you came to Indiana from Germany in the  80s, and you lived in Indiana until about 2010; is that about correct?

A.  Correct.

Q.  And you lived in Michigan for more than a decade. So it looks like your Michigan total, 2025; does that sound right?

A.  Correct.

Q.  Do you recall when you moved back to Indiana?

A.  I moved back in May of  25.

Q.  And you had registered to vote in Michigan before that; is that correct?

A.  Correct.

Q.  Did you have a driver's license in Michigan?

A.  Yes.

Q.  And so going through this declaration, I see in

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Beatrix Shelby

about May of 2025, you would have registered to vote at the FSSA office; does that sound right?

A. Yes.

Q. Okay. And at that time, did you have a driver's license?

A. Yes.

Q. Did you have a Michigan or an Indiana driver's license?

A. Indiana.

Q. And when I say "driver's license," to be clear, I'm talking about like an operator's license for a motor vehicle. You had that? Or did you have an ID?

A. No. I had a Michigan license still, because I moved --

Q. Okay.

A. I am so sorry. I didn't understand the question.

Q. Oh, no worries. So you had registered to vote with FSSA and they took your information or had you fill out an application. Do you recall, was that paper? Did they ask you questions? How did that work?

A. There was a piece of paper and I registered. They helped me, so...

Q. And after that, you didn't hear anything from your county election official indicating anything was wrong with that, correct?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Beatrix Shelby

A.  Correct.

Q.  And what county in Indiana was that in?

A.  That's Stark.

Q.  So have you lived in Stark County the entire time you've been in Indiana since coming back from Michigan?

A.  Yes.

Q.  And then in July, you were issued an Indiana driver's license; is that correct?

A.  Yes.

Q.  In your declaration, you noted that you obtained this license from the Bureau of Motor Vehicles in LaPorte, Indiana; is that correct?

A.  Correct.

Q.  And do you remember when you went to the BMV office?

A.  I know it was in July.  That's all I know.

Q.  Now, you noted before that you had a Michigan driver's license when you moved to Indiana.  So why did you have to go to the office and get a new driver's license?

A.  Because I was registering my vehicle for an Indiana plate.

Q.  And so did they tell you that you needed to get a new driver's license at that time?

A.  Correct.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Beatrix Shelby

Q.   And while you were there, you registered to vote?

A.   Yes.

Q.   So you registered to vote at the FSSA office in May, so did you tell the BMV that you already registered?

A.   I did not hear anything from them, and they were asking me if I wanted to vote, and I said yes.

Q.   But when they said that, did you tell them that you had previously registered?

A.   Yes, but I told them also that I haven't heard anything from them, and so she said, "Oh, we register." You know, "We do registering now," so I did.

Q.   And when you did that, did you have proof of citizenship with you?

A.   Yeah.

Q.   All right.  And did you have to provide proof of citizenship to FSSA for any reason?

A.   No.  I automatically do that, since I knew, when I was moving to Indiana, they might need proof of everything.

Q.   Okay.  But when you went to the FSSA office to complete documents for insurance, or whatever you were doing, did you have to bring, like, your naturalization certificate with your or anything like that?

A.   No.

Q.   And so after that second registration in August,

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Beatrix Shelby

you received a notice; is that right?

A. Correct, a letter.

Q. And what did that notice tell you?

A. That at this time I cannot be registered for voting in Indiana.

Q. So what did you do in response?

A. Well, I did not know what to do. I was very upset and confused, and since my health was not good, I had to wait until I was -- you know, see what I could do.

Q. Okay. And did you end up contacting the county election office or doing anything with that?

A. No. I did not know what to do, so...

Q. And since that time, have you checked on the status of your registration?

A. Yes.

Q. And what is the outcome of that?

A. As of now, I am registered.

Q. You are registered?

A. Now I am, yes.

Q. Did you complete a third registration?

A. Yes, at the -- yeah, at the place for my driver's license.

Q. When was that?

A. That was in -- one second. I have to think.

Q. Take your time.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Beatrix Shelby

A.  I know I still lived, at this time, with my daughter, and I moved in to my apartment in October.  And so it was after -- in this year, in March.

Q.  So in March of 2026, you re-registered?

A.  Correct.

Q.  And did you receive, like, a notice that you had to provide additional documentation?

A.  That was end of March I finally got a notification.

Q.  I'm sorry.  What notification?

A.  That I'm registered.

Q.  But did you have to provide proof of citizenship this time?

A.  Yes, sir.

Q.  And how did you do that?

A.  Well, like I said, I moved to my new apartment, and after unpacking all my boxes, I had my literal proof of U.S. citizen, and that's what I brought.

Q.  Gotcha.  Oh, so you brought that when you registered?

A.  Yeah, the last time.  Correct.

Q.  And what office did you go to to register?

A.  That was Knox, Indiana.

Q.  Was it, like, a specific agency or the county election?  Who was it?

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Beatrix Shelby

A.  That was the driver's license.  I had to renew my driver's license with the new address for my apartment, and I registered -- I thought I'd try again, and I registered.

**Q.  Okay, gotcha.  So how did you hear about this litigation?  And when I say "this litigation," I mean the case that your declaration ended up being filed under?**

A.  I tried to answer the phone in February, and a lady was on the phone.  And I was surprised that she knew I couldn't registered, and so I told her my story and that I was very upset.

**Q.  And do you recall who that was?**

A.  I forgot her name.

**Q.  And so you complete the declaration, but then I think this declaration is signed March 19th, so it would've been after that that you would have re-registered to vote, and your registration was accepted?**

A.  Yes.

**Q.  And you didn't have to provide anything after the fact, right?**

A.  Correct.

MR. OBERDORF:  Bear with me one second.  I'm just going through my notes.

**Q.  Did you have to have somebody drive you to Knox to go to the BMV?**

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS™

Beatrix Shelby

A.  Yes.

Q.  So you don't -- why is that you don't drive?

A.  I was not allowed to drive at this time because I had two major surgeries, and my doctor did not allow me to drive.  But I'm all better now.

Q.  Good.  Oh, another question for you: When you initially got your driver's license, did it indicate -- was there any indication on it that it was non-citizen status or anything like that?

A.  Not that I'm aware of.

Q.  You mentioned the call in February you received from the woman asking if you had been able to register to vote.  Did anyone help you re-register to vote after that?

A.  No.

Q.  I mean, so the only assistance you would've had would've been your daughter driving you to the BMV; is that right?

A.  Correct.

        MR. OBERDORF:  I don't think I have any more
        questions.  Thank you.

        THE WITNESS:  Thank you.

        MS. GANDHI:  This is Ami Gandhi, Counsel for
        Miss Shelby.  I have questions, if I may, but I
        don't want to interrupt you, John, if you're
        still going.

855-204-8184
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS

Beatrix Shelby

MR. OBERDORF:  Nope.  You're good to go.

MS. GANDHI:  I just have two questions, Ms. Shelby.

EXAMINATION

BY MS. GANDHI:

Q.  Can you please describe the difficulty that prevented you from responding to the notice requiring documentary proof of citizenship within 30 days?

A.  Yes.  First of all, I have no computer, no internet, no way of printing anything out.  I was really stuck in my apartment because I was too sick.

Q.  Thank you.  And my last question for you is:  How did it make you feel to be told you needed to prove your citizenship again, given that you had already provided your naturalization certificate to the BMV and had successfully voted in Michigan as well?

A.  I was very upset.  I thought Indiana does not have everything together.  I thought Michigan, doesn't matter what state you are, you should be automatically registered for voting.

MS. GANDHI:  Thank you.  I have no further questions.

MR. OBERDORF:  I just have one question off of those questions.

EXAMINATION

855-204-8184
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F. California Firm Registration #179.

LEXITAS