# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

LEAGUE OF WOMEN VOTERS
OF INDIANA et al.,

        Plaintiffs,

        vs.

MORALES et al,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-02150-MPB-MJD

## <u>DECLARATION OF KEGAN PRENTICE</u>

I, Kegan Lawrence Prentice, being duly sworn upon oath and under penalty for perjury, state that the following is true and correct to the best of my knowledge and is based on my personal knowledge or information available to me in the course of my official duties.

1. My name is Kegan Lawrence Prentice, and my business address is 200 W. Washington St., Room 201, Indianapolis, IN 46204. I am over the age of 18, have personal knowledge of the subject matter, and am competent to testify concerning the matters in this declaration.

2. I currently serve as Deputy General Counsel and Legislative Director for the Indiana Secretary of State. In that role, I provide legal counsel and legislative support on matters related to the office's responsibilities. After laws are enacted and become effective, I assist with their implementation and any necessary follow-up, including the proof of citizenship statutes that are being challenged in this matter.

3. I understand that Plaintiffs, League of Women Voters of Indiana; Common Cause of Indiana; Hoosier Asian American Power; and Exodus Refugee, have filed a lawsuit against

- 1 -

- 2 -

Secretary of State Diego Morales and Co-Directors of the Indiana Election Division J. Bradley King and Angela M. Nussmeyer in which they seek to enjoin Indiana Code §§ 3-7-38.2-7.3 and 3-7-26.3-37.

4.  In the course of my duties, I have investigated potential instances of ineligible voters.

5.  In the course of my investigation, I have uncovered instances of non-citizens who registered to vote and subsequently voted. Specifically, by comparing Bureau of Motor Vehicle driver registration information with voting records, it appears that there have been noncitizens who represented they were a citizen and registered to vote. I have found substantial evidence of at least three specific instances of noncitizens registering to vote and voting.

6.  Since the investigation is ongoing, I anticipate finding additional occurrences of noncitizens who registered to vote and voted.

## Verification

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: June 11, 2026                     _____
                                         DECLARANT

- 2 -