**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA; COMMON CAUSE INDIANA; HOOSIER ASIAN AMERICAN POWER; and EXODUS REFUGEE IMMIGRATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>DIEGO MORALES, in his official capacity as Secretary of State for Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>*Defendants.* | Civil Action No. 1:25-cv-02150-MPB-MJD |

**SUPPLEMENTAL JOINT REPORT ON THE STATUS OF DISCOVERY**

Pursuant to the April 15, 2026, Scheduling Order (Dkt. 80), the Parties in *League of Women Voters of Indiana, et al. v. Morales, et al.*, 1:25-cv-02150, jointly submit this supplemental report regarding the current status of discovery.

**1.      A detailed description of all discovery completed within the preceding 28 days.**

*a.      Joint Statement*

The Parties continue to be actively engaged in discovery. Since the Supplemental Joint Report on the Status of Discover, dated May 26, 2026 (hereinafter, "May 26 Supplemental Joint Report") (Dkt. 89), Plaintiffs have not made additional productions.

Defendants have produced the following discovery responsive to Plaintiffs' discovery requests:

> i.      Two spreadsheets produced June 3, 2026, in supplemental response to Plaintiffs' request No. 1 in Dkt. 17-1.

Further, in response to the April 29, 2026, subpoena to the Indiana Bureau of Motor Vehicles ("BMV"), the BMV has made two productions, including:

    ii.    6 documents produced on May 29, 2026; and

    iii.    13 documents produced on June 9, 2026.

Additionally, Defendants have completed the Federal Rules of Civil Procedure ("FRCP") 30(b)(6) depositions of Plaintiffs. Since the May 26 Supplemental Joint Report, Defendants have conducted the following FRCP 30(b)(6) depositions:

    i.    The deposition of Common Cause Indiana's designee, Julia Vaughn, was taken on May 28, 2026; and

    ii.    The deposition of Exodus Refugee Immigration's designee, Rachel Van Tyle, was taken on June 9, 2026.[1]

In addition, Defendants have completed several depositions of an expert and third-party declarants since the May 26 Supplemental Joint Report, including:

    i.    The deposition of Plaintiffs' expert witness, Dr. Michael P. McDonald, was taken on May 26, 2026;

    ii.    The deposition of third-party declarant, Lucinda Indiana Delgado Victoriano, was taken on May 28, 2026;

    iii.    The deposition of third-party declarant, Beatrix Shelby, was taken on June 2, 2026;

    iv.    The deposition of third-party declarant, Ariadna Rubi Tejeda Sanchez, was taken on June 3, 2026; and

---

[1] The deadline to take the deposition of Exodus Refugee Immigration was extended to June 9, 2026. Dkt. 91.

> v. The deposition of third-party declarant, Carola Susanne Clark, was taken on June 5, 2026.

On June 4, 2026, Plaintiffs served Defendants their Second Set of Requests for Production. Any responses and objections must be served by July 6, 2026. Additionally, on June 17, 2026, Plaintiffs served Defendants with their First Set of Interrogatories. Any responses and objections must be served by July 17, 2026.

**2.   A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

   a.   *Joint Statement*

As previously described in the May 26 Supplemental Joint Report, Defendants agreed on May 1 to provide an updated and corrected list containing all individuals identified through the Challenged DPOC Provisions on a continuous basis. Defendants produced two lists on June 3, 2026, and an earlier unaltered version of one of the lists on June 16. Defendants agreed during a meet-and-confer on June 15, 2026, to provide descriptions of the lists, including the date each list was pulled, as they have done for previous lists. Defendants provided descriptions of the lists on June 22, 2026.

On June 9, 2026, Plaintiffs informed Defendants that they will seek FRCP 30(b)(6) depositions of the Secretary of State and the Indiana Elections Division. Plaintiffs also informed Defendants' counsel, who represent third-party BMV, that they intended to take an FRCP 30(b)(6) deposition of that entity. Plaintiffs and Defendants met and conferred concerning these depositions on June 15, 2026. At the June 15 meet-and-confer, counsel for Defendants confirmed that they were gathering the availability of the potential designees for Defendants and confirmed that depositions in mid-July and August were reasonable targets for the depositions. Plaintiffs intend

to serve formal notices and topics. On June 18, 2026, Plaintiffs informed Defendants that they will seek the deposition of Kegan Prentice, who submitted a declaration in support of Defendants' opposition to Plaintiffs' preliminary injunction motion. As of the date of filing this Supplemental Joint Report, these depositions have yet to be scheduled.

**3.     A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

   *a.     Joint Statement*

At the June 15 meet-and-confer, Plaintiffs and counsel for Defendants discussed concerns with one of the documents produced in the latest BMV document production, in which a thread of emails from seemingly different custodians was condensed into a 386-paged single document. Counsel for Defendants also represent the BMV. Counsel advised Plaintiffs that they are conferring with the BMV to remedy the production and anticipate separate email threads will be provided to Plaintiff by end-of-business on June 24, 2026.

The Parties continue to meet and confer regarding the timing of Defendants' periodic production of updated lists that are complete and accurate in including all individuals identified through the Challenged DPOC Provisions as of the date the list is created. Multiple counsel for both Parties will continue to be responsible for resolving any disputes as to the timing for periodic production of updated lists.

Defendants have agreed to provide descriptions of the lists produced on June 3 and June 15, 2026, including the date each list was pulled, as they have done for previous lists, as soon as possible. Defendants provided descriptive information to Plaintiffs on June 22, 2026.

4.  **A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

    a.  *Joint Statement*

    Within the next 28-day period, the Parties will schedule the FRCP 30(b)(6) depositions of Defendants and the BMV.

    Lastly, within the next 28-day period, Responses and Objections to Plaintiffs' Second Set of Requests for Production and Interrogatories will be due.

5.  **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

    a.  *Joint Statement*

    The Parties have no updates with respect to all known remaining discovery to be completed in this matter, beyond what has been previously described.

6.  **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

    a.  *Joint Statement*

    The Parties have no updates with respect to additional discovery issues. The Parties continue to reserve their right to identify and conduct additional discovery as needed before the fact discovery deadline and before the expert discovery deadline.

    b.  *Plaintiffs' Supplemental Statement*

    Plaintiffs anticipate conducting additional discovery before the August 21, 2026, fact discovery deadline, potentially including, but not necessarily limited to: (i) participating in expert discovery; and (ii) issuing additional third-party subpoenas, including for depositions.

    c.  *Defendants' Supplemental Statement*

Defendants do not anticipate conducting additional discovery before the discovery deadline but reserve their right to do so.

Dated: June 22, 2026

Respectfully submitted,

/s/ Daniel Bowman
William R. Groth (Ind. Bar No. 7325-49)
Daniel Bowman (Ind. Bar No. 31691-49)
Bowman Legal Services, LLC
9292 N Meridian Street, Suite 311
Indianapolis, IN 46260
(317) 912-3220
daniel@bowmanlegalservices.com
wgroth@fdgtlaborlaw.com

/s/Aneel Chablani
Aneel Chablani*
Ami Gandhi (Ind. Bar No. 38542-53)
Conner Kozisek*
Chicago Lawyers' Committee for Civil Rights
25 East Washington Street, Suite 1300
Chicago, IL 60602
(312) 630-9744
achablani@ciccrul.org
agandhi@ciccrul.org
ckozisek@ciccrul.org

/s/ Robert Weiner
Robert Weiner*
Ryan Snow*
Grace Thomas*
Samantha Heyward*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900

6

Washington, DC 20005
(202) 662-8600
rweiner@lawyerscommittee.org
rsnow@lawyerscommittee.org
gthomas@lawyerscommittee.org
sheyward@lawyerscommittee.org

*Counsel for Plaintiffs*
\*Appearing Pro hac vice


*/s/ John E. Oberdorf*
John E. Oberdorf
Bradley S. Davis
Deputy Attorney General
Attorney No. 37951-49
OFFICE OF ATTORNEY GENERAL
TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6217 (Oberdorf)
Facsimile: (317) 232-7979
E-mail: John.Oberdorf@atg.in.gov

*Counsel for Defendants*

7

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, a copy of the foregoing was filed by use of the Court's electronic filing system. Parties may access this document through the Court's electronic filing system.

By: */s/ Daniel Bowman* _

      Daniel Bowman