UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA; COMMON CAUSE INDIANA; HOOSIER ASIAN AMERICAN POWER; and EXODUS REFUGEE IMMIGRATION,<br><br>            Plaintiffs,<br><br>v.<br><br>DIEGO MORALES, in his official capacity as Secretary of State for Indiana; JOSEPH MCLAIN, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:25-cv-02150<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO AMEND CASE MANAGEMENT PLAN

Plaintiffs LEAGUE OF WOMEN VOTERS OF INDIANA, COMMON CAUSE INDIANA, HOOSIER ASIAN AMERICAN POWER, and EXODUS REFUGEE IMMIGRATION and Defendants MORALES, KING, and NUSSMEYER, all by counsel, respectfully move the Court to amend the deadlines set forth in the Case Management Plan entered on December 22, 2025 (Dkt. 34). Specifically, the parties seek to modify the deadlines governing expert discovery and dispositive motion briefing to permit the completion of expert discovery prior to the filing of summary judgment motions. In support, the Parties state:

1.     The Parties respectfully submit that good cause exists under Federal Rule of Civil Procedure 16(b)(4) to amend the Case Management Plan (Dkt. 34).

2.     The Case Management Plan (Dkt. 34) currently provides, among other deadlines, that Plaintiffs' dispositive motions be filed on or before September 18, 2026, and that expert

discovery shall be completed no later than January 15, 2027. This sequencing requires the Parties to brief dispositive motions before the close of expert discovery.

3.      Having conferred regarding the nature of the claims and defenses at issue in this litigation, the Parties have determined that expert testimony will be central to the resolution of the pending claims on summary judgment. Plaintiffs anticipate relying on expert reports and related discovery materials related to dispositive motions.

4.      The Parties therefore jointly propose amending the deadlines such that the deadlines for expert discovery precede the deadlines for briefing dispositive motions.

5.      The Case Management Plan currently provides that the Plaintiffs shall serve any reply reports to Defendants' expert reports by September 17, 2026. To allow the Parties sufficient time to prepare and take expert depositions following this deadline, the Parties propose expert discovery close fifteen days following this deadline, on October 2, 2026. The Parties also propose that the deadline for any Party to file objections to preclude expert testimony at trial be thirty days following the submission of briefing on any dispositive motions, on May 5, 2027, to allow the Parties ample time to prepare objections in advance of trial.

6.      The requested modifications do not arise from any failure to prosecute or defend this action, nor from any lack of diligence on the part of any Party. Rather, they reflect the Parties' shared recognition, developed through the course of litigation and discovery planning, that expert discovery will materially inform the summary judgment record. The proposed amendments will promote judicial economy by enabling the Court to resolve dispositive motions on a complete record, thereby reducing the likelihood of successive or supplemental motions following the close of expert discovery.

2

7.    The Parties have conferred and jointly propose amending the Case Management Plan as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert discovery shall be completed no later than this date. | January 15, 2027 | October 2, 2026 |
| Plaintiffs' dispositive motions shall be filed on or before this date. | September 18, 2026 | January 22, 2027 |
| Defendants shall respond to Plaintiffs' dispositive motion, and shall include any cross-dispositive motion, on or before this date. | October 16, 2026 | February 19, 2027 |
| Plaintiffs shall respond to Defendants' cross-dispositive motion, and shall include any reply in support of Plaintiffs' dispositive motion, on or before this date. | November 13, 2026 | March 19, 2027 |
| Defendants shall file any reply in support of its cross-dispositive motion on or before this date. | November 30, 2026 | April 5, 2027 |
| Any party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before this date. | February 1, 2027 | May 5, 2027 |

WHEREFORE, the Parties respectfully request that the Court amend the Case Management Plan in accordance with the above schedule such that: expert discovery shall be completed no later than October 2, 2026; Plaintiffs' dispositive motions shall be filed on or before January 22, 2027; Defendants' response and any cross-dispositive motion shall be filed on or before February 19, 2027; Plaintiffs' response to the cross-motion and reply in support of

3

Plaintiffs' dispositive motion shall be filed on or before on March 19, 2027; Defendants' reply in support of their cross-dispositive motion shall be filed on or before April 5, 2027; and objections to limit or preclude expert testimony at trial shall be filed on or before May 5, 2027. No other deadlines are affected by this proposed amendment.

Dated: June 24, 2026

Respectfully submitted,

*/s/ Daniel Bowman*
William R. Groth (Ind. Bar No. 7325-49)
Daniel Bowman (Ind. Bar No. 31691-49)
Bowman Legal Services, LLC
9292 N Meridian Street, Suite 311
Indianapolis, IN 46260
(317) 912-3220
daniel@bowmanlegalservices.com
wgroth@fdgtlaborlaw.com

*/s/ Aneel Chablani*
Aneel Chablani*
Ami Gandhi (Ind. Bar No. 38542-53)
Conner Kozisek*
Chicago Lawyers' Committee for Civil Rights
25 East Washington Street, Suite 1300
Chicago, IL 60602
(312) 630-9744
achablani@clccrul.org
agandhi@clccrul.org
ckozisek@clccrul.org

*/s/ Robert Weiner*
Robert Weiner*
Ryan Snow*
Grace Thomas*
Samantha Heyward*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600
rweiner@lawyerscommittee.org
rsnow@lawyerscommittee.org
gthomas@lawyerscommittee.org

sheyward@lawyerscommittee.org

*Counsel for Plaintiffs*

*\*Appearing Pro hac vice*

/s/ John E. Oberdorf
John E. Oberdorf
Bradley S. Davis
Deputy Attorney General
Attorney No. 37951-49
OFFICE OF ATTORNEY GENERAL
TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6217 (Oberdorf)
Facsimile: (317) 232-7979
E-mail: John.Oberdorf@atg.in.gov

*Counsel for Defendants*

5

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a copy of the foregoing was filed by use of the Court's electronic filing system. Parties may access this document through the Court's electronic filing system.

By:     */s/ John Oberdorf*
John Oberdorf
Deputy Attorney General
Attorney No. 37951-49


OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: 317-232-6217 (Oberdorf)
Facsimile: (317) 232-7979
E-mail: John.Oberdorf@atg.in.gov

6