UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LEAGUE OF WOMEN VOTERS OF INDIANA,  )
et al.,                             )
                                    )
            Plaintiffs,             )
                                    )
        v.                          )     No. 1:25-cv-02150-MPB-MJD
                                    )
DIEGO MORALES, et al.,              )
                                    )
            Defendants.             )

**SCHEDULING ORDER**

This matter comes before the Court on the parties' Joint Motion to Amend Case Management Plan.  [Dkt. 97.]  That motion will come before the Court for a hearing on **Tuesday, June 30, 2026 at 12:00 p.m. (Eastern)**, in Courtroom 270, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore.  The parties shall appear for the hearing by counsel.

SO ORDERED.

Dated:  24 JUN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.