June 29, 2026

**<u>VIA ECF</u>**

The Hon. Mark J. Dinsmore
Birch Bayh Federal Building & U.S. Courthouse
  46 East Ohio Street
  Indianapolis, IN 46204

Re:   *League of Women Voters of Indiana et al. v. Morales et al.*,
      1:25-cv-02150-MPB-MJD

Dear Judge Dinsmore:

We submit this joint letter on behalf of all Parties in the above-referenced action to respectfully withdraw the pending joint motion to amend the Case Management Plan, Dkt. 97 (the "Joint Motion"). The Parties also respectfully request that the Court vacate the upcoming hearing on the Joint Motion scheduled for June 30, 2026. *See* Dkt. 99.

The Joint Motion seeks amendments to the expert discovery deadlines and dispositive motion deadlines in this action. The Parties filed the Joint Motion because the current schedule does not allow sufficient time for Plaintiffs to depose expert witnesses after Plaintiffs' expert reply reports are submitted on September 17, 2026, and before Plaintiffs' dispositive motion deadline of September 18, 2026. *See* Dkt. 34. Plaintiffs intend to rely on expert testimony in their forthcoming dispositive motion.

At the status conference on June 24, 2026, Plaintiffs learned for the first time that Defendants do not intend to use an expert. Counsel for Defendants confirmed on June 26, 2026, that Defendants have "no current plans to use an expert." Because Defendants will not be submitting expert reports, the scheduling conflict identified in the Joint Motion is moot, and the Parties agree that withdrawal is appropriate.

Plaintiffs reserve the right to request amendments to the Case Management Plan in the future should Defendants decide to retain an expert.

We thank the Court for its attention to this matter.

<div style="margin-left:50%">

Respectfully submitted,


*/s/ William R. Groth*
William R. Groth (Ind. Bar No. 7325-49)
Daniel Bowman (Ind. Bar No. 31691-49)
Bowman Legal Services, LLC
9292 N Meridian Street, Suite 311
Indianapolis, IN 46260
(317) 912-3220
daniel@bowmanlegalservices.com
wgroth@fdgtlaborlaw.com

</div>

/s/ Aneel Chablani
Aneel Chablani*
Ami Gandhi (Ind. Bar No. 38542-53)
Conner Kozisek*
Chicago Lawyers' Committee for Civil Rights
25 East Washington Street, Suite 1300
Chicago, IL 60602
(312) 630-9744
achablani@clccrul.org
agandhi@clccrul.org
ckozisek@clccrul.org

/s/ Robert Weiner
Robert Weiner*
Ryan Snow*
Grace Thomas*
Samantha Heyward*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600
rweiner@lawyerscommittee.org
rsnow@lawyerscommittee.org
gthomas@lawyerscommittee.org
sheyward@lawyerscommittee.org

*Counsel for Plaintiffs*

*Appearing Pro hac vice*

/s/ John E. Oberdorf
John E. Oberdorf
Bradley S. Davis
Deputy Attorney General
Attorney No. 37951-49
OFFICE OF ATTORNEY GENERAL
TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6217 (Oberdorf)
Facsimile: (317) 232-7979
E-mail: John.Oberdorf@atg.in.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, a copy of the foregoing was filed by use of the Court's electronic filing system. Parties may access this document through the Court's electronic filing system.

By: */s/ William R. Groth*