UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA,<br>COMMON CAUSE INDIANA,<br>HOOSIER ASIAN AMERICAN POWER,<br>EXODUS REFUGEE IMMIGRATION,<br><br>Plaintiffs,<br><br>v.<br><br>DIEGO MORALES,<br>J. BRADLEY KING,<br>ANGELA M. NUSSMEYER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-02150-MPB-MJD |

**ORDER**

This matter is before the Court on the parties' joint motion to withdraw motion to amend case management plan. [Dkt. 101.]  The Court, being duly advised, hereby **GRANTS** the motion.  The **Clerk is directed** to show the parties' Joint Motion to Amend Case Management Plan [Dkt. 97] as **WITHDRAWN**.  The withdrawal of the motion effectively vacates the hearing on that motion scheduled on June 30, 2026.

SO ORDERED.

Dated:  30 JUN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.