UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LEAGUE OF WOMEN VOTERS OF INDIANA,    )
et al.,                               )
                                      )
            Plaintiffs,               )
                                      )
        v.                            )        No. 1:25-cv-02150-MPB-MJD
                                      )
DIEGO MORALES, et al.,                )
                                      )
            Defendants.               )

**MINUTE ENTRY FOR JULY 24, 2026
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference.  The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Tuesday, September 22, 2026 at 1:30 p.m. (Eastern)** to discuss case status, as well as the parties' Supplemental Joint Reports on the Status of Discovery, which are due August 17, 2026 and September 14, 2026. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  24 JUL 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.