UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA; COMMON CAUSE INDIANA; HOOSIER ASIAN AMERICAN POWER; and EXODUS REFUGEE IMMIGRATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIEGO MORALES, in his official capacity as Secretary of State for Indiana; JOSEPH E. MCCLAIN, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>*Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-02150 |

## NOTICE REGARDING ADDITIONAL EVIDENCE

Plaintiffs LEAGUE OF WOMEN VOTERS OF INDIANA, COMMON CAUSE INDIANA, HOOSIER ASIAN AMERICAN POWER, and EXODUS REFUGEE IMMIGRATION, respectfully file this notice to bring to the Court's attention newly produced evidence bearing on Defendants' Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction.

Defendants argued, *inter alia*, that Indiana Secretary of State Diego Morales "should be dismissed as an improper defendant" because he lacks "any role in enforcing the Challenged Statutes" under Indiana law. ECF No. 29-1 at 13; *see also* ECF No. 94 at 13-14. Defendants have now conceded that is not true.

In Plaintiffs' First Set of Interrogatories, served June 17, 2026, Interrogatory No. 13 seeks any facts and evidence supporting Defendants' position that the Challenged DPOC Provisions

comply with federal law.  In their supplemental responses served on August 3, 2026, Defendants stated that "Defendant Morales is legally obligated to enforce the Challenged Statutes" and that therefore he has not "compiled research or data in support of" the Challenged DPOC Provisions. Ex. 1 at 7-8.  Accordingly, as Plaintiffs explained in their response to Defendants' Motion to Dismiss and reply in support of Plaintiffs' Motion for Preliminary Injunction, Secretary Morales is a proper defendant because Plaintiffs' injuries are traceable to him and redressable by relief against him.  ECF No. 62 at 18; ECF No. 100 at 4-5.

Dated: August 7, 2026                                         Respectfully submitted,

*/s/ William R. Groth*
William R. Groth (Ind. Bar No. 7325-49)
Daniel Bowman (Ind. Bar No. 31691-49)
Bowman Legal Services, LLC
9292 N Meridian Street, Suite 311
Indianapolis, IN 46260
(317) 912-3220
daniel@bowmanlegalservices.com
wgroth@fdgtlaborlaw.com

*/s/ Aneel Chablani*
Aneel Chablani*
Ami Gandhi (Ind. Bar No. 38542-53)
Christina Beeler*
Conner Kozisek*
Chicago Lawyers' Committee for Civil Rights
25 East Washington Street, Suite 1300
Chicago, IL 60602
(312) 630-9744
achablani@clccrul.org
agandhi@clccrul.org
cbeeler@clccrul.org
ckozisek@clccrul.org

*/s/ Robert Weiner*
Robert Weiner*
Ryan Snow*
Grace Thomas*
Samantha Heyward*

2

Lawyers' Committee for Civil Rights Under
Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600
rweiner@lawyerscommittee.org
rsnow@lawyerscommittee.org
gthomas@lawyerscommittee.org
sheyward@lawyerscommittee.org

*Counsel for Plaintiffs*

*\*Appearing Pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, a copy of the foregoing was filed by use of the Court's electronic filing system. Parties may access this document through the Court's electronic filing system.

By: */s/ William R. Groth*
William R. Groth