UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF INDIANA, COMMON CAUSE INDIANA, HOOSIER ASIAN AMERICAN POWER, EXODUS REFUGEE IMMIGRATION, Plaintiffs, | ) | |
| v. | ) | No. 1:25-cv-02150-MPB-MJD |
| DIEGO MORALES in his official capacity as Secretary of State for Indiana, JOSEPH MCCLAIN in his official capacity as Co-Director of the Indiana Election Division, ANGELA M. NUSSMEYER in her official capacity as Co-Director of the Indiana Election Division, Defendants. | ) | |

**ORDER DISMISSING ACTION**

On September 10, 2026, the Court dismissed Plaintiffs' Complaint without prejudice pursuant to Rule 12(b)(1) because Plaintiffs failed to plead facts that establish Plaintiffs' Article III standing. (Docket No. 118). The Court provided Plaintiffs leave to file an amended complaint within twenty-eight days of the date of that Order. (*Id.* at ECF p. 11). The Court also advised Plaintiffs that the Court would dismiss this action if they did not file an amended complaint. (*Id.*). Plaintiffs have not filed an amended complaint within the time the Court allotted to them. Therefore, this action is **DISMISSED without prejudice**. *See MAO-MSO Recovery II, LLC v. State Farm Mut. Auto. Ins. Co.*, 935 F.3d 573, 581 (7th Cir. 2019). Final judgment shall issue by separate entry.

**IT IS SO ORDERED**.

Date: 10/13/2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronic service on all counsel.